ORIGINAL

CASE LOMBARDI & PETTIT
A LAW CORPORATION

DENNIS M. LOMBARDI        3071-0
Email: dml@caselombardi.com
NANCY J. YOUNGREN         6774-0
Email: njy@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 547-5400
Facsimile:  (808) 523-5573

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 2 o'clock and ___ min. PM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated Association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE, YAMAMAOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual ET AL., and DOES 1-300, inclusive,<br><br>    Defendants. | CIVIL NO. CV01-00556 DAE-BMK<br><br>NOTICE OF CHANGE OF FIRM NAME |

## NOTICE OF CHANGE OF FIRM NAME

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES HEREIN:

  The undersigned, as attorneys of record for **D. R. HORTON-SCHULER HOMES, LLC,** hereby gives notice that effective immediately, the law corporation of Case Bigelow & Lombardi has changed its name to **CASE LOMBARDI & PETTIT**. The address, telephone number and facsimile number remain unchanged and are as follows:

22594\199\420659.1

DENNIS M. LOMBARDI
Email: dml@caselombardi.com
NANCY J. YOUNGREN
Email: njy@caselombardi.com
**CASE LOMBARDI & PETTIT**
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No: (808) 547-5400
Facsimile No: (808) 523-5573

DATED: Honolulu, Hawaii, _February 22, 2006_

_/s/ Nancy J. Youngren_
DENNIS M. LOMBARDI
NANCY J. YOUNGREN
Attorney(s) for D.R. Horton-Schuler Homes, LLC