# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 7, 2006

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                   ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103     ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CV 01-00556DAE     Appeal No:    05-16940

Short Title:    Sakuma vs. Assoc of Apt Owners

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: all parties of record