IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; and DOES 1-300, inclusive,<br><br>Defendants.<br>_____ | CV NO 01-00556 DAE/BMK |

## ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS

The Court imposed sanctions on Plaintiff pursuant to 28 U.S.C. § 1927. Before ruling on the appropriate amount of sanctions, the Court instructed defense counsel to provide Plaintiff with an itemized accounting of legal fees which Defendants incurred as a result of responding to Plaintiff's motion for relief from final order and final judgment. Defendants submitted Declarations of

attorneys' fees and costs to Plaintiff and the Court.  Plaintiff was provided an opportunity to respond in writing, but did not do so.

This Court upon reviewing the Declaration of attorneys' fees and costs submitted by Defendants Association of Apartment Owners of the Tropics at Waikele, Hawaiiana Management Company, Ltd., D.R. Horton-Schuler Homes, LLC., Love, Yamamoto & Motooka, P.C., and Milton M. Motooka pursuant to this Court's Order of October 31, 2005, accepts the amounts set forth in the Declarations as reasonable accounting of costs and professional fees incurred in connection with responding to Plaintiff's motion for relief from final order and final judgment.

Therefore, the court thereby APPROVES Association of Apartment Owners of the Tropics of Waikele and Hawaiiana Management Company Ltd.'s Declaration of attorneys' fees and costs in the amount of $1275.00, D.R. Horton-Schuler Homes, LLC.'s Declaration of attorneys' fees and costs in the amount of $499.55, and Love, Yamamoto & Motooka, P.C. and Milton M. Motooka's Declaration of attorneys' fees and costs in the amount of $310.00, and ORDERS that said amounts shall be paid by Plaintiff on or before June 5, 2006.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2006.



_____
David Alan Ezra
United States District Judge

Patsy N. Sakuma vs. Association of Apartment Owners of the Tropics at Waikele, et al., Civil No. 01-00556 DAE/BMK; ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS