"Original"
Partial Pymt

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at 2 o'clock and 10 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>ASSOCIATION OF APARTMENT OWNERS TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, et al.,<br><br>Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Related Appeal 05-16940)<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff, Pro Se, Patsy N. Sakuma ("Plaintiff") in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Approving Declarations of Attorney Fees and Costs Pursuant to Order Imposing Sanction entered on or about May 17, 2006 by the Clerk of the Court for the United States District Court for the District of Hawaii. Plaintiff in so appealing this order also appeals the following including

but not limited to the: (1) Order To Show Cause Why The Court Should Not Impose Sanctions Reimbursing Defendants For Fees and Costs Relating To Plaintiff's Motion For Relief filed on July 28, 2005 and (2) Order Imposing Sanctions Pursuant To 28 U.S.C. Section 1927 And The Court's Inherent Power filed on October 31, 2005 for this action and through the purported global settlement of this action with the related removed-action, which is entitled *The Tropics At Waikele, an Association of Apartment Owners By Its Board of Directors* (Removed Plaintiff" or "AOAO Defendant") *v. Patsy Naomi Sakuma, an individual* ("Removed Defendant" or "Plaintiff"), which assumpsit action for collection of withheld AOAO fees by Plaintiff and was first filed by AOAO Defendant in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, and which Plaintiff removed to this District Court and it was renumbered as CV02-00147 HG:LEK ("Removed Action"). Plaintiff timely files this notice of appeal within the deadline prescribed under Fed. Rules of App. Proc., Rule 4(a)(1)(A).

DATED: May 26, 2006, Los Angeles, California.

Patsy N. Sakuma
Plaintiff, Pro Se
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755

REPRESENTATION STATEMENT *SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.,* CV01-00556 DAE:BMK
For Notice of Appeal Dated: May 22, 2006

PLAINTIFF/APPELLANT:

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Fax: not available
"Pro Se"

DEFENDANTS/APPELLEES:

KEVIN P.H. SUMIDA, ESQ.
MARILYN S.H. NAITOH, ESQ.
Matsui Chung Sumida & Tsuchiyama
Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Tel. (808) 536.3711
Fax. No. (808) 599-2979
Attorneys for Defendants/Appellees,
AOAO Tropics At Waikele
and Hawaiiana Management
Company, Ltd.

SIDNEY K. AYABE, ESQ.
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 537-6119
Fax No. (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.
NANCY J. YOUNGREN, ESQ.
Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 547-5400
Fax No. (808) 523-1888
    and
ROGER S. MOSELEY, ESQ.*until on or about November 11, 2005
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea St. 23rd Flr.
Honolulu, HI 96813
Tel. (808) 531-0490
*Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY,DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

4

"Original"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. 01-00556DAE:BMK

Short Case Title  Sakuma v. AOAO Tropics At Waikele, ET AL

Date Notice of Appeal Filed by Clerk of District Court _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel(or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  10-26-05      Estimated date for completion of transcript  Completed ~ 11/14/05

Print Name of Attorney _____  Phone Number _____

Signature of Attorney _____

Address _____


**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____


**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____


**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____   BY: _____
(U.S. District Court Clerk)    (date)           DEPUTY CLERK

A-11 (rev. 5/00)

"ORIGINAL"



Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

**TITLE IN FULL:** PATSY N. SAKUMA, an individual, Plaintiff,
v.
ASSOCIATION OF APT. OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, Hawaiian Management Company, LTD., a Corporation, LOVE YAMAMOTO + MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON, SCHULER HOMES, LLC, a Delaware LLC

