UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at ___ o'clock and /0 min. ___ M
SUE BEITIA, CLERK

PATSY N. SAKUMA, an
individual,

Plaintiff,

vs.

ASSOCIATION OF APARTMENT
OWNERS OF THE TROPICS AT
WAIKELE, an unincorporated
association, HAWAIIANA
MANAGEMENT COMPANY, LTD.,
a corporation, LOVE YAMAMOTO
& MOTOOKA, a professional
corporation, MILTON M.
MOTOOKA, an individual,
and Does 1-300,
inclusive,

Defendants.

CIVIL NO. 01-00556 DAE:BMK

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am the age of 18 years or older, and not a party to the within action. My

address is 10960 Ashton Ave.#206, in the city of Los Angeles, California. A copy

of the foregoing: Notice of Appeal and United States Court of Appeals for the

Ninth Circuit Civil Appeals Docketing Statement and Attachments of Orders and

Stipulations for Dismissals With Prejudice were duly served upon the following

persons by means of U.S. Mail, postage prepaid or by hand-delivery as indicated on

the persons below named at their last-known address on May 26, 2006.

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| Clerk of the Court* | [X] | [ ] |
| United States District Court | | |
| District of Hawaii | | |
| 300 Ala Moana Blvd., C-338 | | |
| Honolulu, HI 96850-0338 | [ ] | [ ] |
| Tel. 808.541.1891 | | |
| Fax. 808.541.1303 | | |

*With the Clerk of the Court to serve:
Of Counsel:
MATSUI CHUNG SUMIDA &
TSUCHIYAMA, a Law Corporation

| | | |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ. | [ ] | [ ] |
| MARILYN S.H. NAITOH, ESQ. | [ ] | [ ] |
| Mauka Tower | | |
| 737 Bishop Street, Suite 1400 | | |
| Honolulu, Hawaii 96813 | | |
| Tel. (808) 536-3711 | | |
| Fax. No. (808)599-2979 | | |
| Attorneys for Defendants/Appellees, | | |
| AOAO Tropics At Waikele | | |
| and Hawaiiana Management | | |
| Company, Ltd. | | |

| | | |
|---|---|---|
| SIDNEY K. AYABE, ESQ. | [ ] | [ ] |
| CALVIN E. YOUNG, ESQ. | [ ] | [ ] |
| Suite 2500 Pauahi Tower | | |
| 1001 Bishop Street | | |
| Honolulu, Hawaii 96813 | | |
| Tel.(808) 537-6119 | | |
| Fax No. (808) 526-3491 | | |
| Attorneys for Defendants/Appellees | | |

LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

|                              | MAIL | HAND-DELIVERED |
|------------------------------|------|----------------|
| DENNIS M. LOMBARDI, ESQ.     | [ ]  | [ ]            |
| NANCY J. YOUNGREN, ESQ.      | [ ]  | [ ]            |

2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 547-5400
Fax No. (308) 523-1888
  and

|                              |      |                |
|------------------------------|------|----------------|
| ROGER S. MOSELEY, ESQ.       | [ ]  | [ ]            |

Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea St. 23rd Flr.
Honolulu, HI 96813
Tel.(808) 531-0490
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY,DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED: May 26, 2006, Los Angeles, CA 90024

Signature: _Serena Tsoi_
Print Name _Serena Tsoi_
For:          Patsy N. Sakuma
              Plaintiff, Pro Se
              10960 Ashton Ave. #307
              Los Angeles, CA 90024
              Tel. 310.478.6755