# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 235409 |
|---|---|
| Trans | 140282 |

Received From: **PATSY N. SAKUMA**

Case Number:

Reference Number: CV 01-556

| | |
|---|---|
| Check | 200.00 |
| Total | 200.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **200.00** |
| | | Tend | 200.00 |
| | | Due | 0.00 |

06/07/2006 04:26:04 PM        Deputy Clerk: lg/AG