AO83

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 235283 |
| Trans | 140124 |

Received From:     **PATSY M. SAKUMA**
Case Number:
Reference Number:  **CV 01-556**

|  | | |
|---|---|---|
| Check | | 255.00 |
| Total | | 255.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| | | **Total** | **255.00** |
| | | Tend | 255.00 |
| | | Due | 0.00 |

05/31/2006 02:23:28 PM     Deputy Clerk: bb/LG