

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Sakuma vs. AOAO Tropics at Waikele, et al.

**U.S. COURT OF APPEALS DOCKET NUMBER:** 6-16121

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CV 01-00556 DAE-BMK

II **DATE NOTICE OF APPEAL FILED:** May 31, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** balance paid 6/7/06     **AMOUNT:** $455.00

**NOT PAID YET:**          **BILLED:**

**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**     **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 29 2006
DISTRICT OF HAWAII

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)