December 18, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-01-00556-DAE
**Appeal Number:** 05-16940
**Short Title:** Sakuma v. Assoc of Apt Owners

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 2 1 2006
DISTRICT OF HAWAII

Volumes

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 6 | | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 2 | | | |

| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---|---|---|---|---|---|---|---|---|
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 7, 2006

To: United States Court of Appeals    Attn: (✓) Civil
For the Ninth Circuit
Office of the Clerk                         ( ) Criminal
95 Seventh Street
San Francisco, California 94103             ( ) Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:        CV 01-00556DAE            Appeal No:   05-16940

Short Title:  Sakuma vs. Assoc of Apt Owners

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____S. DAVIS_____    Date: _____

FILED
APR 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all parties of record