PATSY N. SAKUMA
10960 ASHTON AVENUE #307
LOS ANGELES, CA 90024
310-478-6755

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE HAWAII DISTRICT

| | |
|---|---|
| PATSY N. SAKUMA, an individual<br>Plaintiff- Appellant/Petitioner<br><br>v.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association; HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation; LOVE YAMAMOTO & MOTOOKA, a professional corporation; MILTION M. MOTOOKA, an individual; D.R. HORTON-SCHULER HOMES, LLC, a Delaware limited liability company dba: Schuler Homes, fka Schuler Homes, Inc.,<br><br>Defendants-Appellees/Respondents. | 9th Cir. Nos. 05-16940<br>06-16121<br>D.C. No. CV-01-00556 DAE-BMK<br><br>Plaintiff-Appellant's Motion To Correct Excerpt No. 209 & Add Possible Missing Excerpt No. 98 Of The Record; Request For Certified Supplemental Records To Be Forwarded From The District Court; Declaration Of Patsy N. Sakuma; Certificate Of Service<br><br>FRAP, Rules 10(e)(1) & (2)(B) |

Plaintiff-Appellant, Patsy N. Sakuma, pro se ("Sakuma"), pursuant to Rules 10(e)(1) and (2)(B) of the Federal Rules of Appellate Procedure ("FRAP"), moves the district court for an order permitting the addition of a true and correct copy of Sakuma's long-distance telephone carrier ACN's Invoice dated September 24, 2002 attached hereto as Exhibit "A-1," corroborating her assertions throughout this litigation that she called Magistrate Judge Barry Kurren's deputy, Deputy Richland, at (808) 541-3090 at 01:50:57 PM (Pacific Standard Time- Los Angeles) on August 23, 2002, not July 23, 2002, shown as "07/23/02" in Excerpt 209 to her

Volume II of Excerpts in Appeal No. 05-16940 (Excerpt 324 to Volume II of her Excerpts in her prior Appeal No. 03-1552). Said excerpts are Exhibit D to Co-Defendant-Co-Appellee Association of Apartment Owners Of The Tropics At Waikele, an unincorporated association ("AOAO")'s Opposition Mem. (CR 58) To Pl./App.'s Post-Judgment Motions (CR 55-57). Said Excerpt 209 in these appeals is the faxed copy of Sakuma's August 29, 2002 cover letter to Magistrate Judge Barry M. Kurren ("Magistrate"), attached and incorporated herein as Exhibit "A-2," sending him her objections to the Magistrate's Findings of Fact, Conclusions of Law, and Recommended Order that she stated was pursuant to "Kevin Sumida's letter requested dated 8/28/02. To corroborate that Deputy Richland's telephone number is "(808) 541-3090," Sakuma attaches a true and correct copy of her Facsimile cover sheet to the Magistrate noting Deputy Richland's phone no. "(808) 541-3090," attached hereto as Exhibit "A-3." A true and correct copy attached hereto and incorporated by reference herein as Exhibit "A-4" is the facsimile transmission verification report on August 29, 2002 reporting that the fax transmission result was "OK," i.e., said facsimile went through and was received by the recipient with the noted time "14:52" or "01:52 P.M. Said transmittal report corroborates ACN's time of 01:150:57 PM and date in its invoice bill.

Attached hereto as Exhibit "A-5" is a true and correct copy of Exhibit "N" to her First-Amended Complaint (CR19) arising from handicap discrimination under

2

the Fair Housing Amendments of 1988, 42 USC §3600 et seq. and Title II of the Americans With Disabilities Act of 1990, 42 USC §12131 et seq.; Exhibits "A-X[1-1], which was bate-stamped "00098" as Excerpt No. 98 to her excerpts in Appeal No. 05-16940 to supplement the Ninth Circuit's, Co-Defendants/ Appellee's counsel's excerpts in Appeal No. 05-16940, if said Excerpt No. 98 is missing from their Excerpt Volume I, as Sakuma's Excerpt Volume I. Said excerpt is missing from her copy of said Exceprts and not filed and served with the Ninth Circuit nor Defendants/Appelles, but was obviously in her possession to be stamped for copying at the printers in Appeal No. 05-16940 the mistake of which she did not catch at that time. Said Excerpt 98 is now requested to be added to her Excerpts, and its omission matches the excerpt sequence in said Volume I of Excerpts Nos. 97 and 99. Said Exhibit N was also missing from her excerpts in Appeal No. 03-1552, as well as Exhibits F, G, and W-5 that were missing from her excerpts, Volume I in Appeal No. 03-1552 and was not filed and served with the Ninth Circuit and Defendants-Appellees in the prior appeal. Based on her belief and best recollection these missing excerpts were originally filed with her First-Amended Complaint.

   This motions is based on Sakuma's briefs on file in these appeals, and her accompanying declaration.

Dated: December 22, 2006, Los Angeles, California.

3

_____
Patsy N. Sakuma
Plaintiff-Appellant, Pro Se