## DECLARATION OF PATSY N. SAKUMA

STATE OF CALIFORNIA   )
                      ) SS
CITY OF LOS ANGELES   )

PATSY N. SAKUMA, declares under penalty of perjury and says that:

1) She is the Plaintiff-Appellant, pro se, in the above-entitled action.

2) Declarant is licensed to practice law in the State of California. Currently and as of September 16, 2005, her license to practice has been suspended due to nonpayment. Declarant has been unable to pay said dues due to incurring unexpected expenses in not only pursuing litigation of this action, but four, unexpected water leaks to her Los Angeles residence in 2005 and seeking reimbursement and payment for the water and mold damages from third-parties, who to date have refused to pay or have paid only a fraction of what is needed to make her dwelling whole.

3) To the best information and her belief, attached hereto and incorporated by reference as Exhibit "A-1" to Pl./App.'s Motion To Correct Excerpt 209 & Add Possible Missing Excerpt No. 98 Of The Record ("Motion To Correct Excerpts") is a true and correct copy of your Declarant's ACN long-distance carrier invoice dated August 24, 2002, showing a call was made on

August 23, 2002 from her telephone number 310.478.6755 at 01:50:57 PM to Honolulu, HI at telephone number 808.541.3090 for 1:54 minutes.

       3)    To the best of your Declarant's recollection and belief, attached hereto and incorporated by reference as "Exhibit A-2" to Pl.'s Motion To Correct Excerpt is a copy of Excerpt 209 to Appeal No. 05-16940, which is the version currently in her possession, but not the original version she recalls receiving as Exhibit D to Co-Defendant's Opp. Mem. (CR 58) to Pl.'s LR.60.1 Motion For Reconsideration (CR 55-57). Said Exhibit D currently in your Declarant's possession and filed as Excerpt 209 in this Appeal No.05-16940, is a facsimile copy of a letter your Declarant sent to opposing counsel Kevin P.H. Sumida, who is co-counsel to co-Defendant Association of Apartment Owners of the Tropics at Waikele ("AOAO") and co-Defendant Hawaiiana Management Company, Ltd ("Hawaiiana"), sent by facsimile on that same day as August 29, 2002 to the recipient Magistrate Judge Barry M. Kurren. Said letter, in part, was to confirm to the Magistrate that your Declarant had called his deputy Richland, but a typographic error shows said call was made on "07/23/02," not "08/23/02, which August 23, 2002 date is the date she believed and stated in her pleadings throughout this litigation was the Original date appearing in Exhibit D   (see, Sakuma's Declaration at 2 to Post-Judgment Motion (CR 55-57), and in her New Rule 60(b) Motion at 18:¶8 (Excerpt 267) on appeal as Nos.05-16940 & 06-16121.

To the best of your Declarant's recollection and belief Exhibit D was Excerpt 324 in the prior Appeal No. 03-15522, and she stated in her Informal Opening Brief at 4.18 in n.1 that she filed and served 20 or 50 copies of the Excerpts, including prior Excerpt 324 in the prior Appeal No. 03-15522, on the Ninth Circuit Court of Appeals with her Rehearing/ Rehearing En banc Petition in said prior Appeal No. 03-15522, which may verify if her eyes had been betraying her until these present appeals. As she stated in her Informal Opening Brief at 4.18, through out this litigation and until your Declarant was assembling her excerpts for this Appeal No. 05-16940 sometime early January 2006, she was unaware that said Exhibit D showed the date at issue "07/23/02," and not "08/23/02." Your Declarant also has maintained that she called the Magistrate Judge on August 23, 2002, not July 23, 2003 in her pleadings starting with her Declaration at 2 to her Post Judgment Motion For Reconsideration (CR55-57) and her New Rule 60(b) Motion at 18:8 (Excerpt 267) in these appeals. Due to the four water leaks to her residence in 2005, your Declarant has been unable to locate said ACN long-distance telephone invoice until now.

    4)    Attached hereto is a true and correct copy of your Declarant's facsimile cover sheet to the Magistrate through Deputy Richland listing the deputy's phone number as the same number appearing in the ACN invoice on August 23, 2002 "808.541.3090" and the corresponding facsimile transmission

7

verification report for said facsimile," stating "OK," and is attached hereto and incorporated as "Exhibits A-3 and A-4, respectively."

    5)    Attached hereto and incorporated by reference herein as Exhibit "A-5," is true and correct copy of Exhibit "N" to Pl.'s First-Amended Complaint (CR 19), which your Declarant bate-stamped as Excerpt 98 to the Excerpts in Appeal No. 05-16940, but which is currently missing in her file. Said Excerpt 98 also may not have been printed and filed and served with her Excerpts to Appeal No. 05-16940 to the Ninth Circuit and all co-Defendants' counsels. On December 21, 2006, your Declarant called John, the clerk at the Ninth Circuit, who is assigned to her case at or around 9:00 A.M. and asked him if the Ninth Circuit's file contained Excerpt 98. John told your Declarant that he will have to call her back on this matter since he does not have her files at his desk. Due to the Christmas and New Year's holiday and mail-delivery crunch, your Declarant is adding this to her Motion because of the impending new deadline for her rehearing/rehearing en banc petition of January 2, 2007 rather than wait until the clerk calls her back. As of December 22, 2006 at 12:45 PM, your Declarant has not heard back from said Clerk.

    I declare under penalty of law that the foregoing is true and correct. Executed in Los Angeles, California on December 22, 2006.

                                                            Patsy N. Sakuma, Plaintiff/Appellant, Pro Se