Page

**ACN** — ACN Customer Service
411 Third St.
Gwinn, MI 49841

| | | |
|---|---|---|
| | | PATSY SAKUMA |
| Invoice Date | | 09-24-2002 |
| Account Number | | 903330 |

| Date | Time | Location | Number | Min:Sec | Amount |
|---|---|---|---|---|---|
| Aug 20, 2002 | 04:54:33 PM | HONOLULU,HI | 808-523-4856 | 3:36 | 0.32 |
| | | | | 2:36 | 0.23 |
| Aug 23, 2002 | 01:50:57 PM | HONOLULU,HI | 808-541-3090 | 1:00 | 0.09 |
| Aug 27, 2002 | 07:22:39 AM | HONOLULU,HI | 808-541-1298 | 1:54 | 0.17 |
| Aug 27, 2002 | 07:23:18 AM | HONOLULU,HI | 808-541-1894 | 3:06 | 0.28 |
| Aug 27, 2002 | 02:38:33 PM | HONOLULU,HI | 808-541-1894 | 2:30 | 0.22 |
| Aug 27, 2002 | 06:26:42 PM | HONOLULU,HI | 808-541-1303 | 13:30 | 1.20 |
| Aug 29, 2002 | 02:36:18 PM | HONOLULU,HI | 808-541-1303 | 14:24 | 1.28 |
| Aug 29, 2002 | 02:41:21 PM | HONOLULU,HI | 808-541-1303 | 3:18 | 0.29 |
| Aug 29, 2002 | 07:54:12 PM | HONOLULU,HI | 808-599-2979 | 6:48 | 0.61 |
| | | | | 7:42 | 0.69 |
| | | | | 1:00 | 0.09 |
| | | | | 1:00 | 0.09 |
| | | | | 8:42 | 0.77 |
| | | | | 3:00 | 0.27 |
| | | | | 2:00 | 0.18 |
| Sep 5, 2002 | | | | 1:00 | 0.09 |
| Sep 7, 2002 | | | | 10:48 | 0.96 |
| Sep 7, 2002 | | | | 1:00 | 0.09 |
| Sep 8, 2002 | | | | 1:00 | 0.09 |
| Sep 10, 2002 | 12:03:51 PM | HONOLULU,HI | 808-541-1891 | 1:00 | 0.09 |
| | | WAIPAHU,HI | | 4:36 | 0.41 |
| Sep 16, 2002 | 12:07:21 PM | HONOLULU,HI | 808-541-1894 | 1:00 | 0.09 |
| Sep 16, 2002 | 12:09:21 PM | HONOLULU,HI | 808-541-1894 | 2:30 | 0.22 |
| Sep 16, 2002 | | | | 1:00 | 0.09 |
| Sep 18, 2002 | | | | 1:00 | 0.09 |
| Sep 22, 2002 | | | | 1:00 | 0.09 |
| Sep 24, 2002 | | | | 1:42 | 0.15 |
| Subtotal | | | | 7:42 | 0.69 |
| Total Usage Charges for 310-478-6755 | | | | 111:24 | $9.93 |
| | | | | | $9.93 |

| | | |
|---|---|---|
| Total Usage | 111:24 | $9.93 |
| Universal Service Fund Surchg Federal | | $0.90 |
| Federal Excise Tax | | $0.27 |
| Total Taxes | | $1.17 |
| **Total** | | **$11.10** |

EXHIBIT "A-1"