# PATSY N. SAKUMA

Attorney At Law

10960 Ashton Avenue #307
Los Angeles, CA 90024
Tel. (310) 478-6755/Fax (310) 478-8155

August 29, 2002

Magistrate Judge Barry M. Kurren
U.S. District Court, Hawaii District
300 Ala Moana Blvd. C-338
Honolulu, HI 96850-0338
Facsimile No.: (808) 541-1303

Via Facsimile

Re: Plaintiff's Revisions Requested by K. Sumida, Esq. (8/28/02)
<u>Sakuma v. Assoc. of Apt. Owners of the Tropics At Waikele</u>
(U.S. District Court, Hawaii District, Civil No. CV01-00156 DAE-BMK)
<u>Assoc. of Apt. Owners of the Tropics At Waikele v. Sakuma</u>
(U.S. District Court, Hawaii District, Civil No. CV02-00147 HG-LEK)

Dear Honorable Judge Kurren:

Per Kevin Sumida's letter request dated 8/28/02, I am providing you a copy of my revisions to the findings of facts, conclusions of law, and recommended order in the above-referenced cases.

Mr. Sumdia's 7/29/02 letter, which enclosed a draft of these documents, crossed in the mail due to the fact I was still in Hawaii and my July 31 letter to that fact, along with my payments for the withheld maintenance fess, had reached him after he had sent out the letter to my Los Angeles address. By the time I had received the court's executed recommended order, the time to timely respond with my revisions had expired. I also had a relapse to my shoulder injury upon my return to Los Angeles. I, therefore, decided to file a motion for reconsideration. I called your deputy, Richland, I believe on 7/23/02 to inform the court of such filing and to get an assigned hearing date. She called me back that same day with your message that I do not need a date and to just file the motion.

I made the enclosed revisions to the findings of fact and conclusions of law to reflect what I believed occurred at the 7/29/02 motion hearing. Also, in the Joint Stipulation there were errors: 1) an omission of revision 4, as stated in my Exhibit 9 of my motion in opposition, and 2) an unapproved, new addition regarding Schuler's release section which was not submitted for my review and contradicts item #2 of defendant's Exhibit A, and more particularly stated in the enclosed revisions. Additionally, copies of the proposed Dismissals with Prejudice of both actions were missing, and my previous revisions to said Dismissal of the removed collection action were not made in the latest copies from Mr. Sumida.

This letter may be superfluous to the court since I was not able to meet the deadline to make revisions to the proposed order. But since Mr. Sumida

000209



