PAT N. SAKUMA
Attorney at Law
10960 Ashton Ave. #307
Los Angeles, CA 90024
(310) 478-6755/ Fax 478-8155

# Facsimile Cover Sheet

**To:** Hon. Mag Judge Barry Kurren
**Company:** US District Court - Dist of Hawaii
**Phone:** (808) 541-3090 (Dep. Richland)
**Fax:** (808) 541-1303

**From:** Above
**Phone:** "
**Fax:** "

**Date:** 8/29/02
**Pages including this cover page:** 14 / *resent due to unexpected termination

**Comments:** Requested Response per Kevin Sumida, atty for defendants in Sakuma v. Aqua Tropics At Waikiki, et al CV No. 01-00556-DAE-BMK
From, Plaintiff
PNS

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT "A-3"