TRANSMISSION VERIFICATION REPORT

TIME : 08/29/2002 14:52
NAME : PN SAKUMA
FAX  : 3104789155
TEL  : 3104786755

| | |
|---|---|
| DATE,TIME | 08/29 14:45 |
| FAX NO./NAME | 18085411303 |
| DURATION | 00:06:38 |
| PAGE(S) | 10 |
| RESULT | OK |
| MODE | STANDARD |

EXHIBIT "A-4"