*Rules + Reg*

G. **PARKING AREAS, ROADWAYS, GARAGES**

1. **Maintenance of Spaces/Driveways.** Owners and Occupants shall be responsible for the cleanliness of their respective garages, parking stalls and, if applicable, the appurtenant limited common element driveways, including the removal of any grease build-up. No personal items, such as lumber, crates, potted plants, furniture or recreational equipment, shall be permitted in the parking stalls or driveways.

2. **Observance of Signs.** Drivers within the Community shall observe all traffic signs posted on the Community, whether by the appropriate authorities of the City and County of Honolulu or by the Association. Vehicles shall travel at no greater than five (5) miles per hour while within the Community.

3. **No Impeding of Access.** No vehicles belonging to an Owner or Occupant or to a family member, tenant, Guest, or employee of an Owner or Occupant shall be stopped or parked so as to extend into any portions of the roadways or sidewalks, or impede or prevent ready access to any entrance or any exit from the Community by another vehicle.

4. **Parking in Proper Place.** No parking is allowed on any roadway or common driveway except in designated areas (e.g., designated assigned Guest parking stalls and parking permitted zones on public streets). Boats, non-vehicular and personal items must be stored either within an enclosed garage or outside the Community. Vehicles parked in unauthorized stalls (which include vehicles not parked entirely within an assigned space) may be towed away at the expense of the Owner or operator thereof. Vehicles belonging to Guests shall be parked only in the spaces designated for visitor parking. It is the responsibility of each Owner and Occupant to inform his or her Guests not to park in vacant stalls, other than those designated for visitor parking, unless prior arrangements have been made for such use. Use of visitor parking stalls by an Owner or Occupant shall be permitted only with special permission from the Board or the Managing Agent. No overnight parking shall be allowed in the Guest parking stalls, except by special arrangement with the Board or the Managing Agent.

5. **Condition of Vehicles.** No major repairs to automobiles, motorcycles or other motor vehicles shall be permitted within the Community. No racing of motors shall be permitted and all motor vehicles shall be equipped with quiet mufflers. All vehicles parked in the Community shall be in operating condition with a current vehicle license and safety sticker required by law.

6. **Towing of Vehicles.** The Board and the Managing Agent are authorized to have towed away or removed at the Owner's expense any vehicle or equipment parked, located or used in violation of these rules and shall not be subject to any claim for liability or damage in the exercise of such authority.

7. **Garage Doors.** Garage doors should remain closed except when entering and exiting and during the loading and unloading of personal property.

H. **PETS**

1. **Permitted Pets.** No livestock, poultry or other animals whatsoever shall be allowed or kept in or on any part of the Community, except that dogs, cats or other common household pets as described in the Bylaws, in reasonable number, may be kept by Owners and Occupants in their respective Homes. Pets shall not be allowed on any common elements of the Community except in transit to and from any automobile or off the premises or back to the Home when carried (or on leash).

Exhibit "A-5"

EXHIBIT "N"   000098