05-16940

# CERTIFICATE OF SERVICE

Case Name: <u>SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.</u>

Cae No.: <u>05-16940</u>

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service twith this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the _attached document(s) was/were_ served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Kevin P.H. Sumida, Esq. <br> Marilyn S.H. Naitoh, Esq. <br> Matsui Chung Sumida & Tsuchiyama | 737 Bishop Street <br> Mauka Tower, Suite 1400 <br> Honolulu, HI 96813 | 12-22-06 ( ) |
| Sidney K. Ayabe, Esq. <br> Calvin E. Young, Esq. <br> Ayabe, Chong, Nishimoto, Sia & Nakamura | Pauahi Tower, Suite 2500 <br> 1001 Bishop Street <br> Honolulu, HI 96813 | ( ) |
| Dennis M. Lombardi, Esq. <br> Nancy J. Youngren, Esq. <br> Case, Bigelow & Lombardi | Mauka Tower, Suite 2600 <br> 737 Bishop Street <br> Honolulu, HI 96813 | ( ) |
| Roger S. Moseley, Esq. <br> Moseley Biehl Tsugawa Lau & Muzzi | Alakea Corporate Tower <br> 1100 Alakea Street 23rd Floor <br> Honolulu, HI 96813 | ( ) |

## CERTIFICATE OF SERVICE

Case Name: <u>SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.</u>
Case No.: <u>06-16121</u>

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the [ _attached_ ] were served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Kevin P.H. Sumida, Esq.<br>Sumida & Tsuchiyama, LLC<br>formerly with: Matsui Chung<br>Sumida & Tsuchiyama | 735 Bishop Street<br>Suite 411<br>Honolulu, HI 96813 | 12/22/06 |
| Marilyn S.H. Naitoh, Esq.<br>Matsui Chung Sumida &<br>Tsuchiyama | 737 Bishop St. Ste. 1400<br>Honolulu, HI 96813 | " |
| Sidney K. Ayabe, Esq.<br>Calvin E. Young, Esq.<br>Ayabe, Chong, Nishimoto,<br>Sia & Nakamura | Pauahi Tower, Suite 2500<br>1001 Bishop Street<br>Honolulu, HI 96813 | "<br>" |
| Dennis M. Lombardi, Esq.<br>Nancy J. Youngren, Esq.<br>Case Lombardi & Pettit<br>fka Case, Bigelow & Lombardi | Mauka Tower, Suite 2600<br>737 Bishop Street<br>Honolulu, HI 96813 | "<br>" |

Sakuma v. AOAO Tropics Appeal No. 06-16121

| Roger S. Moseley, Esq. Moseley Biehl Tsugawa Lau & Muzzi | Alakea Corporate Tower 1100 Alakea Street 23rd Floor Honolulu, HI 96813 | 12/22/06 |