


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

February 14, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 20 2007
3:00 pm
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-16940 | Sakuma v. Assoc of Apt Owners | CV-01-00556-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
05-16940 Sakuma v. Assoc of Apt Owners, et al
```

| | |
|---|---|
| PATSY N. SAKUMA, an individual<br>    Plaintiff - Appellant | Patsy N. Sakuma<br>FAX 310/478-8155<br>310/478-6755<br>#307<br>[COR LD NTC prs]<br>10960 Ashton Ave.<br>Los Angeles, CA 90024 |

   v.

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association<br>    Defendant - Appellee | Kevin P. Sumida, Esq.<br>FAX 808/599-2979<br>808/536-3711<br>Suite 1400<br>[COR LD NTC ret]<br>MATSUI, CHUNG, SUMIDA & TSUCHIYAMA<br>737 Bishop Street<br>Honolulu, HI 96813 |
| HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation<br>    Defendant - Appellee | Kevin P. Sumida, Esq.<br>(See above)<br>[COR LD NTC ret] |
| LOVE YAMAMOTO & MOTOOKA, a professional corporation<br>    Defendant - Appellee | Sidney K. Ayabe, Esq.<br>537-6119<br>Suite 2500<br>[COR LD NTC ret]<br>AYABE, CHONG, NISHIMOTO SIA & NAKAMURA<br>Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 |
| MILTON M. MOTOOKA, an individual<br>    Defendant - Appellee | Sidney K. Ayabe, Esq.<br>(See above)<br>[COR LD NTC ret] |
| D.R. HORTON-SCHULER HOMES, LLC, a Delaware limited liability company dba Schuler Homes suc Schuler Homes, Inc.<br>    Defendant - Appellee | Nancy J. Youngren, Esq.<br>FAX 808/523-1888<br>808/547-5400<br>Suite 2600<br>[COR LD NTC ret]<br>CASE LOMBARDI & PETTIT<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813 |

INTERNAL USE ONLY: Proceedings include all events.
06-16121 Sakuma v. Assoc of Apt Owners, et al

| | |
|---|---|
| PATSY N. SAKUMA, an individual<br>    Plaintiff - Appellant | Patsy N. Sakuma<br>FAX 310/478-8155<br>310/478-6755<br>#307<br>[NTC prs]<br>10960 Ashton Ave.<br>Los Angeles, CA 90024 |
| v. | |
| ASSOCIATION OF APARTMENT<br>OWNERS OF THE TROPICS AT<br>WAIKELE, an unincorporated<br>association<br>    Defendant - Appellee | Kevin P. Sumida, Esq.<br>FAX 808/599-2979<br>808/536-3711<br>Suite 1400<br>[COR LD NTC ret]<br>MATSUI, CHUNG, SUMIDA &<br>TSUCHIYAMA<br>737 Bishop Street<br>Honolulu, HI 96813<br><br>Marilyn S.H. Naitoh, Esq.<br>FAX 808/599-2979<br>808/536-3711<br>Suite 1400<br>[COR LD]<br>MATSUI, CHUNG, SUMIDA &<br>TSUCHIYAMA<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Hnolulu, HI 96813 |
| | Nancy J. Youngren, Esq.<br>FAX 808/523-1888<br>808/547-5400<br>Suite 2600<br>[COR LD NTC ret]<br>CASE LOMBARDI & PETTIT<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813 |
| LOVE YAMAMOTO & MOTOOKA, a<br>professional corporation<br>    Defendant - Appellee | Calvin E. Young, Esq.<br>808/537-6119<br>Suite 2500<br>[COR LD NTC ret]<br>AYABE, CHONG, NISHIMOTO, SIA &<br>NAKAMURA<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Sidney K. Ayabe, Esq. |

INTERNAL USE ONLY: Proceedings include all events.
06-16121 Sakuma v. Assoc of Apt Owners, et al

|  |  |
|---|---|
|  | 537-6119<br>Suite 2500<br>[COR LD ret]<br>AYABE, CHONG, NISHIMOTO SIA & NAKAMURA<br>Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 |
| MILTON M. MOTOOKA, an individual<br>    Defendant - Appellee | Calvin E. Young, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Calvin E. Young, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Sidney K. Ayabe, Esq.<br>(See above)<br>[COR LD] |
| D.R. HORTON-SCHULER HOMES, LLC, a Delaware limited liability company dba Schuler Homes suc Schuler Homes, Inc.<br>    Defendant - Appellee | Dennis M. Lombardi, Esq.<br>FAX 808/523-5573<br>808/547-5400<br>Ste. 2600<br>[COR LD NTC ret]<br>Nancy J. Youngren, Esq.<br>(See above)<br>[COR LD ret]<br>CASE LOMBARDI & PETTIT<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813 |
| DOES 1-300, inclusive<br>    Defendant - Appellee | No appearance<br>No appearance |
| HAWAIIANA MANAGEMENT COMPANY, LTD., a Corporation<br>    Defendant - Appellee | Kevin P.H. Sumida, Esq.<br>808-536-3711<br>Suite 1490<br>[COR LD NTC ret]<br>MATSUI, CHUNG AND SUMIDA<br>Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813<br><br>Marilyn S.H. Naitoh, Esq.<br>(See above)<br>[COR LD] |