Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P.H. SUMIDA        2544-0
LANCE S. AU              6244-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i 96813
Telephone No. 808-356-2600
info@sthawaii.com
ksumida@sthawaii.com
lau@sthawaii.com

Attorneys for Defendants
ASSOCIATION OF APARTMENT
OWNERS OF THE TROPICS AT
WAIKELE and HAWAIIANA
MANAGEMENT COMPANY, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>    Plaintiff,<br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, inclusive,<br><br>    Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>DEFENDANTS ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE'S and HAWAIIANA MANAGEMENT COMPANY, LTD.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF PATSY N. SAKUMA SHOULD NOT BE FOUND IN CONTEMPT OF COURT; AFFIDAVIT OF LANCE S. AU; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE<br><br>DATE:<br>TIME:<br>JUDGE: Honorable Barry M. Kurren |

DEFENDANTS ASSOCIATION OF APARTMENT
OWNERS OF THE TROPICS AT WAIKELE'S and
HAWAIIANA MANAGEMENT COMPANY, LTD.'S
MOTION FOR ORDER TO SHOW CAUSE WHY
PLAINTIFF PATSY N. SAKUMA SHOULD
<u>NOT BE FOUND IN CONTEMPT OF COURT</u>

Come now Defendants ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD. ("these Defendants"), by their attorneys, and, pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby moves this Honorable District Court for an Order requiring Plaintiff PATSY N. SAKUMA ("Plaintiff") to show cause as to why she should not be found in contempt for failing to comply with this Honorable District Court's "Order Approving Declarations of Attorneys' Fees and Costs Pursuant to Order Imposing Sanctions" entered on May 17, 2006 ("Subject Order") and the United States Court of Appeals for the Ninth Circuit Court's taxation of costs entered on November 20, 2003.

The Subject Order expressly provides that $1,275.00 "shall be paid by Plaintiff on or before June 5, 2006" to these Defendants. Despite this mandate by this Honorable District Court, these Defendants still have not been paid $1,275.00 by Plaintiff. Also, Plaintiff has failed to pay the appellate taxation of costs of $130.00 to these Defendants. Plaintiff has rebuffed requests by these Defendants for payment. Under these circumstances, Plaintiff should show cause why she should not be found in contempt for failing to comply with this Honorable District

- 3 -

Court's Subject Order, and should be sanctioned additional attorney's fees and costs for the filing of the instant Motion for Order to Show Cause.

This Motion is supported by the Affidavit of Lance S. Au, attached exhibits, and upon the record and files herein.

DATED: HONOLULU, HAWAII, MAY 18 2007

*/s/ Lance S. Au*
KEVIN P.H. SUMIDA
LANCE S. AU
Attorneys for Defendants
ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD.