UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, inclusive,<br><br>Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>AFFIDAVIT OF LANCE S. AU |

AFFIDAVIT OF LANCE S. AU

| | |
|---|---|
| STATE OF HAWAII | )<br>) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

LANCE S. AU, being first duly sworn upon oath, deposes and says that:

    1.    He is an attorney duly licensed to practice in all the Courts of the State of Hawaii.

    2.    He is an attorney for defendants ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD. ("these Defendants").

3. He has personal knowledge of the following except for what is said upon information or belief.

4. Attached hereto as Exhibit "A" is a true and correct copy of the United States District Court for the District of Hawaii's "Order Approving Declarations of Attorney's Fees and Costs Pursuant to Order Imposing Sanctions" entered on May 17, 2006 ("Subject Order").

5. The Subject Order states that Plaintiff is to pay these Defendants $1,274 by June 5, 2006.

6. Attached hereto as Exhibit "B" is a true and correct copy of the decision by the United States Court of Appeals for the Ninth Circuit Court, entered on November 20, 2003.

7. The decision included a taxation of costs of $130.00 that Plaintiff is to pay these Defendants.

8. Attached hereto as Exhibit "C" is a true and correct copy of the letter dated December 15, 2006 from Kevin P.H. Sumida, Esq. to Patsy N. Sakuma, Esq.

9. Through a December 15, 2006 letter, Kevin Sumida requested that Plaintiff pay the sanctions ordered by both Courts.

10. Attached hereto as Exhibit 'D" is a true and correct copy of the letter dated February 22, 2007 from Lance S. Au, Esq. to Patsy N. Sakuma, Esq.

11.   Through a February 22, 2007 letter, he asked Plaintiff to pay the amount of $1,405.00 which is due.

12.   Through a February 22, 2007 letter, he kindly informed Plaintiff that if she continued to fail to pay he would have no other option but seek relief through the District Court.

13.   To date, these Defendants have not received the amount of $1,405.00 which is past due from Plaintiff.

14.   Through the December 15, 2006 and February 22, 2007 letters, he or his office has in good faith attempted to confer with Plaintiff in an effort to resolve the dispute without Court action.

15.  Plaintiff's failure to respond by paying the judgments due has forced him to file the instant Motion to Show Cause.

16.  He further sayeth naught.

Dated: Honolulu, Hawaii, on MAY 18 2007

LANCE S. AU

Subscribed and sworn to before me
this 18th day of May, 2007.

Notary Public, State of Hawaii
Printed Name: Kristine H. Nekomoto
My commission expires: APR 0 9 2010