JUDGMENT
=================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 03-15522
CT/AG#: CV-01-00556-DAE(BMK)

PATSY N. SAKUMA

    Plaintiff - Appellant

v.

ASSOCIATION OF APARTMENTS OWNERS OF THE TROPICS AT WAIKELE, an incorporated Association; HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation; LOVE YAMAMOTO & MOTOOKA, a professional corporation; MILTON M. MOTOOKA, an individual; D.R. HORTON-SCHULER HOMES, LLC, a Delaware limited liability company dba: Schuler Homes, suc Schuler Homes, Inc.

    Defendants - Appellees

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

**COSTS TAXED**
Filed and entered  -  11/20/03.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB - 9 2004

by _____
Deputy Clerk

EXHIBIT B

For Official Use Only

F I L E D
DEC - 3 2003
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

REV. 11/95

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

PATSY N. SAKUMA    v.   WAIKELE, ET AL.    ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT    CA No. 03-15522

The Clerk is requested to tax the following costs against: Patsy N. Sakuma, Plaintiff-Appellant

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed. | | | | ALLOWED To be completed by the Clerk. | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 5 | 10 | .20 | $10.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 40 | .20 | $120.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |

TOTAL: $130.00     TOTAL: $

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

I, Kevin P.H. Sumida swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: [signed]

Name of Counsel (printed or typed): Kevin P.H. Sumida

Date: 2/9/04

Attorneys' fees cannot be requested on this form.

Date: December 2, 2003
Attorney for: AOAO Tropics at Waikele and Hawaiiana Management Company, Ltd.

Costs are taxed in the amount of $130.00

Clerk of Court
By: [signed], Deputy Clerk

S:\Forms\APPCKT\BILL_OF_COST_FRM.WPD