**SUMIDA & TSUCHIYAMA**
ATTORNEYS-AT-LAW • A LIMITED LIABILITY LAW COMPANY

*Kevin P.H. Sumida*
*Thomas Tsuchiyama*
*Anthony L. Wong*
*Lance S. Au*

December 15, 2006

Patsy N. Sakuma, Esq.
10960 Ashton Avenue, #307
Los Angeles, CA 90024

Re: Patsy N. Sakuma v. AOAO the Tropics at Waikele; Hawaiiana Management Company, Ltd. Love Yamamoto & Motooka, Milton M. Motooka, et al.
<u>Civil No. 01-00556 DAE BMK</u>

Dear Ms. Sakuma:

You have not paid to us the sanctions ordered to be paid by the court. Please remit the full amount immediately. If we do not receive the full amount within ten days, we will take any and all steps necessary to collect the same, and to record this unpaid obligation.

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

Very truly yours,

SUMIDA & TSUCHIYAMA

By _____
KEVIN P.H. SUMIDA

cc: Ms. Jennifer Wilson
    Claim No.: 51-B044-499

**EXHIBIT C**