# SUMIDA & TSUCHIYAMA
ATTORNEYS-AT-LAW • A LIMITED LIABILITY LAW COMPANY

Kevin P.H. Sumida
Thomas Tsuchiyama
Anthony L. Wong
Lance S. Au

February 22, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue, #307
Los Angeles, CA 90024

Re: Patsy N. Sakuma v. AOAO the Tropics at Waikele;
Hawaiiana Management Company, Ltd. Love
Yamamoto & Motooka, Milton M. Motooka, et al.
Civil No. 01-00556 DAE BMK

Dear Ms. Sakuma:

This is a follow up to the December 15, 2006 letter. We did not receive any response from you, nor payment as requested. As you are aware, our clients were awarded fees and costs of $1,405.00 against you. Enclosed herewith please find a copy of the Orders awarding costs to our clients against you. By refusing to pay the sanctions, you are violating the attached Orders. Please note that this is the final request by our office in seeking payment from you for the sanctions ordered by the district court. May we kindly ask again that you please remit $1,405.00 immediately?

If we do not receive the full amount within ten days of the date of this letter, we will have no other choice but to take action that is necessary to collect the same. This will require us to seek further relief through the district court, including a motion for order to show cause and judgment for the amounts awarded. We are confident that if we are forced to seek relief through the district court, we will be awarded further attorney's fees and costs associated with recovery of the amount that you presently owe. In addition, we have every intent to record this unpaid obligation, and take measures to collect the amounts that you owe.

Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

Very truly yours,

SUMIDA & TSUCHIYAMA

By _____
LANCE S. AU

Enclosure
cc: Ms. Jennifer Wilson
    Claim No.: 51-B044-499

**EXHIBIT D**

JUDGMENT
=================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - -

NO. 03-15522
CT/AG#: CV-01-00556-DAE(BMK)

PATSY N. SAKUMA

    Plaintiff - Appellant

v.

ASSOCIATION OF APARTMENTS OWNERS OF THE TROPICS AT WAIKELE, an incorporated Association; HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation; LOVE YAMAMOTO & MOTOOKA, a professional corporation; MILTON M. MOTOOKA, an individual; D.R. HORTON-SCHULER HOMES, LLC, a Delaware limited liability company dba: Schuler Homes, suc Schuler Homes, Inc.

    Defendants - Appellees

- - - - - - - - - -

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

**COSTS TAXED**
Filed and entered   -   11/20/03.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB - 9 2004

by _____
Deputy Clerk

**FILED**
DEC -3 2003
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

For Official Use Only

REV. 11/95

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

PATSY N. SAKUMA   v.  ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, ET AL.   CA No. 03-15522

The Clerk is requested to tax the following costs against: Patsy N. Sakuma, Plaintiff-Appellant

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed. | | | | ALLOWED To be completed by the Clerk. | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 5 | 10 | .20 | $10.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 40 | .20 | $120.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL: | $130.00 | | | TOTAL: $ | |

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

Attorneys' fees cannot be requested on this form.

I, Kevin P.H. Sumida swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _____
Name of Counsel (printed or typed) Kevin P.H. Sumida
Date: 2/9/04

Date: December 2, 2003
Attorney for AOAO Tropics at Waikele
and Hawaiiana Management
Company, Ltd.

Costs are taxed in the amount of $ 130.00
Clerk of Court
By: _____, Deputy Clerk

S:\Forms\APPCKT\BILL_OF_COST_FRM.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual, ) | CV NO 01-00556 DAE/BMK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASSOCIATION OF APARTMENT ) | |
| OWNERS OF THE TROPICS AT ) | |
| WAIKELE, an unincorporated ) | |
| association, HAWAIIANA ) | |
| MANAGEMENT COMPANY, ) | |
| LTD., a corporation, LOVE ) | |
| YAMAMOTO & MOTOOKA, a ) | |
| professional corporation, MILTON ) | |
| M. MOTOOKA, an individual; and ) | |
| DOES 1-300, inclusive, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS

The Court imposed sanctions on Plaintiff pursuant to 28 U.S.C. § 1927. Before ruling on the appropriate amount of sanctions, the Court instructed defense counsel to provide Plaintiff with an itemized accounting of legal fees which Defendants incurred as a result of responding to Plaintiff's motion for relief from final order and final judgment. Defendants submitted Declarations of

attorneys' fees and costs to Plaintiff and the Court. Plaintiff was provided an opportunity to respond in writing, but did not do so.

This Court upon reviewing the Declaration of attorneys' fees and costs submitted by Defendants Association of Apartment Owners of the Tropics at Waikele, Hawaiiana Management Company, Ltd., D.R. Horton-Schuler Homes, LLC., Love, Yamamoto & Motooka, P.C., and Milton M. Motooka pursuant to this Court's Order of October 31, 2005, accepts the amounts set forth in the Declarations as reasonable accounting of costs and professional fees incurred in connection with responding to Plaintiff's motion for relief from final order and final judgment.

Therefore, the court thereby APPROVES Association of Apartment Owners of the Tropics of Waikele and Hawaiiana Management Company Ltd.'s Declaration of attorneys' fees and costs in the amount of $1275.00, D.R. Horton-Schuler Homes, LLC.'s Declaration of attorneys' fees and costs in the amount of $499.55, and Love, Yamamoto & Motooka, P.C. and Milton M. Motooka's Declaration of attorneys' fees and costs in the amount of $310.00, and ORDERS that said amounts shall be paid by Plaintiff on or before June 5, 2006.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2006.



David Alan Ezra
United States District Judge

Patsy N. Sakuma vs. Association of Apartment Owners of the Tropics at Waikele, et al., Civil No. 01-00556 DAE/BMK; ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS