UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, inclusive,<br><br>            Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of "DEFENDANTS ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE'S and HAWAIIANA MANAGEMENT COMPANY, LTD.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF PATSY N. SAKUMA SHOULD NOT BE FOUND IN CONTEMPT OF COURT; AFFIDAVIT OF LANCE S. AU; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE" was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this 18th, day of May, 2007.

- 8 -

PATSY N. SAKUMA, ESQ.
10960 Ashton Avenue, #307
Los Angeles, CA 90024
In Pro Per

DATED: HONOLULU, HAWAII,    MAY 18 2007

                               /s/ signature
                               KEVIN P.H. SUMIDA
                               LANCE S. AU
                               Attorneys for Defendants
                               ASSOCIATION OF
                               APARTMENT OWNERS OF
                               THE TROPICS AT WAIKELE
                               and HAWAIIANA
                               MANAGEMENT COMPANY,
                               LTD.