ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2007

at 3 o'clock and 00 min PM
SUE BEITIA, CLERK

COURT: UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

PATSY N. SAKUMA            )   Case No. CV 01-00556 DAE BMK
                           )
           Plaintiff(s),   )   ACKNOWLEDGMENT OF SERVICE
                           )
v.                         )
                           )
AOAO TROPICO AT WAIKELE ET. AL., )
                           )
           Defendant(s).   )

## ACKNOWLEDGMENT OF SERVICE

I, DEXTER CARRASCO, Civil Process Server, undersigned, affirms that he delivered a copy of the following documents: COPY OF SUBPOENA

_____ as stated below:

Personal Delivery:   By personally handing said documents at the address, date and time
                     as follows: MOSELY BIEHL TSUGAWA LAU & MUZZI

(1)   Address delivered to:   1100 ALAKEA ST., #2300, HON, HI 96813
(2)   Date delivered:         06/22/07
(3)   Time delivered:         10:15

**ACKNOWLEDGMENT OF SERVICE:** _____
                                        (signature)

_____        _____
(title)                        (print name)

I solemnly affirm that the contents of the foregoing are true and correct.

DATED:   Honolulu, Hawaii,   06/22/07

_____
(signature of server)