# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00556DAE-BMK |
| CASE NAME: | Patsy Sakuma Vs. Association of Apartment Owners of the Tropics of Waikele, et al. |
| ATTYS FOR PLA: | Patsy Sakuma- |
| ATTYS FOR DEFT: | Kevin Sumida |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 06/25/2007 | TIME: | l0:37am-l0:55am |

COURT ACTION:  EP: [146] Motion for Order to show Cause Why Plaintiff Patsy N. Sakuma should not be found in Contempt of Court-Court hereby Grants the Motion.  The Plaintiff Patsy Sakuma is ordered to pay the Defendants a Total Sum of $1,405.00 by 4:00 p.m., June 26, 2007.  If the Plaintiff fails to make payment, a Bench Warrant will be issued for her arrest.

Submitted by Leslie L. Sai, Courtroom Manager