**ORIGINAL**

Patsy N. Sakuma
10960 Ashton Ave #357
Los Angeles, CA 90024
Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2007

at 1 o'clock and 35 min. PM
SUE BEITIA, CLERK

US District Court
District of Hawaii

CV-01-00556 DAE-BMK

PATSY N. SAKUMA )
  Plaintiff )
 )  EMERGENCY MOTION & NOTICE
 )  TO EXTEND TIME TO
 v. )  PERFORM UNDER CIVIL
 )  CONTEMPT ORDER DATED
AOAO TROPICS AT WAIKELE )  JUNE 25, 2007 FOR
 ET AL. )  MEDICAL REASONS
 §401, 28 USCA

Plaintiff, Patsy N. Sakuma, pro se, moves the district court for an order extending the time to perform under its June 25, 2007 civil contempt order from no later than 4pm, June 26, 2007 to no later than 4pm, June 28, 2007 to deliver a cashier's check, money order or cash in the amount of $1,450 to Kevin P.H. Sumida at his office, address not specified but presumably 735 Bishop Street, Suite 411, Honolulu, Hawaii 96813 and not 737 Bishop Street, Mauka Tower, Suite 1400, Honolulu, Hawaii for medical reasons due to vomiting and diarrhea since June 24, 2007, see attached Medical Summary dated June 25, 2007 by Mike Takagi, PA-C, The Medical Corner - Kapolei Clinic, 590 Kamokila Blvd., Suite 102, Kapolei, HI 96707-20022

CV01-00556 DAE-BMK

Per Plaintiff's doctor's report, her activities "may be limited due to her medical problems for the next 48 to 72 hours. Everyone in Plaintiff's Hawaii household is also sick and no one can come into town today to make the payment. Moreover, the district court nor Kevin P.H. Sumida provided Kevin P.H. Sumida's Bank wire account no. to make a wire transfer within 24 hours.

Wherefore, Plaintiff pro se requests the district court accepts her doctor's report as proof of her incapacity to convert and cash her out of state checks into a cashier's check or money order within its original deadline of by 4pm June 26, 2007 and grant an extension for her to perform so that she will not have a bench warrant issued for her arrest for failure to perform for its original deadline.

Patsy N. Sakuma
Plaintiff Pro Se

-2-