CVO1: 00556 DAE BMK

CVO1.00556 DAE BMK

DECLARATION

WAIPAHU,                )
                        )
STATE OF HAWAII         )
                        )

Plaintiff, Patsy N. Sakuma, Pro Se, hereby declares:

(1) I am the plaintiff Pro Se in the above entitled action.

(2) On or about the evening of Sunday, June 24, 2007 I fell ill with vomitting and diarrhea.

(3) On June 25, 2007 at or around ten a.m. in the morning I requested a continuance from the Honorable District Court Judge David A. Ezra from the 11:15 Am OSC - Contempt Hearing due to illness.

(4) I then spoke to his clerk in the third floor of the US District Courthouse because the judge was in session. She told me to wait in the clerk's office down the hall. I told her I was vomitting and had diarrhea. The court denied my continuance and proceeded with the hearing.

— 3 —

CV01. 00556 DAE-BMK

(5) As proof of my illness and unfitness to fully advocate my reasons why the contempt order should have denied and why an extension to perform by the contempt order deadline should be granted. Attached hereto and incorporated herein is, EX"A", a true and correct copy of my doctor's report signed by Mike Takagi, PA-C of the Medical Corner-Kapolei Clinic, 890 Kamokila Blvd, Suite 102, Kapolei, HI 96707-2022, Tel. No. 943-1111 that states i have nausea, vomiting and diarrhea and that my "activities" may be limited due to this for the next 48-72 hours. and drive into town today to make the payment in illness of household in Hawaii.

(6) I do not have a Hawaii Bank or Savings Account. I only have Los Angeles, California Checking accounts. I was not given Kevin P. H. Sumida, Esq's wire Bank Account No. to "wire" my monies from Los Angeles, California to his Hawaii Bank account at the June 25, 2007 hearing. I havent figured out what I need to do to cash my local Los Angeles checks In Hawaii to make the requisite cashiers or money order check. I also request a correction of the amount owed to $1275 per the District Courts original order. Wherefore, I pray the court grant this "extension".

Patsy N. Sakuma
Plaintiff Pro Se