Date: 6/25/07

**The Medical Corner - Kapolei Clinic**
890 Kamokila Blvd, Suite 102
Kapolei, HI 96707-2022
Tel No 808.943.1111

Page 1

CV01: 00556 DAE.BMK

## Encounter Summary

Insurance: Self Pay

Patient: Patsy Sakuma
94-016 Maiau St
Apt D
Waipahu, HI 96797

Contact:
Telephone:
Fax:
Provider: Takagi, Mike  PA-C

Ext:

Telephone: (808)680-9191
Birth Date: 5/12/55
Encounter Date: 6/25/07
Purpose: Simple Care

### Presenting Problem

CC: vomitting and diarrhea since last night.
(+) vomitting
(+) diarrhea

### Comments

Pt has nausea, vomiting and diarrhea activities may be limited due to this for next 48 to 72 hrs.

| Service | Description | Charge |
|---|---|---|
| | Excise Tax | |

Statement Total: $0.00

Payment Received:

Statement Balance: $0.00

**This is Not a Bill!**

"Exhibit A"

-7-

# INVESTMENT COOPERATION PROPOSAL

Mr. Edward Noosi.
Suit 206B Nelson Mandela Square Sandton city R.S.A.
Tel: +27844890707  Fax: +27866681608

---

Attention: President/Owner

I am Mr. Edward Noosi, Fund/Property Manager to Mr. Kim Woo-Choong, Daewoo Group founder. In February, 2003, my client Mr. Kim Woo-Choong came to South Africa and made a fixed deposit valued at (US$55.5M) (Fifty-Five Million Five Hundred Thousand United States Dollars) with NEDBANK SOUTH AFRICA.

However, Mr. Kim Woo-Choong as been sentenced to 10 years in prison for fraud and embezzlement relating to the collapse of the firm under 82 billion dollars of debt in one of the world's largest corporate failures. Please use these links for more information:

http://www.atimes.com/atimes/Korea/HF01Dg03.html
http://www.thenews.com.pk/daily_detail.asp?id=8637
http://www.cnn.com/2006/BUSINESS/05/30/skorea.daewoo/?section=cnn_latest

This sum of (US$55.5M) is still sitting with NEDBANK SOUTH AFRICA here and I am contacting you to assist in repatriating the money and property left behind by my client before they get confiscated or declared unserviceable by NEDBANK SOUTH AFRICA where this huge deposit was lodged. Now I seek your consent to present you as the owner/next of kin to my client since you are not his relative so that the proceeds of this deposit with the bank valued at (US$55.5M) can be paid to you and subsequently used for investment purposes.

However, I would like to add here that upon your acceptance to assist me in this deal, you will be rewarded with 35.4 percent of the total sum for your honest assistance and co-operation, 4.4 percent for any expenses that may come up during the transfer while 60.2 percent remain for Mr. Kin Woo-Choong and I. I have all necessary legal documents that will be used to back up claim from the bank. All I require is your honest cooperation to enable me see this deal through. I guarantee that this will be executed under a legitimate arrangement that will protect you from any breach of the law and this deal is 100 percent risk free. Please get in touch with me through my private Telephone and fax # to enable us discuss further.

Please note that I have the full consent and authority of Mr. Kim Woo-Choong to this letter, evidence of memorandum of understanding [mou] between Mr. Kim and I will be faxed to you upon receipt of your response.

Best regards,

*[signature]*

Mr. Edward Noosi.