Fax To: Hon. US District Court Judge
David A. Ezra
Tel No.    808.541.1300
Fax No.    808.541.1303

Kevin P.H. Sumida, Esq.
Sumida & Tsuchiyama
Tel. No    808.356.2600
Fax No.    808.356.2609

From Patsy N. Sakuma
Plaintiff Pro Se
CV01:00556 DAE:BMK

RECEIVED
CLERK U.S DISTRICT COURT
JUN 26 2007
1:35 PM
DISTRICT OF HAWAII