FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2007

DENIED at ___ o'clock and 35 min. P M)
SUE BEITIA, CLERK

Patsy N Sakuma
10960 Ashton Ave #357
Los Angeles, CA 90024
Plaintiff pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 26 2007

at 2 o'clock and 20 min.
SUE BEITIA, CLERK

PATSY N. SAKUMA

        Plaintiff

v.

AOAO TROPICS AT WAIKELE
        ET AL.

                        )
                        )
                        )
                        )
                        )

CV 01-00556 DAE-BMK

_District Court has given the Plaintiff a year to comply. No further extension will be allowed._ JUSTICE

TO EXTEND TIME TO
PERFORM UNDER CIVIL
CONTEMPT ORDER DATED
JUNE 25, 2007 FOR
MEDICAL REASONS
§401, 28 USCA

Plaintiff, Patsy N. Sakuma, pro se moves
the district court for an order extending the time to
perform under its June 25, 2007 civil contempt
order from no later than 4pm, June 26, 2007
to no later than 4pm June 28, 2007 to deliver
a cashier's check, money order or cash in the amount
of $1,450 to Kevin P.H. Sumida at his office,
address not specified but presumably 735 Bishop
Street, Suite 411, Honolulu, Hawaii 96813 and not
737 Bishop Street, Mauka Tower, Suite 1400, Honolulu,
Hawaii for medical reasons due to vomiting and
diarrhea since June 24, 2007, see attached Medical
Summary dated June 25, 2007 by Mike Takagi, PA-C,
The Medical Corner - Kapolei Clinic, 890 Kamokila Blvd.,
Suite 102, Kapolei, HI 96707-20022

CV01 00556 DAE-BMK

Per Plaintiff's doctor's report and her activities
"may be limited due to her medical problems in the
next 48 to 72 hours. Everyone in Plaintiff's Hawaii household
is also sick and no one can come into town today to make the payment.
Moreover, the district court nor Kevin
P.H. Sumida provided Kevin P.H. Sumida's
Bank wire account no. to make a wire transfer
within 24 hours.

Wherefore, Plaintiff pro se requests
the district court accepts her doctors report
as proof of her incapacity to convert and cash
her out of state checks into a cashier's check
a money order within its original deadline
if by 4pm June 26, 2007 and grant an
extension for her to perform so that she
will not have a bench warrant
issued for her arrest for failure to perform
for its original deadline.

Patsy N. Sakuma
Plaintiff Pro Se

-2-

CV01: 00556 DAE-BMK

CV01.00556 DAE BMK

DECLARATION

WAIPAHU,                )

STATE OF HAWAII         )

_____

Plaintiff, Patsy N. Sakuma, Pro Se, hereby declares:

(1) I am the plaintiff Pro Se in the above entitled action.

(2) On or about the evening of Sunday, June 24, 2007 I fell ill with vomitting and diarrhea.

(3) On June 25, 2007 at or around ten a.m. in the morning I requested a continuance from the Honorable District Court Judge David A. Ezra from the 11:15 AM OSC-Contempt Hearing due to illness.

(4) I then spoke to his clerk on the third floor of the US District Courthouse because the judge was in session. The judge told me to wait in the clerk's office down the hall. I told her I was vomitting and had diarrhea. The court denied my continuance and proceeded with the hearing.

—3—

CV01.00556 DAE:BMK

(5) As proof of my illness and unfitness to fully advocate my reasons why the contempt order should have denied and why an extension to perform by the contempt order deadlines should be granted, attached hereto and incorporated herein is, Ex "A", a true and correct copy of my doctor's report signed by Mike Takagi, PA-C of the Medical Corner-Kapolei Clinic, 590 Kamokila Blvd, Suite 102, Kapolei, HI 96707-2022, Tel. No. 943-1111 that states I have nausea, vomitting and diarrhea and that my "activities" may be limited, due to this, for the next 48-72 hours. Do not have plaintiff myself, household in Hawaii cannot into town today to make the payment due to illness.

