Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P.H. SUMIDA            2544-0
LANCE S. AU                  6244-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i 96813
Telephone No. 808-356-2600
info@sthawaii.com
ksumida@sthawaii.com
lau@sthawaii.com

Attorneys for Defendants
ASSOCIATION OF APARTMENT
OWNERS OF THE TROPICS AT
WAIKELE and HAWAIIANA
MANAGEMENT COMPANY, LTD.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, inclusive,<br><br>Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>DECLARATION OF KEVIN P.H. SUMIDA REGARDING ORDER FINDING PLAINTIFF PATSY N. SAKUMA IN CONTEMPT OF COURT DATED 6/25/07; CERTIFICATE OF SERVICE<br><br>Hearing Date: June 25, 2007<br><br>Judge: Hon. David A. Ezra |

## DECLARATION OF KEVIN P.H. SUMIDA
## REGARDING ORDER FINDING PLAINTIFF
## PATSY N. SAKUMA IN CONTEMPT OF COURT DATED 6/25/07

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

KEVIN P.H. SUMIDA, being first duly sworn upon oath, deposes and says that:

1. He is an attorney duly licensed to practice in all the Courts of the State of Hawaii.

2. He is an attorney for defendants ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD.

3. On June 26, 2007 at 5:00 p.m., Patsy Sakuma appeared at your declarant's office and gave to your declarant a cashier's check in the amount of $1450.00, payable to "AOAO Tropics at Waikele c/o Kevin P.H. Sumida, Esq."

4. A copy of the said check is attached hereto.

Further declarant sayeth naught.

Dated: Honolulu, Hawaii, on June 26, 2007.

_____
KEVIN P.H. SUMIDA

Bank of Hawaii

CASHIER'S CHECK

June 26, 2007

$1,450.00

ISSUED BY: Waikele

PAY TO THE ORDER OF
AOAO TROPICS AT WAIKELE C/O KEVIN PH. SUMIDA, ESQ*
************1450

RE#CV-01-00556DAE;BMK

Brian Stewart
AUTHORIZED SIGNATURE

received 6/26/07 at 5:00 pm

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>  Plaintiff,<br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, inclusive,<br><br>  Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was was duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on this 27th day of June, 2007.

>PATSY N. SAKUMA, ESQ.
>10960 Ashton Avenue, #307
>Los Angeles, CA  90024
>In Pro Per

SIDNEY K. AYABE, ESQ.
CALVIN E. YOUNG, ESQ.
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants
LOVE YAMAMOTO & MOTOOKA
and MILTON M. MOTOOKA

DENNIS M. LOMBARDI, ESQ.
NANCY J. YOUNGREN, ESQ.
2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorney for Defendant
SCHULER HOMES, INC.

DATED: HONOLULU, HAWAII, June 27, 2007

/s/ Kevin P.H. Sumida

KEVIN P.H. SUMIDA
LANCE S. AU
Attorneys for Defendants
ASSOCIATION OF
APARTMENT OWNERS OF
THE TROPICS AT WAIKELE
and HAWAIIANA
MANAGEMENT COMPANY,
LTD.