7/2/07 Tues

To: Clerk, US Dct - Hawaii

Please return a filed
Stamped copy to me,
Plaintiff Patsy N.
Sakuma, in the
encl Stamped
envelope. Mahalo.