Original

Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. (310) 478-6755
Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2007

at 1 o'clock and 52 min. PM
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>    Plaintiff,<br><br>vs.<br>ASSOCIATION OF APARTMENT OWNERS TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>    Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Closed Ninth Circuit Appeal<br>Nos. 03-15522 & 03-15480<br>Nos. 05-16940 & 06-16121)<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff, Pro Se, Patsy N. Sakuma

("Plaintiff") in the above-named case, hereby appeals to the United States Court of

Appeals for the Ninth Circuit from the Order Finding Plaintiff Patsy N. Sakuma In Contempt Of Court entered on June 25, 2007 ("June 25 Order").

Appeal of the June 25 Order also appeals the: (1) Stipulations of Dismissal With Prejudice that were entered by summary adjudication of indirect civil contempt as to Plaintiff as part of the global settlement of both this case entered on October 3, 2002 and 2) the Stipulation of Dismissal With Prejudice entered in the related removed-action on October 2, 2002, which is entitled *The Tropics At Waikele, an Association of Apartment Owners By Its Board of Directors* (Removed Plaintiff" or "AOAO Defendant") v. *Patsy Naomi Sakuma, an individual* ("Removed Defendant" or "Plaintiff"), which assumpsit action for collection of withheld AOAO fees by Plaintiff and was first filed by AOAO Defendant in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, which Plaintiff removed to this District Court and was renumbered as CV02-00147 HG:LEK ("Removed Action"), and (3) all previous interlocutory and final orders and final judgments, including but not limited to the: (a) Magistrate's Findings of Fact, Conclusions of Law, and Recommended Order entered on or about August 13, 2002, (b) the Order Adopting Magistrate's Findings and Recommendation entered on or about September 16, 2002, (c) Order Denying Plaintiff's Motion for Reconsideration of Findings of Facts, Conclusions of Law and Recommended Order Granting In Part and Denying In Part Defendants AOAO and Hawaiiana

Management Company, Ltd's Motion To Enforce Settlement and For Award of Attorneys' Fees and Costs, And Denying Plaintiff's Motion For Sanctions ("LR.60.1 Motion") entered on or about September 23, 2002, (d) Order Denying Plaintiff's Motion For Reconsideration;Order Denying Defendants' Request For Fees and Costs entered on or about February 12, 2003 and edit date on March 17, 2003, (e) Order by Judge David A. Ezra Denying Pl.'s Motion For Relief From Final Order and Judgment and Award of Attorney fees, costs and Sanctions. Order To Show Cause Why Court Should Not Impose Sanctions Reimbursing Defendants For Fees and Costs Relating To Pl.'s Motion For Relief entered on July 29, 2005, and (f) Order Approving Attorneys; Fees and Costs Pursuant To Order Imposing Sanctions Signed by Judge David Alan Ezra entered on May 17, 2006.

Plaintiff timely files this notice of appeal within the extension deadline prescribed under Federal Rule of Appellate Procedure, Rule 4(a)(1), pursuant to the District Court's June 25, 2007 entry of its Order.

DATED: July 22, 2007 , Los Angeles, California.

_____
Patsy N. Sakuma
Plaintiff, Pro Se
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755

3