REPRESENTATION STATEMENT *SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.,* CV01-00556 DAE:BMK
For Notice of Appeal Dated: June 22, 2007

PLAINTIFF/APPELLANT:

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Fax: 310.478.6755 (Out-Going Only, No Incoming Facsimile available)
"Pro Se"

DEFENDANTS/APPELLEES:

KEVIN P.H. SUMIDA, ESQ.
LANCE S. AU, ESQ.
Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
Tel. (808)356-2600
Fax (808) _____
Attorneys for Defendant/Appellee,
AOAO Tropics At Waikele, an
Unincorporated Association

KEVIN P.H. SUMIDA, ESQ.
MARILYN S.H. NAITOH, ESQ.
Matsui Chung fka Matsui Chung Sumida & Tsuchiyama
Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Tel. (808) 536.3711
Fax. No. (808) 599-2979
Attorney for Defendant/Appellee,
Hawaiiana Management
Company, Ltd.

SIDNEY K. AYABE, ESQ.
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 537-6119
Fax No. (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.
NANCY J. YOUNGREN, ESQ.
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Pacific Guardian Center
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 547-5400
Fax No. (808) 523-1888
        and
ROGER S. MOSELEY, ESQ.*until on or about November 11, 2005
Moseley Biehl Tsugawa Lau & Muzzi
formerly with Case Bigelow & Lombardi, see above address/tel.& fax no.
Alakea Corporate Tower
1100 Alakea St. 23rd Flr.
Honolulu, HI 96813
Tel. (808) 531-0490
*Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY,DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.