A-11 (rev 5 00)

Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Patsy N. Sakuma, an individual, Plaintiff v. Association of Apt. Owners of the Tropics At Waikele, an unincorporated association, et al. Defendants | DISTRICT: Hawaii | JUDGE: David Alan Ezra |
|---|---|---|
| | DISTRICT COURT NUMBER: CV01-00556 DAE:BMK | |
| | DATE NOTICE OF APPEAL FILED: | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 03-15522, 03-15480, 05-16940 + 06-16121 | |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW: Order Finding Plaintiff Patsy N. Sakuma In Contempt

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL: Defective notice of motion why Sakuma should not be held in contempt, § 401(3), 18 USCA

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS): Motion To Compel Compliance With Subpoena duces tecum.

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
☐ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
(Specify) _____

_____ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ Federal Question<br>☐ Diversity<br>☐ Other (Specify): | ☐ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☐ Default Judgment<br>☐ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☐ Summary Judgment<br>☒ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☐ Judgment as a Matter of Law<br>☐ Other (Specify): | ☐ Damages: Sought $ _Pending_<br>Awarded $ ___<br>☐ Injunctions:<br>　☐ Preliminary<br>　☐ Permanent<br>　☐ Granted<br>　☐ Denied<br>☐ Attorney Fees:<br>Sought $ ___<br>Awarded $ ___<br>☐ Pending<br>☐ Costs: $ _Pending_ |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

(1) Copies of Order/Judgment Appealed Form Are Attached.
(2) A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
(3) A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25. _by Clerk of the Court, USDCt - Hawaii District_
4. ✱ I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal. _(pns)_

_[signature]_                                                     07-02/05 2007
Signature                                                          Date

✱ _not applicable to Plaintiff ProSe, Calif Bar License Suspended for NonPayment due to hardship, on or about Sept 16, 2005_ _(pns)_

**WHO COMPLETED THIS FORM**

NAME: Patsy N. Sakuma

ADDRESS: 10960 Ashton Ave #307

E-MAIL: pnscounsel@yahoo.com

TELEPHONE: 310.478.6755

FAX: 310.478.6755 outgoing only; incoming broken

**✱This Document Should Be Filed in The District Court With The Notice of Appeal✱**
**✱If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals✱**