PATSY N. SAKUMA
10960 ASHTON AVE. #307
LOS ANGELES, CA 90024
TEL./FAX: 310.478.6755

---

FACSIMILE TRANSMITTAL SHEET

TO: Leslie Sai for Theresa
FROM: PATSY N. SAKUMA
COMPANY: US District Ct., Hon. Judge Ezra's Staff
DATE: June 15, 2007
FAX NUMBER: Hawaii 808.541.1303
TOTAL NO. OF PAGES INCLUDING COVER: 8
PHONE NUMBER: 808.541.3089
SENDER'S REFERENCE NUMBER: CV01-00556 DAE:BMK
RE: Request for Leave of Court to file Late Opp. Memo to Contempt Motion
YOUR REFERENCE NUMBER:

☒ URGENT ☒ FOR REVIEW ☐ PLEASE COMMENT ☒ PLEASE REPLY ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Per your suggestion, I left a voice message for Hon. Judge D. Ezra's assistant Theresa that I am requesting Leave of Court to file Late Opposition Memo for 6/25/07 scheduled Contempt Hearing/Motion under the following grounds, including but not limited to

— Defendants Breach of Settlement Agreement causing me and handicap mother further attorney fees and cost to gain access for City & County of Hon. Handivan into Private cul de sac in or about Aug 5, 2004, which I believed I was estopped from alleging previously since I was alleging No settlement agreement. See attached, my Aug. 25, 2004 letter to Co-Defendants M. Motooka, GSY, DYM, referring to letter to all listed /appearing attorney K Sumida, Cyning & N. Yungren

PNS

Leslie Sun, for Theresa, as 1st to
Hon. Judge D. A Ezra USDCt - Hawaii
Fax. 808.541.1303
Ph. 808.541.3089
CV01-00556 DAE:BMK
Pg 2

See also attached:

— Aug. 9, 2004 letter from Cheryl. D. Soon, Director, Dept. of Transportation confirming denial of access of City + County of Hon. Handivan in cul de sac 94-1016 Maiau St for Plaintiff's h.c. mother

— Failure of Co.Def. D.R. Horton to install additional handicap bars to hallway + powder room per their allegations (of completed settlement agreement →) + generally defective design of interior door from garage to hallway + powder room door, resulting in the two doors colliding + causing my handicap mother to fall + break her leg on or about May 3, 2007. Additionally, resulting in injured mother having to move out of home to foster home.

— Court notice just appeared under my condo door last night June 14, 2007 + I was unaware of its filing; see attached small print not Font Size Times Roman 14 pt.

— Relying on 28 USC § 1824, § 401(3) 18 USC Yagman v. Republic Ins. 987. F. 2d 622, 629 (9th Cir 1993); Kirkland v. Legion Ins., 343, F. 3d 1135, 1142 (9th Cir. 2003); Wilson v. Wilson, 46. F. 3d 660 (7th Cir. 1995) cited in Pierce v. Underwood, 487 US 552, 558 n. 1 (1988), cited in Metro Net v. US West, 329 F. 3d 986 (9th Cir. 2003); and other cases.

— I couldn't previously allege Breach of Settlement Agreement when I was alleging No Settlement Agreement based on estoppel until Final Judgment in my appeals. sometime in May 2007

[signature]

Leslie Sai for Theresa, Asst to
Hon. Judge D.A. Ezra, USDCt-Hawaii
Fax 808.541.1303
Ph. 808.541.3089
Page 3

cc: Kevin P.H. Sumida, Esq.        via Fax No. 808.599.2979
    Marilyn S.H. Naitoh, Esq.           Ph.  808.536.3711
    Matsui, Chung Sumida &
       Tsuchiyama

    Sidney K. Ayabe, Esq.          via Fax No. 808.526.3491
    Calvin E. Young, Esq.              Ph.  808.537.6119
    Ayabe Chong Nishimoto
       Sia & Nakamura

    Dennis M. Lombardi, Esq.       via Fax. 808.523.5573
    Nancy Youngren, Esq.               Ph.  808.547.5400
    Case Lombardi & Pettit
    formerly Case Bigelow & Lombardi

                                                    PMS

# THE TROPICS AT WAIKELE
## ADDENDUM "B"

Addendum "B" to that Sales/Reservation Agreement reference dated **Nov. 14, 1998** by and between Schuler Homes, Inc. (Seller) and **Sakuma** (Buyer) for the sale of Condominium Home No. **139** in THE TROPICS AT WAIKELE.

Buyer and Seller agree as follows:

1.) At no cost to Buyer, Seller agrees to design and install left and right railings at entryway and interior garage door, for handicap purposes.

All other terms and conditions of said Agreement shall remain in full force and effect. The undersigned acknowledges receipt of a fully completed copy of this addendum.

Buyer: _[signature]_   Date: **11/14/98**

Buyer: _____   Date: _____

Buyer: _____   Date: _____

Buyer: _____   Date: _____

ACCEPTED BY SELLER:
SCHULER HOMES, INC.

_Mary K. Flood_   Date: **11/23/98**
Mary K. Flood
Vice President of Sales & Marketing

original:  Escrow        Design Center
cc:        SHI - closing  Customer Service
           Sales - file   Construction
           Buyer          Cooperating Broker
           Lender

_Signed copy by [illegible] Schuler for EX_