Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>          Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am the age of 18 years or older, ~~and not a party~~ *Plaintiff Pro Se* to the within action. My address is 10960 Ashton Ave #307, Los Angeles, CA 90024, in the

city of Los Angeles, California. A copy of the foregoing: Plaintiff/Appellant's Notice Of Appeal and United States Court of Appeals for the Ninth Circuit Civil appeals Docketing Statement and Attachment of Orders were duly served upon the following persons below named at their last-known address on <u>July 22, 2007.</u>

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| ✻ Clerk of the Court<br>United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd., C-338<br>Honolulu, HI 96850-0338<br>Tel. 808.541.1891<br>Fax. 808.541.1303 | [X] | [ ] |

*Via Federal Express - Priority Overnight Delivery*

✻ with the Clerk of the Court serving the below parties:

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>LANCE S. AU, ESQ.<br>Sumida & Tsuchiyama, LLC<br>735 Bishop Street, Suite 411<br>Honolulu, HI 96813<br>Tel. (808) 356-2600<br>Fax (808) _____<br>Attorneys for Defendants/Appellees,<br>AOAO Tropics At Waikele | [X]<br>[X] | [ ]<br>[ ] |
| MARILYN S.H. NAITOH, ESQ.<br>Matsui Chung<br>fka Matsui Chung Sumida Tsuchiyama<br>737 Bishop Street, Suite 1400/ Mauka Tower<br>Honolulu, Hawaii 96813<br>Tel. No. 808.536.3711<br>Fax. No. 808.599.2979<br>Attorneys for Defendants/Appellees,<br>AOAO Tropics At Waikele<br>and Hawaiiana Management<br>Company, Ltd. | [X] | [ ] |

NANCY J. YOUNGREN, ESQ.               [X]
Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Tel. (808) 547-5400
Fax (808) 523-5573

SIDNEY K. AYABE, ESQ.                 [X]              [ ]
CALVIN E. YOUNG, ESQ.                 [X]              [ ]
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.              [X]              [ ]
ROGER S. MOSELEY, ESQ.                [X]              [ ]
NANCY J. YOUNGREN, ESQ.               [X]              [ ]
Case Bigelow & Lombardi
2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED: July 22, 2007, Los Angeles, CA 90024

Signature: *[signature]*
Print Name: Plaintiff Pro Se
For:  Patsy N. Sakuma
      Plaintiff, Pro Se
      10960 Ashton Ave. #307
      Los Angeles, CA 90024
      Tel. 310.478.6755