# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240302 |
|---|---|
| Trans | 146664 |

Received From: **PATSY N. SAKUMA**
Case Number:
Reference Number: **CV 01-556DAE**

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** |  | **455.00** |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

07/24/2007 01:53:09 PM        Deputy Clerk: lg/AG