## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

August 3, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

    RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

    Upon the direction of the Chambers of U.S. District Judge David Alan Ezra, the Office of the Clerk is returning the documents you had submitted.  Although an appeal from this case number is pending before the 9th Circuit Court of Appeals (re: Notice of Appeal filed July 24, 2007), your case in this District Court was terminated on September 30, 2002 and remains closed.

                Very truly yours,

                SUE BEITIA, Clerk

        by:  *[signature]*
                Anna F. Chang, Deputy Clerk

encl.