CC: BMK Original

ORIGINAL

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>    Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Ninth Circuit Appeals- Closed Nos. 03-15522 & 03-15480 Nos. 05-16940 & 06-16121)<br>"ERRATA SHEET" TO: NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM BY NANCY J. YOUNGREN, ESQ. TO REQUEST ONE AND ORDER TO SHOW CAUSE WHY YOUNGREN SHOULD NOT BE FOUND IN CONTEMPT FOR NOT COMPLY-ING WITH SUBPOENA DUCES TECUM'S REQUEST 2 & 3, OR TO ALL 3 REQUESTS, & ORDER TO SHOW CAUSE WHY KEVIN P.H. SUMIDA, ESQ. SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR NOT COMPLYING WITH SUBPOENA DUCES TECUM; DECLARATION OF PATSY N. SAKUMA; EXHIBITS "A-1 to N-3"<br><br>Date: To Be Set<br>Time: To Be Set<br>Judge: Hon. David A. Ezra |

COMES NOW Plaintiff Pro Se Patsy N. Sakuma ("Sakuma"), hereby submits the following errata sheet correcting typographical errors primarily to the exhibit sequence and the date of her original Motion To Compel Compliance With Subpoena Duces Tecum By Nancy J. Youngren, Esq., To Request One And Order To Show Cause Why Youngren Should Not Be Found In Contempt For Not Complying With Subpoena Duces Tecum's Requests 2 & 3, Or To All 3 Requests, & Order To Show Cause Why Kevin P.H. Sumida, Esq. Should Not Be Found In Contempt Of Court For Not Complying With Subpoena Duces Tecum; Declaration of Patsy N. Sakuma; Exhibits, which was served on the parties and their attorneys on July 25, 2007, and should have been signed using the date of July 25, 2007, not July 27, 2007 as now appearing as Sakuma's signatory date of said Motion, and which was filed on or about July 26, 2007.

| Page | Old Language | Corrected: |
|---|---|---|
| 3:3 | …with the Subpoena Sakuma has issued. To the best of Sakuma's belief and… | …with the Subpoena Sakuma has issued, **a copy of which is attached as Exhibits "C-1 to C-3."** To the best of Sakuma's belief and… |
| 4:2-4:6 | …which was attached to Sakuma's facsimile cover-letter dated June 15, 2007 to the Leslie Sai for the Court requesting Leave of Court to File Late Opposition Mem. To Tropics' Motion For OSC Hearing Why Sakuma Should Not Be Held In Contempt, a copy of which is attached hereto as Exhibits "C-1 to C-6." | …which was attached to Sakuma's facsimile cover-letter dated June 15, 2007 to ~~the~~ Leslie Sai for the Court requesting Leave of Court to File Late Opposition Mem. To Tropics' Motion For OSC Hearing Why Sakuma Should Not Be Held In Contempt, a copy of which is attached hereto as Exhibits **"G-1 to G-9."** |
| 6:No.3 | …*see* Sakuma's June 15, 2007 Facsimile Request for Leave of Court to File a Late Opp. Mem., see Exhibits "C-1 to C-8,"… | …*see* Sakuma's June 15, 2007 Facsimile Request for Leave of Court to File a Late Opp. Mem., *see* Exhibits **"G-1 to G-9,"** … |

| 8:5-6 | ...and that her may be limited activities for the next 48-72 hours, a copy of which is attached hereto as Exhibits "M-1 to M-5." | ...and that her **activities** may be limited ~~activities~~ for the next 48-72 hours, a copy of which is attached hereto as Exhibits "M-1 to M-**8**." |
|---|---|---|
| 15:12 | ...Clarke v. FTC, 128 F.2d 542 (9th Cir. );... | ...Clarke v. FTC, 128 F.2d 542 (9th Cir. **1942**);... |
| 15:Date/ Signature Line | Dated: July 27, 2007 at Los Angeles, California | Dated: July **25**, 2007 at Los Angeles, California. |

Dated: _August 1_, 2007 at Los Angeles, California.

_____
Patsy N. Sakuma, Plaintiff Pro Se