Original

Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the Pl.'s Notice Of Motion and Motion To Compel

Compliance With Subpoena Duces Tecum, etc.;Declaration of Patsy N. Sakuma,

CV01-00556 DAE:BMK                                  Sakuma v. AOAO Tropics Waikele et al.
072507_motion2compelsubpoena

1

dated ~~August 1~~, 2007 was/were served, either in person by hand-delivery or by mail, on the persons listed below.

[handwritten above date: July 25 pns]

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ. | [X] | [ ] |
| LANCE S. AU, ESQ. | [X] | [ ] |

Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
Tel. (808) 356-2600
Fax (808) _____
NANCY J. YOUNGREN, ESQ.
Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Tel. (808) 547-5400
Fax (808) 523-5573
Co-Lead Attorneys for Defendant,
AOAO TROPICS AT WAIKELE

| MARILYN S.H. NAITOH, ESQ. | [X] | [ ] |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ. | [X] | [ ] |

Matsui Chung
fka Matsui Chung Sumida Tsuchiyama
737 Bishop Street, Suite 1400/ Mauka Tower
Honolulu, Hawaii 96813
Tel. No. 808.536.3711
Fax. No. 808.599.2979
Attorneys for Defendants,
AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.

SIDNEY K. AYABE, ESQ.           [X]            [ ]
CALVIN E. YOUNG, ESQ.           [X]            [ ]
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.        [X]            [ ]
NANCY J. YOUNGREN, ESQ.         [X]            [ ]
Pacific Guardian Center
*fka* Case Bigelow & Lombardi / Case Lombardi + Pettit
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED:   July 25, 2007, Los Angeles, CA 90024

Signature: _____
Print Name  Patsy N. Sakuma
[For]:    Patsy N. Sakuma
          Plaintiff, Pro Se
          10960 Ashton Ave. #307
          Los Angeles, CA 90024
          Tel. 310.478.6755