UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. *Pending*      U.S. District Court Case No. CV-01-00556 DAE-BMK

Short Case Title: Sakuma v Association of Apt Owners of the Tropics At Waikele, et.

Date Notice of Appeal Filed by Clerk of District Court: July 24, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| X Defs. AOAO Tropics At Waikele, an unincorporated association and Hawaiiana Management Company Ltd., a corporation, Motion For Order to Show Cause Why Patsy N. Sakuma Should Not Be Held In Contempt OF COURT Hearing June 25, 2007 10:30 AM | | Voir Dire / Opening Statements / Settlement Instructions / Closing Arguments / Jury Instructions / Pre-Trial Proceedings / X Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per) I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: Already on file, Submitted by Court Reporter
Estimated date for completion of transcript: Cynthia Fazio, RMR, CRR on or about July 6, 2007
Signature of ~~Attorney~~ Plaintiff/Appellant Rose Bism   Phone Number (310) 478-6755
Address: 10960 Ashton Ave #307, Los Angeles, CA 90024

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 0 9 2007
at 2 o'clock and 29 min. P M
SUE BEITIA, CLERK

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn      8/9/07      BY: (s) Laila M. Geronimo
(U.S. District Court Clerk)   (date)           DEPUTY CLERK

cc: counsel

# INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

## INSTRUCTIONS FOR ATTORNEYS
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with the district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

## INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

## INSTRUCTIONS FOR THE CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.

CERTIFICATE OF SERVICE

Case Name: <u>SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.</u>
Case No.: <u>Pending</u>       USDCT-Haw: CV01-00556 DAE:BMK

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the Plaintiff-Appellant's <u>Transcript Designation and Ordering Form</u> was/were served, either in person or by mail, on the persons listed below.

Dated: August 6, 2007

Signature <u>Patsy N. Sakuma, Plaintiff Pro Se</u>
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Kevin P.H. Sumida, Esq.* <br> Lance S. Au, Esq. <br> Sumida & Tsuchiyama, LLC <br> *formerly with: Matsui Chung Sumida & Tsuchiyama | 735 Bishop Street <br> Suite 411 <br> Honolulu, HI 96813 | 8/6/07 <br> " " |
| Marilyn S.H. Naitoh, Esq. <br> Kevin P.H. Sumida, Esq. <br> Matsui Chung <br> fka Matsui Chung Sumida & Tsuchiyama | 737 Bishop St. <br> Mauka Tower, Suite 1400 <br> Honolulu, HI 96813 | 8/6/07 <br> " " |
| Sidney K. Ayabe, Esq. <br> Calvin E. Young, Esq. <br> Ayabe, Chong, Nishimoto, Sia & Nakamura | Pauahi Tower, Suite 2500 <br> 1001 Bishop Street <br> Honolulu, HI 96813 | 8/6/07 <br> " " |

*Sakuma v. AOAO Tropics Waikele et al.* Appeal No. 07-_____
USDCT.HAW: CV01-00556 DAE:BMK

*Sakuma v. AOAO Tropics Appeal* No. 07-_____
USDCT.HAW: CV01-00556 DAE:BMK
Certificate of Service
Page 2

| | | |
|---|---|---|
| Dennis M. Lombardi, Esq.<br>Nancy J. Youngren, Esq.<br>Case Lombardi & Pettit<br>fka Case, Bigelow & Lombardi | Mauka Tower, Suite 2600<br>737 Bishop Street<br>Honolulu, HI 96813 | 8/6/07<br>" " |
| Roger S. Moseley, Esq.<br>Moseley Biehl Tsugawa Lau<br>& Muzzi | Alakea Corporate Tower<br>1100 Alakea Street 23rd Floor<br>Honolulu, HI 96813 | not served per. Atty Moseley's request dated July 17, 2007 |
| Cynthia Fazio, RMR, CRR<br>United States District Court - Hawaii District<br>P.O. Box 50131<br>Honolulu, Hawaii 96850 | | 8/6/07 |

Transcript Designation Form
Appeal No.                         2                         Certificate of Service