

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS
RETURN SERVICE REQUESTED

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 29 2007
DISTRICT OF HAWAII

REASON CHECKED
☐ Moved, Left No Address
☐ Unable To Forward
☐ Attempted - Not Known
☐ Unclaimed
☐ No Such Street
☐ Refused
☐ No Such Number
☐ Insufficient Address

UNITED STATES POSTAGE
$15.85
AUG 06 2007
MAILED FROM ZIP CODE 96817
0004235853

ESQ.
E # 307
0024

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

August 3, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

I am returning the documents you had submitted. You also jotted a note that the Certificate of Service and Errata sheet were subsequently mailed; however, because the case is closed, all documents are being returned to you.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Anna F. Chang, Deputy Clerk

encl.

*[Handwritten annotations:]*
*Aug. 3, 2007 Fri*
*Returning to USDCt Hono for filing*
*Cert of Service Mailed of this week Aug 1, 2007 w/errata sheet*
*Mahalo*
*Patsy Sakuma*
*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808) 541-1300
FAX 541-1303

*[Stamp:] RECEIVED CLERK U.S. DISTRICT COURT AUG 06 2007 DISTRICT OF HAWAII*

July 27, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

Upon the direction of the Chambers of U.S. District Judge David Alan Ezra, the Office of the Clerk is returning your documents titled:

- "NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM BY NANCY J. YOUNGREN, ESQ. TO REQUEST ONE AND ORDER TO SHOW CAUSE WHY YOUNGREN SHOULD NOT BE FOUND IN CONTEMPT FOR NOT COMPLYING WITH SUBPOENA DUCES TECUM'S REQUEST 2 & 3, OR TO ALL 3 REQUESTS, & ORDER TO SHOW CAUSE WHY KEVIN P.H. SUMIDA, ESQ. SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR NOT COMPLYING WITH SUBPOENA DUCES TECUM; DECLARATION OF PATSY N. SAKUMA; EXHIBITS"; and

- "DECLARATION OF PATSY N. SAKUMA AND EXHIBITS 'A-1 TO N-3'"

Although an appeal from this case number is pending before the 9th Circuit Court of Appeals (re: Notice of Appeal filed July 24, 2007), your case in this District Court was terminated on September 30, 2002 and remains closed.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Anna F. Chang, Deputy Clerk

encl.