Original

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co., <br><br> Defendants. | CIVIL NO. 01-00556 DAE:BMK <br><br> (Ninth Circuit Appeals- Closed Nos. 03-15522 & 03-15480 Nos. 05-16940 & 06-16121) <br><br> NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGEMENT AND FINAL ORDER; MOTION FOR SANCTIONS AGAINST DEFENDANTS, THEIR ATTORNEYS, AND ATTORNEYS' THEIR LAW FIRMS UNDER RULE 11, 28 U.S.C.A. <br><br> Rule 60(b)(6), 28 U.S.C.A. <br> Rule 11, 28 U.S.C.A. <br> LR. 7.1-7.9, District of Hawaii <br><br> (Non-Hearing Motion, LR.7.2(e)) |

NOTICE is hereby given of the filing of this motion pursuant to Rules 60(b)(6) of the Federal Rules of Civil Procedure, 28 U.S.C.A. by Plaintiff Pro Se Patsy N. Sakuma ("Sakuma") for relief, from the District Court's judgment and final order Adopting the Magistrate Judge's Findings of Fact ("Findings"), Conclusions of Law ("Conclusions") and Recommended Order ("Recommended Order") entered into the docket on September 16, 2002, and filed on September 17, 2002 CR48, and the most recent Final Order Finding Plaintiff Patsy N. Sakuma In Contempt Of Court Signed By Judge David Alan Ezra on 06/25/07, entered on June 25, 2007 CR 151, and all interlocutory and final orders, and judgments thereafter, including but not limited to CR 68, 74, 93, 108, 116, 119, 130, 145, and 155. Said motion is based on three extraordinary circumstances that Sakuma reasonably believed in good-faith that: 1) she could not take an inconsistent position in her previous pleadings, 2) she had the defense of Defendants' and their attorneys' bad acts as to sanctions against her, and 3) she has suffered injury and things beyond her control that warrant reopening this action as more particularly described in the accompanying Memorandum of Points and Authorities and her Declaration thereto.

Sakuma seeks this motion for relief from said final orders and judgments and all interlocutory orders so that she may reopen this action to alter or amend the Removed Action's Stipulation For Dismissal, amend or alter the Findings,

Conclusions of Law and Recommended Order, amend or alter the Joint Tortfeasor/Joint Obligor Release and Indemnity Agreement ("Release") in the global settlement of this action and the Removed Action entered by the AOAO, Hawaiiana Management Company, Ltd, a corporation ("Hawaiiana"), Love Yamamoto & Motooka, a professional corporation ("LYM"), Milton M. Motooka, an individual ("Motooka"), and D.R. Horton-Schuler Homes, LLC, dba. Schuler Homes (fka Schuler Homes, Inc. "Schuler"), a Delaware limited liability company, and the Stipulation of Dismissal for the related state action filed by Tropics that Sakuma removed to this court, and that was renumbered CV 02: 000147 HG:LEK.

This motion is based on the pleadings and papers on file in this action and the Removed Action, this motion, the accompanying memorandum of points and authorities, and Plaintiff's declaration thereto.

Dated: Sept. 3, 2007 in Los Angeles, California.

_____
Patsy N. Sakuma
Plaintiff Pro Se