Patsy N. Sakuma
10960 Ashton Avenue #307
Los Angeles, CA 90024
(310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>             Plaintiff,<br><br>vs.<br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER, HOMES, LLC, a Delaware Limited Liability Co.,<br><br>             Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>Ninth Circ. Closed Appeals:<br>Nos. 03-15522, 03-15480<br>Nos. 05-16940 & 06-16121<br><br><br>DECLARATION OF<br>PATSY N. SAKUMA<br>AND EXHIBITS "1.1 to 12.3" |

# DECLARATION OF PATSY N. SAKUMA

STATE OF CALIFORNIA    )
                       ) SS.
CITY OF LOS ANGELES    )

PATSY N. SAKUMA, declares under penalty of perjury and says that:

1. She is the Plaintiff pro se in the above-entitled action. Your declarant is also the Defendant, pro se, in the related state-court action entitled ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE by its Board of Directors ("Tropics") v. PATSY NAOMI SAKUMA, an individual, which action was first filed in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, which she as Defendant Sakuma removed to this District Court and it was renumbered as CV02-00147HG:LEK ("Removed Action") without remand by the Plaintiff AOAO, and which is part of the global settlement with this action.

2. Attached hereto as Exhibit "1.1 to 1.3" is a true and correct copy of the Removed Action's Stipulation Of Dismissal With Prejudice Of All Claims And Parties As To The Complaint Filed August 16, 2001 As Civil No. 1RC01-5514 In The District Court Of The First Circuit, Ewa Division, State of Hawaii, As Removed To The United States District Court For The Hawaii District Civil

Division, As Civil No. CV02-00147 HG/LEK And Release Of Lien For Unpaid And Special Assessment filed on October 1, 2002 ("Removed Action's Stipulation Of Dismissal") with Walter A.Y.H. Chinn As Attorney-In-Fact [signing] For Patsy Naomi Sakuma, Defendant Pro Se, pursuant to court order that was approved and so ordered by Helen Gillmore, U.S. District Judge on September 25, 2002.

3. Attached hereto as: (a) Exhibit "2.1-2.5," is a true and correct copies of Kevin P.H. Sumida's draft of the Findings Of Fact, Conclusions Of Law, And Recommended Order Granting In Part And Denying In Part Defendants Association Of Apartment Owners Of The Tropics At Waikele and Hawaiiana Management Company, Ltd.'s Motion To Enforce Settlement And For Award OF Attorneys' Fees And Costs, And Denying Plaintiff's Motion For Sanctions; Exhibit "A," with said exhibit A attached as Exhibit "I-1 to I-14," to Exhibit 3.1-3.98" hereto, as described below that both the Magistrate Judge and District Court adopted verbatim, (b) Exhibit "2.6-2.7 is a copy of the Magistrate Judge Barry M. Kurren's Order Denying Pl.'s Motion For Reconsideration Of Findings Of Facts, Conclusions Of Law, And Recommended Order , and (c) Exhibit "2.8-2.18" is a copy of the District Court Judge's Order Denying Pl.'s

Motion For Reconsideration; Order Denying Defendants' Request For Fees and Costs.

  4. Attached hereto as Exhibits "3-1 to 3-98" are a true and correct copies of the: (a) Errata Sheet to and (b) Notice Of Motion And Motion To Compel Compliance With Subpoena Duces Tecum By Nancy [J.] P. Youngren, Esq. To Request One And Order To Show Cause Why Youngren Should Not Be Found In Contempt For Not Complying With Subpoena Duces Tecum's Request 2 & 3, Or To All 3 Requests, & Order To Show Cause Why Kevin P.H. Sumida, Esq. Should Not Be Found In Contempt Of Court For Not Complying With Subpoena Duces Tecum; Declaration of Patsy N. Sakuma; Exhibits A-1 to N-3," stamped "Return To Counsel."

  5. Attached hereto as: (a) Exhibit "4.1 to 4.2" is a true and correct copy of the Final Judgment in Appeal No. 03-15522 and Ninth Circuit Panel Memorandum, and (b) Exhibit "4.3-4.5," is a true and correct copy of the Final Judgment in Appeal No. 03-15480 and Ninth Circuit Panel Memorandum.

  6. Attached hereto as Exhibits "5.1-5.3" is a true and correct copy of the Final Judgment in Appeals Nos. 05-16940 and 06-16121 and Ninth Circuit Panel Memorandum.

7. Based on your Declarant's information and belief, attached hereto as: (a) Exhibit "6.1" is a copy of Local Rule LR.7.2 to the Local Rules of Practice For The United States District Court For the District of Hawaii, (b) Exhibit "6.2" is a copy of Orig. LR.60.1, (c) Exhibit "6.3" is a copy of 1st Amended LR.60.1, (d) Exhibit "6.4" is a copy of Orig. LR.74.2, (e) Exhibit "6.5" is a copy of 1st Amended LR.74.2, and (f) Exhibits "6.6-6.9," are copies of 2nd or 3rd Amended LR. 74.1 and 74.2.

8. Attached hereto as: (a) Exhibit "7.1" is a copy of photographs of your Declarant's condominium home in the rear of the Tropic's cul de sac commonly known as 94-1016D Maiau Street, Waipahu, Hawaii 96794-5513, and (b) Exhibit "7.2" is a copy of a map drawing of the Tropic's condominium subdivision.

