MOTION FOR SANCTIONS UNDER RULE 11, 28 U.S.C.A. AGAINST DEFENDANTS ASSOCIATION OF APARTMENT OWNERS AT THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co., <u>THEIR ATTORNEYS, AND THEIR ATTORNEYS' LAW FIRMS.</u>