Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>　　　　Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Motion And Motion For Relief From

Judgment And Final Order; Motion For Sanctions Against Defendants, Their

Attorneys' And Attorneys' And Attorneys' Law Firms Under Rule 11, 28 U.S.C.;

Memorandum Of Points And Authorities In Support Of Motion For Relief From

Judgment And Final Order; Motion For Sanctions Against Defendants, Their

Attorneys' And Attorneys' Law Firms Under Rule 11, 28 U.S.C.A; Declaration of

Patsy N. Sakuma And Exhibits "1.1 to 12.3," dated September 3, 2007 was/were

served, either in person by hand-delivery or by mail, on the persons listed below.

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ. | [X] | [ ] |
| LANCE S. AU, ESQ. | [X] | [ ] |

Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
Tel. (808) 356-2600
Fax (808) _____

| NANCY J. YOUNGREN, ESQ. | [X] |  |

Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
Tel. (808) 547-5400
Fax (808) 523-5573
Co-Lead Attorneys for Defendant,
AOAO TROPICS AT WAIKELE

| MARILYN S.H. NAITOH, ESQ. | [X] | [ ] |
| KEVIN P.H. SUMIDA, ESQ. | [X] | [ ] |

Matsui Chung
fka Matsui Chung Sumida Tsuchiyama
737 Bishop Street, Suite 1400/ Mauka Tower
Honolulu, Hawaii 96813

MAIL          HAND-DELIVERED

Tel. No. 808.536.3711
Fax. No. 808.599.2979
Attorneys for Defendants,
AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.


SIDNEY K. AYABE, ESQ.              [X]          [ ]
CALVIN E. YOUNG, ESQ.              [X]          [ ]
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOvE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.           [X]          [ ]
NANCY J. YOUNGREN, ESQ.            [X]          [ ]
Pacific Guardian Center
Case Lombardi & Pettit
fka: Case Bigelow & Lombardi
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.


DATED: Sept. 4            , 2007, in Los Angeles, CA 90024

CV01-00556 DAE:BMK                          Sakuma v. AOAO Tropics Waikele et al.
072507_motion2compelsubpoena

3

Signature: _____
Print Name *Pro Se  Patsy N. Sakuma*
[For]:  Patsy N. Sakuma
Plaintiff, Pro Se
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755