LOVE YAMAMOTO & MOTOOKA
A LAW CORPORATION

MILTON M. MOTOOKA     1204-0
RANDALL K. SING       3250-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. 532-9700
Fax: No. 532-7911

Attorneys for Plaintiff Association of
Apartment Owners of the Tropics at Waikele,
by its Board of Directors

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2002

at 3 o'clock and 45 min. P M.
WALTER A. Y. H. CHINN, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by its Board of Directors,<br><br>           Plaintiff,<br><br>     vs.<br><br>PATSY NAOMI SAKUMA,<br><br>           Defendant. | CIVIL NO. CV02-00147 HG/LEK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AS TO THE COMPLAINT FILED AUGUST 16, 2001 AS CIVIL NO. 1RC01-5514 IN THE DISTRICT COURT OF THE FIRST CIRCUIT, EWA DIVISION, STATE OF HAWAII, AS REMOVED TO THE UNITED STATES DISTRICT COURT FOR THE HAWAII DISTRICT CIVIL DIVISION, AS CIVIL NO. CV02-00147 HG/LEK AND RELEASE OF LIEN FOR UNPAID AND SPECIAL ASSESSMENT |

Ex. 1.14 13

000337

EXHIBIT "F"

STIPULATION OF DISMISSAL
WITH PREJUDICE OF ALL CLAIMS
AND PARTIES AS TO THE COMPLAINT
FILED AUGUST 16, 2001 AS CIVIL NO.
1RC01-5514 IN THE DISTRICT COURT OF
THE FIRST CIRCUIT, EWA DIVISION, STATE
OF HAWAII, AS REMOVED TO THE UNITED
STATES DISTRICT COURT FOR THE HAWAII DISTRICT
CIVIL DIVISION, AS CIVIL NO. CV02-00147 HG/LEK
AND RELEASE OF LIEN FOR UNPAID AND SPECIAL ASSESSMENT

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulation that this action is hereby dismissed with prejudice. Defendant PATSY NAOMI SAKUMA did not file any answer or motion for summary judgment. There are no pending claims or remaining issues. Trial has not been set.

Plaintiff above-named also hereby releases the Lien for Unpaid and for Special Assessment recorded in the Bureau of Conveyances of the State of Hawaii on July 2, 2001 as Document No. 2001-101469.

DATED:   HONOLULU, HAWAII,   SEP 25 2002

_____
MILTON MOTOOKA
RANDALL K. SING
Attorneys for Plaintiff
Association of Apartment Owners
of Tropics at Waikele

DATED: LOS ANGELES, CALIFORNIA, _____

_____
PATSY NAOMI SAKUMA
Defendant Pro Se

Ex. 1.2 of 13

- 2 -

DATED: HONOLULU, HAWAII, SEP 25 2002

WALTER A. Y. H. CHINN

As Attorney-in-fact for
PATSY NAOMI SAKUMA,
defendant pro se,
pursuant to court order

APPROVED AND SO ORDERED:

HELEN GILLMOR

UNITED STATES DISTRICT JUDGE

Association Of Apartment Owners Of Tropics At Waikele v. Patsy Naomi Sakuma, Civil No. CV02-00147 HG/LEK

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AS TO THE COMPLAINT FILED AUGUST 16, 2001 AS CIVIL NO. 1RC01-5514 IN THE DISTRICT COURT OF THE FIRST CIRCUIT, EWA DIVISION, STATE OF HAWAII, AS REMOVED TO THE UNITED STATES DISTRICT COURT FOR THE HAWAII DISTRICT CIVIL DIVISION, AS CIVIL NO. CV02-00147 HG/LEK AND RELEASE OF LIEN FOR UNPAID AND SPECIAL ASSESSMENT

Ex-13 of 13

000339