FILED
NOV 20 2003
CATHY A. CATTERSO
CLERK, U.S. COURT OF APPEA

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATSY N. SAKUMA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE; et al.,<br><br>Defendants - Appellees. | No. 03-15522<br><br>D.C. No.<br>CV-01-00556-DAE(BMK)<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, Chief Judge, Presiding

Submitted November 10, 2003**

Before:    KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

---

\*  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\**  The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

EXHIBIT "3"

000276

Patsy N. Sakuma appeals pro se the district court's judgment dismissing pursuant to a settlement agreement her action alleging the Association of Apartment Owners of the Tropics at Waikele and others violated various federal statutes, including the Fair Housing Act and the Americans with Disabilities Act. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's enforcement of a settlement agreement for abuse of discretion, *Doi v. Halekulani Corp.*, 276 F.3d 1131, 1136 (9th Cir. 2002), and we affirm.

The district court properly enforced the settlement between Sakuma and the defendants because Sakuma acknowledged in open court that the parties had resolved all "key" terms. *See Doi*, 276 F.3d at 1137-39.

The district court did not abuse its discretion in denying Sakuma's post-judgment motion for reconsideration because Sakuma did not present newly-discovered evidence, demonstrate clear error, or show an intervening change in controlling law. *See Weeks v. Bayer*, 246 F.3d 1231, 1236 (9th Cir.2001).

Sakuma's remaining contentions also lack merit.

We deny Sakuma's motion for reconsideration.

**AFFIRMED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB - 9 2004

by
Deputy Clerk

000277

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2003

at 12 o'clock and 20 min. P
WALTER A. Y. H. CHINN, CLERK

NO. 03-15480
CT/AG#: CV-02-00147-HG/LEK

ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE,
by its Board of Directors

    Plaintiff - Appellee

v.

PATSY N. SAKUMA, an individual

    Defendant - Appellant

---

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is DISMISSED for lack of jurisdiction and as duplicative and unnecessary.

Filed and entered: 04/10/03

000279

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

2003

by [signature]
Deputy

43045

EXHIBIT "10"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 1 0 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, by its Board of Directors, Plaintiff - Appellee, v. PATSY N. SAKUMA, an individual, Defendant - Appellant. | No. 03-15480<br><br>D.C. No. CV-02-00147-HG/LEK<br>District of Hawaii,<br><br>ORDER |
|---|---|

Before: RYMER, KLEINFELD and FISHER, Circuit Judges

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the March 13, 2003 notice of appeal was not filed within 30 days from entry of the October 1, 2002 judgment. *See* Fed. R. App. P. 4(a)(1); *Alexander v. Sacha*, 439 F.2d 742 (9th Cir. 1971) (requirement of timely notice of appeal is jurisdictional).

Appellant's notice of appeal in this docket additionally challenges the district court's denial of a motion for reconsideration filed in a related case below, CV 01-00556-DAE(BMK). Appellant filed a separate notice of appeal from that February 12, 2003 order, which was opened as appeal number 03-15522.

000280

4 of 45

Case 1:01-cv-00556-DAE-BMK   Document 169-10   Filed 09/05/2007   Page 5 of 5

No. 03-15480

Consequently, this appeal is dismissed for lack of jurisdiction and as duplicative and unnecessary.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY - 1 2003

by /s/ Sylvia McAlister
Deputy Clerk

S:\PROSE\panelords\4.03\April7\03-15480jlc.wpd       2       000281

4.5 of 4.5       000⸻