**Subject Photo Page**

| | |
|---|---|
| Borrower/Client | SAKUMA, Patsy N |
| Property Address | 94-1016 D Maiau Street |
| City Waipahu | County Honolulu   State HI   Zip Code 96797 |
| Lender | First Hawaiian Bank |



**Subject Front**
94-1016 D Maiau Street
Sales Price
Gross Living Area   1,376
Total Rooms   7
Total Bedrooms   4
Total Bathrooms   2.5
Location   Waikele
View   3,921 SF
Site
Quality
Age   New

\*\*\*\* GUEST STALL



**Subject Rear**



**Subject Street**

EXHIBIT "G"

Form PIC3x5.SR — "TOTAL 2000 for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

7.1 of 7.2

F1

000080



EXHIBIT "O"