# MOTOOKA YAMAMOTO & REVERE

MILTON M. MOTOOKA
MYLES T. YAMAMOTO
TERRANCE M. REVERE
RANDALL K. SING
BRIAN A. BILBERRY
JACQUELINE E. THURSTON

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW CORPORATION

1000 BISHOP STREET, SUITE 801

HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-7900
FAX: (808) 532-7911
http://www.myrhawaii.com
eMail: milton@myrhawaii.com
Direct Line: (808) 532-7900 ext. 513

August 6, 2004

**Via Fax (No. 527-6924)**

Ms. Cheryl Soon
Director of Transportation Services
650 S. King Street
3rd Floor
Honolulu, Hawaii 96813

> Re: Right of Entry for TheHandi-Van
> 1016 Maiau Street
> Waipahu, Hawaii 96797

Dear Ms. Soon:

Our office represents the Association of Apartment Owners of the Tropics at Waikele ("tropics"). Maiau Street is part of the Tropics. The Board has authorized TheHandi-Van to pick up Mrs. Sakuma at 1016 Maiau Street, Waipahu, Hawaii 96797.

Should there be any questions, do not hesitate in contacting me.

Sincerely,

Milton M. Motooka

cc. Board of Directors of the
    Tropics at Waikele
    c/o Mr. Andy Lieurance (Via Fax)

p:\tropics at waikele\letters\sakuma handi-van 01.doc

Ex. 8

"EX 6