Form #1DC34
JUDGMENT X (Amended 4/18/97, 8/1/97, 9/26/97)v

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT |
|---|
| ʻEWA DIVISION |
| STATE OF HAWAIʻI |

**FILED**
DISTRICT COURT OF
THE FIRST CIRCUIT

2007 MAR -1 P 1:20

E. FERMIN

**Plaintiff(s)**
ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by Its Board of Directors

Reserved for Court Use

Civil No. **1RC05-1-6232**

**Defendant(s)**
PATSY NAOMI SAKUMA

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Milton M. Motooka 1204-0; Randall K. Sing 3250-0
Motooka Yamamoto & Revere
1000 Bishop St., Ste. 801, Honolulu, HI 96813
Tel: 532-7900; Fax: 532-7911

Last Court Date: February 16, 2007

## JUDGMENT

JUDGMENT is entered in favor of ☑ **Plaintiff(s)** or ☐ **Defendant(s)** as follows:

☐ Confession  ☐ Trial  ☐ Stipulation  ☐ Other (Specify): _____

☑ Default: The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____.

### JUDGMENT

| | |
|---|---:|
| Principal Amount | $ 1,611.61 |
| Interest | $ |
| Attorney's Fees | $ 2,149.18 |
| Costs of Court | $ 120.00 |
| Sheriff's Fees | $ |
| Sheriff's Mileage | $ |
| Other Costs | $ 1,118.71 |
| **Total Judgment Amount** | **$ 4,999.50** |

GERALD H. KIBE (SEAL)

Date: MAR 0 1 2007   ☐ Clerk  ☑ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO.** 538-5121, **FAX** 538-5233, **OR TTY** 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s) on _____

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the Above Circuit, State of Hawaiʻi

Clerk, District Court of the Above Circuit, State of Hawaiʻi

Ex. 9.1 of 9.5

# MOTOOKA YAMAMOTO & REVERE

KAPONO F. H. KIAKONA
MILTON M. MOTOOKA
TERRANCE M. REVERE
RANDALL K. SING
REBECCA A. SZUCS
JACQUELINE E. THURSTON
MYLES T. YAMAMOTO

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW CORPORATION

1000 BISHOP STREET, SUITE 801
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-7900
FAX: (808) 532-7911
http://www.myrhawaii.com
E-mail: randy@myrhawaii.com
Direct Line: (808) 532-7217

9580-00015

June 8, 2007

**Certified Mail/
Return Receipt Requested
and First Class Mail**

Ms. Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024

Re: AOAO Tropics at Waikele, Apartment No. 139
Demand for Payment of Unpaid Assessments
**Notice of Intent to Foreclose on the Lien**

Dear Ms. Sakuma:

As you know, our office has been retained by the Association of Apartment Owners of Tropics at Waikele ("Association"). According to the Association's records furnished to us, you are still delinquent on the payment of the maintenance fees, etc., for the above-captioned apartment. The amounts due and to become due are as follows:

| | |
|---|---:|
| Maintenance fees thru 6/1/07: | $2,276.01 |
| Association dues thru 6/1/07: | 990.00 |
| Late fees thru 5/16/07: | 800.00 |
| Late fees for 6/16/07: | 25.00 |
| Bill of costs: | 130.00 |
| Unpaid legal fees and costs: | 3,668.70 |
| Unbilled legal fees and costs: | 187.43 |
| Legal fees and costs to release lien: | 132.00 |
| Legal fees and costs to satisfy judgment: | 139.36 |
| Legal fees and costs for this letter: | 150.00 |
| **TOTAL DUE BY June 18, 2007:** | **$8,498.50** |

*If you pay prior to this date, you may subtract this amount.

