37

86- 36193

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED

RECORDATION REQUESTED BY:

KOBAYASHI, WATANABE, SUGITA & ........
745 FORT ST ...........
HONOLULU, HAWAII 96813-3680

86 APR 2 P3: 02

19393  686

AFTER RECORDATION RETURN TO:

KOBAYASHI, WATANABE, SUGITA & KAWASHIMA
745 FORT STREET, 8TH FLOOR
HONOLULU, HAWAII 96813-3680

not on TCT

date: 3/31/86

RETURN BY:  MAIL ( )  PICKUP ( )

## CERTIFICATE

AMFAC PROPERTY DEVELOPMENT CORP., a Hawaii corporation, whose business and mailing address is 700 Bishop Street, Honolulu, Hawaii 96813, as petitioner in Docket No. A84-594 before the Land Use Commission, State of Hawaii, does hereby certify pursuant to the State Land Use District regulations Part VII, Subsection 7-1, as follows:

That by Decision and Order dated and entered on February 28, 1986, said Commission reclassified from the Agricultural district to the Urban district and accordingly amended the Land Use district boundary of, the land described in said Docket No. A84-594, consisting of approximately 577.21 acres of land situate at Auaiii, Waikele, Ewa, County of Honolulu, State of Hawaii, TMK Nos.: 9-4-02:03, 10, 11, 31, 41 and por. 12, 9-4-07:10, 12, 13 and 32, said land being more particularly described in Exhibits A-1 through A-9 attached hereto and incorporated herein by reference; and

That said reclassification from the Agricultural to the Urban district of the land as described in said Decision and Order shall be subject to the conditions of the said

EX 10.10/10.2

19393 - 686

Commission as set forth at pages 26 and 27 of said Decision and Order to which reference is hereby made as follows:

1. Petitioner shall provide housing opportunities for low and moderate income Hawaii residents by offering for sale or rent on a preferential basis, on its own or in cooperation with either or both the Hawaii Housing Authority or the City and County of Honolulu, a number of residential units equal to ten percent (10%) of the residential units to be developed on the Property to residents of the State of Hawaii of low and moderate income as determined by the Hawaii Housing Authority or the County of Honolulu from time to time. The preferential residential units shall be offered for sale at prices not exceeding prices that enable such purchasers to qualify for and obtain state-assisted financing, i.e., Act 105 or Hula Mae, or federally insured or assisted financing, i.e., FHA, Section 245 Program, intended to encourage home ownership by low and moderate income families.

2. Petitioner shall design and construct the Paiwa Interchange to the H-1 Freeway and any improvements to Manager's Bridge and Kamehameha Highway to standards as required by the State Department of Transportation to accommodate additional traffic generated by the proposed development.

3. Petitioner shall create a buffer zone between lands remaining in pineapple cultivation to the north of the Property and the residential units on the Property to mitigate impacts between the existing agricultural activities and the proposed residential development.

10.2 of 10.2