DOUBLE SYSTEM

```
L-263        STATE OF HAWAII              R-621       STATE OF HAWAII
         OFFICE OF ASSISTANT REGISTRAR            BUREAU OF CONVEYANCES
                    RECORDED                              RECORDED

         APR 08, 1997    03:15 PM                 APR 08, 1997   03:15 PM

            Doc No(s) 2374602                      Doc No(s) 97-044909

         on Cert(s) AS LISTED HEREIN
                                                   /s/ CARL T. WATANABE
                                                         ACTING
                                                  REGISTRAR OF CONVEYANCES

            /s/ CARL T. WATANABE
            ASSISTANT REGISTRAR
```

REGULAR SYSTEM

AFTER RECORDATION, RETURN BY MAIL ( ) PICK UP ( )

FIRST HAWAIIAN BANK
999 Bishop Street, 11th Floor
Honolulu, Hawaii 96813
Attention: Commercial Real Estate Dept.

Pages 6
Tax Map Key: See Exhibit "A" attached hereto
0140667 01

## AMENDMENT TO
## NEGATIVE PLEDGE AGREEMENT

THIS AMENDMENT TO NEGATIVE PLEDGE AGREEMENT is made this __27th__ day of __March__, 1997, by and between SCHULER HOMES, INC., a Delaware corporation (hereinafter called the "Company"), and FIRST HAWAIIAN BANK, a Hawaii corporation, whose address is 999 Bishop Street, Honolulu, Hawaii 96813 (hereinafter called the "Agent"), as administrative and co-syndication agent for Bank of America NT&SA, The First National Bank of Chicago, Bank of Boston, Bank of Hawaii, Bank One, Arizona, NA and First Hawaiian Bank,

### WITNESSETH:

WHEREAS, the Company executed that certain Negative Pledge Agreement dated March 29, 1996, in favor of the Agent, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 96-056281 and filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Land Court Document No. 2303947 (the "Negative Pledge"), to induce the Agent, as agent for Bank of America NT&SA, NBD Bank, Bank of Boston, Bank of Hawaii and First Hawaiian Bank (collectively, the "Original Banks") to make a loan (the "Loan") to the Company in the principal amount of $110,000,000.00, pursuant to that certain Credit Agreement dated March 29, 1996 (the "Credit Agreement"), executed by and between the Company, as borrower, and the "Original Banks", as lenders; and

WHEREAS, NBD Bank has assigned its interest in the Loan to The First National Bank of Chicago, and Bank One, Arizona, NA has joined the Original Banks as a lender (Bank of America NT&SA, The First National Bank of Chicago, Bank of Boston, Bank of Hawaii, Bank One, Arizona, NA and First Hawaiian Bank being hereinafter collectively referred to as the "Banks"); and

WHEREAS, the Company has requested, and the Banks have agreed, that the Loan be amended and extended pursuant to that certain Amended and Restated Credit Agreement (the "Amendment") executed concurrently herewith by and between the Company and the Banks,

WHEREAS, the parties hereto wish to amend the Negative Pledge pursuant to the Amendment and the mutual agreements stated herein;

NOW, THEREFORE, effective __March 27, 1997__, the parties do hereby agree that the Negative Pledge shall be amended, pursuant to the Amendment as follows:

1. As used in the Negative Pledge, the term "Banks" is hereby amended and shall be Bank of America NT&SA, The First National Bank of Chicago, Bank of Boston, Bank of Hawaii, Bank One, Arizona, NA and First Hawaiian Bank.

2. The amount of the loan made by the Banks to the Company is amended from $110,000,000.00 to $137,600,000.00.

3. Schuler Homes of California, Inc., a California corporation, Schuler Homes of Oregon, Inc., an Oregon corporation, Schuler Homes of Washington, Inc., a Washington corporation, Melody Homes, Inc., a Delaware corporation, Schuler Realty/Maui, Inc., a Hawaii corporation, Schuler Realty/Oahu, Inc., a Hawaii corporation, Lokelani Construction Corporation, a Delaware corporation, and Melody Mortgage Co., a Colorado corporation, have become co-borrowers with the Company on the Loan.

4. The Company ratifies and confirms that the Negative Pledge, as amended, shall continue in full force and effect to secure the Loan, as amended.

5. The Company represents and warrants that (i) the Company remains the owner of all or a portion of the property more particularly described in Exhibit "A" attached hereto and to the Negative Pledge; (ii) the Company has not made or permitted any lien or encumbrance on or to the property subject to the Negative Pledge; and (iii) there has been no violation of any federal, state or other law, nor has there been any other act or omission, which subjects or may subject the property subject to the Negative Pledge to forfeiture or seizure.

6. The Company further represents and affirms that the Company does not possess any offsets or defenses to the enforcement of the Negative Pledge, as hereby amended, the Company's Note, as amended, or any of the Loan Documents evidencing or securing the Loan, and the Company hereby waives and releases any and all defenses and agrees not to assert any offset or defense arising out of events or occurrences prior to the execution date of this Amendment.

7. Except as amended hereby, all of the terms and provisions of the Negative Pledge remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed these presents on the day and year first above written.

