*[handwritten at top: Returning to USDCt Hawaii for filing]*

*[handwritten left margin: Cert of Service / Mailed this week Aug 1, 2007 w/ note sheet / Mahalo / Patsy Sakuma / Plaintiff Pro Se]*

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

July 27, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

Upon the direction of the Chambers of U.S. District Judge David Alan Ezra, the Office of the Clerk is returning your documents titled:

- "NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM BY NANCY J. YOUNGREN, ESQ. TO REQUEST ONE AND ORDER TO SHOW CAUSE WHY YOUNGREN SHOULD NOT BE FOUND IN CONTEMPT FOR NOT COMPLYING WITH SUBPOENA DUCES TECUM'S REQUEST 2 & 3, OR TO ALL 3 REQUESTS, & ORDER TO SHOW CAUSE WHY KEVIN P.H. SUMIDA, ESQ. SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR NOT COMPLYING WITH SUBPOENA DUCES TECUM; DECLARATION OF PATSY N. SAKUMA; EXHIBITS"; and

- "DECLARATION OF PATSY N. SAKUMA AND EXHIBITS 'A-1 TO N-3'"

Although an appeal from this case number is pending before the 9th Circuit Court of Appeals (re: Notice of Appeal filed July 24, 2007), your case in this District Court was terminated on September 30, 2002 and remains closed.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Anna F. Chang, Deputy Clerk

encl.

*[handwritten: Ex. 12.1 of 123]*

*Aug 7, 2007 Tue*
*Resubmitting for your reconsideration.*
*Mahalo, PNSkm*

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD
HONOLULU, HAWAII 96850

(L.G.)
**RECEIVED**
CLERK U.S. DISTRICT COURT

SUE BEITIA
CLERK

AUG 13 2007

DISTRICT OF HAWAII

TELEPHONE
(808)541-1300
FAX 541-1303

August 3, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

Upon the direction of the Chambers of U.S. District Judge David Alan Ezra, the Office of the Clerk is returning the documents you had submitted. Although an appeal from this case number is pending before the 9th Circuit Court of Appeals (re: Notice of Appeal filed July 24, 2007), your case in the District Court was terminated on September 30, 2002 and remains closed.

Very truly yours,

SUE BEITIA, Clerk

by _____
Anna F. Chang, Deputy Clerk

encl

Ex 12.2 of 12.3

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

August 24, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

Please find enclosed those documents you had re-submitted with your request for the Court to reconsider its notice on not filing the documents. The Chambers of U.S. District Judge David Alan Ezra has reiterated its stance that because your case is closed, the Office of the Clerk is directed to return your documents.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Anna F. Chang, Deputy Clerk

encl.

12.3 of 123