**DISTRICT:** HAWAII    **JUDGE:** DAVID ALAN EZRA

**DISTRICT COURT NUMBER:** CV. NO. 01-00556 DAE: BMK

**DATE NOTICE OF APPEAL FILED:**

**IS THIS A CROSS-APPEAL?** ☐ YES

**IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):** 03-15522 + 03-15480 as to Post-Judgment Motions

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** After the district court denied Plaintiff's Second Rule 60(b) motions, it ordered Pl. to appear at the 10/25/05 OSC Hearing To Show Cause Why The Court Should Not Impose Sanctions Reimbursing Defendants for Fees And Costs Relating to Pl.'s Motion For Relief. At the OSC Hearing, the District Court announced its intent to find Pl. sanctionable + ordered Defendants' attorneys to file their Statements of Costs + Fees. Pl. had appealed the Order Denying her Rule 60(b) motion before the OSC Hearing + filed her Informal Opening Brief after the OSC Hearing, but before this final order entered on 5/17/06.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Defendants' and their attorney's unclean hands, ie, no prejudice + their failure to testify as to how they were prejudiced by Plaintiff's Second Rule 60(b) motions; lack of recklessness, bad faith or improper purpose by Plaintiff to impose sanctions under court's inherent power and under §1927, 28 U.S.C.; respectfully, the court's legal errors as to the applicable facts and law in denying Plaintiff's Rule 60(b) motions, which are the reasons for sanctions ordered against her. "Truth" as to Pl's objective documentary evidence of acts of Defs with respect the Haw. U.S. District Court

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):** Related appeal 05-16940 filed on or about September 26, 2005; Informal Opening Brief filed on or about January 12, 2006; Pl./Appellant's Informal Reply Brief filed on or about March 2, 2006. Clerk's Files transmitted to the Ninth Circuit Ct. of Appeals pursuant to Record Transmittal Form filed on April 4, 2006.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL/JURISDICTION | ☐ DAMAGES:<br>SOUGHT $ _____<br>AWARDED $ _____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT | ☐ INJUNCTIONS:<br>☐ PRELIMINARY |
| ☒ OTHER (SPECIFY): Sanctions Against Plaintiff under Ct's Inherent Authority + §1927, USC | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY) | ☒ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ PERMANENT<br>☐ GRANTED<br>☐ DENIED<br>☒ ATTORNEY FEES:<br>SOUGHT $ to be determined<br>AWARDED $ _____<br>☐ PENDING<br>☒ COSTS: $ to be determined |

## CERTIFICATION

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

Signature: [signed]     Date: 5/22/06

### WHO COMPLETED THIS FORM

NAME: Patsy N. Sakuma
[TITLE]: Plaintiff Pro Se
ADDRESS: 10960 Ashton Ave #307
E-MAIL: pnscounsel@yahoo.com
TELEPHONE: 310.478.6755
FAX: Outgoing only; incoming broken

*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual, )<br>)<br>Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>)<br>ASSOCIATION OF APARTMENT )<br>OWNERS OF THE TROPICS AT )<br>WAIKELE, an unincorporated )<br>association, HAWAIIANA )<br>MANAGEMENT COMPANY, )<br>LTD., a corporation, LOVE )<br>YAMAMOTO & MOTOOKA, a )<br>professional corporation, MILTON )<br>M. MOTOOKA, an individual; and )<br>DOES 1-300, inclusive, )<br>)<br>Defendants. )<br>) | CV NO 01-00556 DAE/BMK |

## ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS

The Court imposed sanctions on Plaintiff pursuant to 28 U.S.C. § 1927. Before ruling on the appropriate amount of sanctions, the Court instructed defense counsel to provide Plaintiff with an itemized accounting of legal fees which Defendants incurred as a result of responding to Plaintiff's motion for relief from final order and final judgment. Defendants submitted Declarations of

attorneys' fees and costs to Plaintiff and the Court. Plaintiff was provided an opportunity to respond in writing, but did not do so.

This Court upon reviewing the Declaration of attorneys' fees and costs submitted by Defendants Association of Apartment Owners of the Tropics at Waikele, Hawaiiana Management Company, Ltd., D.R. Horton-Schuler Homes, LLC., Love, Yamamoto & Motooka, P.C., and Milton M. Motooka pursuant to this Court's Order of October 31, 2005, accepts the amounts set forth in the Declarations as reasonable accounting of costs and professional fees incurred in connection with responding to Plaintiff's motion for relief from final order and final judgment.

Therefore, the court thereby APPROVES Association of Apartment Owners of the Tropics of Waikele and Hawaiiana Management Company Ltd.'s Declaration of attorneys' fees and costs in the amount of $1275.00, D.R. Horton-Schuler Homes, LLC.'s Declaration of attorneys' fees and costs in the amount of $499.55, and Love, Yamamoto & Motooka, P.C. and Milton M. Motooka's Declaration of attorneys' fees and costs in the amount of $310.00, and ORDERS that said amounts shall be paid by Plaintiff on or before June 5, 2006.