(6) I do not have a Hawaii Bank or Savings Account. I only have Los Angeles, California checking accounts. I was not given Kevin P.H. Sumida, Esq's wire Bank Account No. to "wire" my monies from Los Angeles, California to his Hawaii Bank account at the June 25, 2007 hearing. I haven't figured out what I need to do to cash my local checks in Hawaii to make the requisite cashier's or money order check. I also request a correction of the amount owed to $1275 per the District Court's original order. Wherefore, I pray the court grant this "extension"

Patsy N Sakuma
Plaintiff Pro se

1L

Date:    6/25/07

**The Medical Corner - Kapolei Clinic**
890 Kamokila Blvd, Suite 102
Kapolei, HI 96707-2022
Tel No  808.943.1111

Page    1

CV01: 00556 DAE-BMK

## Encounter Summary

Insurance:    Self Pay

Patient:    Patsy Sakuma
94-016 Maiau St
Apt D
Waipahu, HI 96797

Contact:
Telephone:                    Ext:
Fax:
Provider:    Takagi, Mike  PA-C

Telephone:    (808)680-9191
Birth Date:    5/12/55
Encounter Date: 6/25/07
Purpose:    Simple Care

### Presenting Problem

CC: vomitting and diarrhea since last night.
(+) vomitting
(+) diarrhea

### Comments

Pt has nausea, vomiting and diarrhea activities may be limited due to this for next 48 to 72 hrs.

| Service | Description | Charge |
|---|---|---|
| | Excise Tax | |

Statement Total:    $0.00

Statement Balance:    $0.00

Payment Received:

### This is Not a Bill!

"Exhibit A"

-7-

# INVESTMENT COOPERATION PROPOSAL

Mr. Edward Noosi.
Suit 206B Nelson Mandela Square Sandton city R.S.A.
Tel: +27844890707 Fax: +27866681608

Attention: President/Owner

I am Mr. Edward Noosi, Fund/Property Manager to Mr. Kim Woo-Choong, Daewoo Group founder. In February, 2003, my client Mr. Kim Woo-Choong came to South Africa and made a fixed deposit valued at (US$55.5M) (Fifty-Five Million Five Hundred Thousand United States Dollars) with NEDBANK SOUTH AFRICA.

However, Mr. Kim Woo-Choong as been sentenced to 10 years in prison for fraud and embezzlement relating to the collapse of the firm under 82 billion dollars of debt in one of the world's largest corporate failures. Please use these links for more information:

http://www.atimes.com/atimes/Korea/HF01Dg03.html
http://www.thenews.com.pk/daily_detail.asp?id=8637
http://www.cnn.com/2006/BUSINESS/05/30/skorea.daewoo/?section=cnn_latest

This sum of (US$55.5M) is still sitting with NEDBANK SOUTH AFRICA here and I am contacting you to assist in repatriating the money and property left behind by my client before they get confiscated or declared unserviceable by NEDBANK SOUTH AFRICA where this huge deposit was lodged. Now I seek your consent to present you as the owner/next of kin to my client since you are not his relative so that the proceeds of this deposit with the bank valued at (US$55.5M) can be paid to you and subsequently used for investment purposes.

However, I would like to add here that upon your acceptance to assist me in this deal, you will be rewarded with 35.4 percent of the total sum for your honest assistance and co-operation, 4.4 percent for any expenses that may come up during the transfer while 60.2 percent remain for Mr. Kin Woo-Choong and I. I have all necessary legal documents that will be used to back up claim from the bank. All I require is your honest cooperation to enable me see this deal through. I guarantee that this will be executed under a legitimate arrangement that will protect you from any breach of the law and this deal is 100 percent risk free. Please get in touch with me through my private Telephone and fax # to enable us discuss further.

Please note that I have the full consent and authority of Mr. Kim Woo-Choong to this letter, evidence of memorandum of understanding [mou] between Mr. Kim and I will be faxed to you upon receipt of your response.

Best regards,

Mr. Edward Noosi.