9. Attached hereto as Exhibit "8," is a copy of the Right of Entry for the Handi-Van letter dated August 6, 2004 by co-Defendant Milton M. Motooka, [Esq.] of Motooka Yamamoto & Revere that your Declarant received as an enclosure from Cheryl D. Soon, Director, Department of Transportation of the City and County of Honolulu, State of Hawaii, in her letter dated August 9, 2004 to your Declarant, marked as Exhibits "G-4 of G-9," to Exhibit 3 hereto.

10. Attached hereto as: (a) Exhibit "9.1," is a copy of a Judgment in Civil No. 1RC05-1-6232 filed on March 1, 2007 in the District Court of the First Circuit Ewa Division, State of Hawaii, (b) Exhibit "9.2-9.3" is a copy of demand letter dated June 8, 2007 from Randall K. Sing, Esq., co-Tropics' counsel with co-Defendant Milton M. Motooka, Esq. in the Removed Action, and (c) Exhibit "9.4-9.5" is a copy of demand letter dated March 6, 2007 from Randall K. Sing, Esq. of Motooka Yamamoto & Revere.

11. Attached hereto as Exhibits "10.1-10.2," is a copy of the recorded *Certificate* by AMFAC Property Development Corp, a Hawaii corporation as petitioner in Docket No. A 84-594 before the Land Use Commission, State of Hawaii, pursuant to the State Land Use District regulations Part VII. Subsection 7-1 recorded in the State of Hawaii Bureau of Conveyances on or about April 2, 1986.

12. Attached hereto as Exhibits "11.1-11.6," is a copy of the Amendment to Negative Pledge Agreement made on March 27, 1997 by and between co-Defendant Schuler Homes, Inc., a Delaware LLC, and First Hawaiian Bank, a Hawaii corporation as "Agent," administrator and co-syndication agent for other financial institutions named therein and recorded on or about April 8,

1997 on the Double System, State of Hawaii Office of Assistant Registrar and State of Hawaii Bureau of Conveyances.

      13. Attached hereto as: (a) Exhibit "12.1" is a letter dated July 27, 2007 to your Declarant from Anna F. Chang, Deputy Clerk, U.S. District Court, District of Hawaii for Sue Beitia, Clerk returning at the direction of U.S. District Judge David Alan Ezra because her case is close, Declarant's Notice of Motion and Motion To Compel Compliance With Subpoena, Memorandum of Points & Authorities, Declaration of Patsy N. Sakuma; Exhibits "A-1 to N-3," (b) Exhibit "12.2" is a letter dated August 3, 2007 to your Declarant from Anna F. Chang, Deputy Clerk, U.S. District Court, District of Hawaii for Sue Beitia, Clerk from direction by U.S. District Judge David Alan Ezra because her case is close returning the documents she had submitted [Errata Sheet to Motion To Compel Compliance With Subpoena] and August 7, 2007 written reconsideration request by your Declarant stamped "Received" August 13, 2007, and (c) Exhibit "12.3," is a letter dated August 3, 2007 to your Declarant from Anna F. Chang, Deputy Clerk, U.S. District Court, District of Hawaii for Sue Beitia, Clerk returning the documents described in (b) above at the direction of U.S. District Judge David Alan Ezra because her case is closed.

14. On or about May 7, 2007, your declarant received a telephone call from her sister in Hawaii that their handicap mother had fallen and broken her leg when the powder room door she was exiting simultaneously collided with the adjacent entrance door from the garage that her son and your declarant's brother was entering from as corroborated by the copy of an appointment card for declarant's handicap mother's doctor Terry A. Vernoy, M.D., Orthopaedic Surgery, Arthroscopic Surgery and Sports Medicine, stamped May 7, 2007 "2:45 pm" and copy of her handicap mother's prescription slip dated the same date, attached as Exhibit "K-1& K-2" to Exhibit 3 hereto.

15. On or about August 5, 2004 your Declarant spoke by telephone with her handicap mother Alice I. Sakuma regarding the Handi-Van's refusal to enter their private driveway in the cul de sac more commonly known as 94-1016 Maiau Street, Waipahu, Hawaii 96797-5513 to pick up her handicap mother and transport her to a State of Hawaii adult elderly care program, as noted in your Declarant's letter request to co-Defendants Hawaiiana c/o co-Defendant Milton M.Motooka, Esq., dated August 25, 2004 for reimbursement of $550 for my time and costs in regaining entry of the HandiVan into the private driveway to my condominium home for my handicap mother, a copy of said letter that is attached as Exhibits "G-6 & 7 of G-9 to Exhibit 3 hereto.

16. In your Declarant's letter dated August 25, 2004, she made numerous telephone calls to HandiVan representative, the Department of Transportation for the City and County of Honolulu, including to Cheryl Soon, Director, the Mayor of Honolulu's office, and to co-Defendants Hawaiiana, drafted letters and facsimile cover letters, and sent faxes to Defendants' attorneys Kevin P.H. Sumida, Esq., Calvin Young, Esq., and Nancy J. Youngren, Esq., and co-Defendant Hawaiiana from August 5, 2004 to August 6, 2004, to regain entry of the HandiVan into your declarant's private driveway, as more particularly described in Exhibits "G-6&7," attached to Exhibit "3," hereto.

I declare under penalty of law that the foregoing is true and correct. Executed in Los Angeles, California on Sept. 3, 2007.

_____
Patsy N. Sakuma
Plaintiff Pro Se