Ex. 9.2 of 9.5

Ms. Sakuma
June 8, 2007
Page 2

Please be advised that:

1. The debt is owed to the Association of Apartment Owners of Tropics at Waikele.

2. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

A FINAL DEMAND IS HEREBY MADE that you pay said sum of $8,498.50 on or before June 18, 2007. Said payment should be sent to my office and made payable to "AOAO Tropics at Waikele". If payment IN FULL is not received on or before June 18, 2007, we will foreclosure on the lien against your apartment. **NO FURTHER NOTICE WILL BE GIVEN PRIOR TO THE FILING OF THE FORECLOSURE ACTION.**

**Please be advised that once a foreclosure action is commenced, the legal fees and costs you will be responsible for paying will increase dramatically. A full foreclosure action may cost between $3,000 to $5,000 to complete. In some cases, the action may be even more costly if there are time-consuming complications. We trust that you would prefer to avoid these expenses and bring your account fully current. <u>Once the foreclosure action has commenced, we have been instructed not to accept partial payments and to proceed unless and until all delinquent sums are paid in full.</u>**

Should there be any questions concerning any of the above-mentioned matters, please feel free to contact Melanie Oyama, at 532-7266.

Very truly yours,

MOTOOKA YAMAMOTO & REVERE

Randall K. Sing

RKS/mko
cc:  AOAO Tropics at Waikele
     c/o Ms. Patricia Boulet
     (Via fax: 447-5176)
     P:\Tropics at Waikele\Collections\Sakuma, P. (9580-15)\letters\fc dlr 060807.doc

93 of 95

# MOTOOKA YAMAMOTO & REVERE

KAPONO F. H. KIAKONA
MILTON M. MOTOOKA
TERRANCE M. REVERE
RANDALL K. SING
REBECCA A. SZUCS
JACQUELINE E. THURSTON
MYLES T. YAMAMOTO

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW CORPORATION

1000 BISHOP STREET, SUITE 801
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-7900
FAX: (808) 532-7911
http://www.myrhawaii.com
E-mail: randy@myrhawaii.com
Direct Line: (808) 532-7217

9580-00015

March 6, 2007

**Certified Mail/
Return Receipt Requested
and First Class Mail**

Ms. Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024

    Re:  AOAO Tropics at Waikele
        Apartment No. 139
        Demand for Payment of
        Delinquent Maintenance Fees

Dear Ms. Sakuma,

As you know, our office represents Association of Apartment Owners of Tropics at Waikele ("Association"). Because you have failed to cure your delinquency, the Association obtained a judgment against you in the District Court action. Enclosed is a copy of the judgment for your files. To avoid further legal action, you must immediately contact this office to arrange payment of the outstanding amounts. The amounts due and to become due, to include legal fees and costs to release the lien, and to release the judgment are as follows.

| | |
|---|---|
| Judgment amount: | $4,999.50 |
| Maintenance fees from 9/1/05 to 3/1/07: | 1,310.43 |
| Association dues from 9/1/05 to 3/1/07: | 570.00 |
| Late fees from 8/15/05 thru 2/15/07: | 475.00 |
| Late fees for 3/15/07*: | 25.00 |
| Legal fees and costs to release the lien: | 132.00 |
| Legal fees and costs to release the judgment: | 104.16 |
| Legal fees and costs for this letter: | 150.00 |
| **Total due as of Tue March 6, 2007:** | **$7,766.09*** |

  Please note that interest on the judgment amount is accruing at a rate of 10% per year.

* This is an estimated amount and is subject to change.

9.4 of 95

A FINAL DEMAND IS HEREBY MADE that you pay said sum of $7,766.09 on or before March 16, 2007. If payment IN FULL is not received on or before March 16, 2007, we will seek permission from the Board of Directors to take further legal action to collect the money owed to the Association.

Please be advised that:

1. The debt is owed to the AOAO Tropics at Waikele.

2. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Should there be any questions concerning any of the above-mentioned matters, please feel free to contact Melanie Oyama, at 532-7266.

> Very truly yours,
>
> MOTOOKA YAMAMOTO & REVERE
>
> Randall K. Sing

RKS/mko
cc: AOAO Tropics at Waikele
c/o Ms. Patty Dykstra
(Via fax: 447-5142)
P:\Tropics at Waikele\Collections\Sakuma, P. (9580-15)\letters\jdgmnt dlr 030607.doc