SCHULER HOMES, INC.,
a Delaware corporation

By *Pamela S. Jones*
Pamela S. Jones
Its Senior Vice President
Chief Financial Officer          "Company"


FIRST HAWAIIAN BANK,
a Hawaii corporation

By *Alvin Takahashi*
Alvin Takahashi
Its Real Estate Loan Officer
REAL ESTATE LOAN OFFICER          "Agent"

3

11.3 of 11.6

STATE OF HAWAII              )
                             ) SS:
CITY AND COUNTY OF HONOLULU  )

On this _____ day of MAR 2 7 1997 , 19___, personally appeared _Pamela S. Davis_ , to me personally known, who, being by me duly sworn or affirmed did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable, in the capacity shown, having been duly authorized to execute such instrument in such capacity.

_____
Notary Public, State of Hawaii

My commission expires: JUN 2 0 1997


STATE OF HAWAII              )
                             ) SS:
CITY AND COUNTY OF HONOLULU  )

On this _____ day of MAR 2 7 1997 , 19___, personally appeared _Alvin Takahashi_ , to me personally known, who, being by me duly sworn or affirmed did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable, in the capacity shown, having been duly authorized to execute such instrument in such capacity.

_____
Notary Public, State of Hawaii

My commission expires: JUN 2 0 1997

4

11 4 of 11.6

Exhibit "A"

All or a portion of those properties owned by Schuler Homes, Inc., more particularly described as follows:

| Project Name | Location | General Description | TMK/TCT |
|---|---|---|---|
| Maili Kai (Ph 1) | Maili, Oahu | File Plan 2070 | (1) 8-7-40-149 thru 165, 213, 214, 217<br>(1) 8-7-41-15 thru 18, 27 thru 30, 40<br>Lands covered by TCT 432,644 |
| Pualani by the Sea | Maili, Oahu | File Plan 2142 | (1) 8-7-41-87, 68 thru 137 and 139 thru 148<br>Lands covered by TCT 432,645 |
| Maili Kai (Ph 2) | Maili, Oahu | Portion of land described in Conveyance Deed, Document No. 94-032185 | (1) 8-7-010-002<br>Lands covered by TCT 432,645 |
| Westview at Makakilo | Waikele, Oahu | | Phase I: (1) 9-2-019-068<br>Phase II: (1) 9-2-019-073<br>Phase III: (1) 9-2-019-057<br>Lands covered by TCT Nos. 423,531; 442,307; 467,228; 407,229; and 472,937 |
| Champions at Waikele (Parcel 11) | Waikele, Oahu | | (1) 9-4-145-001 thru 117<br>Lands covered by TCT 397,109 |
| Classics at Waikele (Parcel 9A) | Waikele, Oahu | Lot 14912, Map 923; L. C. App 1000 | (1) 9-4-07-47 (Por)<br>Lands covered by TCT 472,869 |
| Highland View Estates at Waikele (Parcel 10A) | Waikele, Oahu | File Plan 2134 | (1) 9-4-151-001 thru 35<br>Lands covered by TCT 430,128 |
| Parcel 15 | Waikele, Oahu | Lot 1, File Plan 2157 | (1) 9-4-07-32 |
| Royal Pines At Waikele (Parcel 16) | Waikele, Oahu | File Plan 2118 and 2125 | (1) 9-4-147-001 thru 126 |
| Signatures at Waikele (Parcel 18) | Waikele, Oahu | File Plan 2127 and 2131 | (1) 9-4-150-001 thru 067 |
| Tropics at Waikele (Parcel 20) | Waikele, Oahu | L.C. App 1000<br>File Plan 2145 | (1) 9-4-7-66<br>Lands covered by TCT 412,053; and 473,243 |

Exhibit "A"
Page 1 of 2

11.5 of 11.6

Description: Honolulu,HI Regular System 1997.44909 Page: 5 of 6 - Order: b Comment:

| Project Name | Location | General Description | TMK/TCT |
|---|---|---|---|
| Village on the Green at Waikele (Parcel 9B) | Waikele, Oahu | L. C. App 1000 | Phase 1A: (1) 9-4-007-47 (Por) <br> Phase 1B: (1) 9-4-007-47 (Por) <br> Phase 2A/2B: (1) 9-4-007-47 <br><br> Lands covered by TCT Nos. 430,126; and 462,536 |
| Halelani Village at Puhi | Puhi, Kauai | L. C. App 1087 | Phase 1A: (4) 3-3-3-028 <br> Phase 1B: (4) 3-3-3-029 <br> Phase 1C: (4) 3-3-3-030 <br> Phase 1D/1E: (4) 3-3-3-030 <br><br> Lands covered by TCT Nos. 416,376; 435,950; 449,171; and 458,977 |
| Southpointe at Waiakoa | Kihei, Maui | Portions of land covered in Deed, Doc. #90-145523, and Deed, Doc #90-145524 | Phase I: (2) 3-9-1-064 <br> Phase II: (2) 3-9-1-099 <br> Phase III: (2) 3-9-1-153 |
| KulaLei | Ewa, Oahu | L.C. App 1069 | (1) 9-1-061-053 <br><br> Lands covered by TCT No. 466,076 |
| Country Club Village | Honolulu, Oahu | L. C. App 1074 | 1-1-65:33, 39, 41, 43, 44, 46 <br><br> Lands covered by TCT Nos. 407,647; and 461,866 |
| Naniakea | Hilo, Hawaii | | (3) 2-4-014 |
| Lawai | Lawai, Kauai | File Plan 2062 | (4) 2-5-011 |

Exhibit "A"  
Page 2 of 2

CMB1\225945\69773.DOMO

116 of 116