w/ and Original

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2007

at 11 o'clock and 50 min. A M
SUE BEITIA, CLERK

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA,<br>an individual,<br>　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation LOVE YAMAMOTO AND MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br>　　　Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Ninth Circuit Appeals-07-16396<br>Closed:Nos. 03-15522 & 03-15480<br>Nos. 05-16940 & 06-16121)<br>"ERRATA SHEET" TO:<br>NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT AND FINAL ORDER; MOTION FOR SANCTIONS AGAINST DEFENDANTS, THEIR ATTORNEYS', LAW FIRMS UNDER RULE 11, 28USCA; DECLARATION OF PATSY N. SAKUMA; EXHIBITS "1.1 to 12.3"<br><br>Rule 60(b)(6), 28 U.S.C.A.<br>Rule 11, 28 U.S.C.A.<br>Local Rule 7.1-7.9, U.S. District Court<br>　for the Hawaii District<br><br>(Non-Hearing Motion, LR.7.2(e)) |

COMES NOW Plaintiff Pro Se Patsy N. Sakuma ("Sakuma"), hereby

submits the following errata sheet correcting typographical errors and omissions to

her Notice of Motion and Motion For Relief From Judgment and Final Order; Motion For Sanctions Against Defendants, Their Attorneys And Their Attorneys' Law Firms Under Rule 11, 28 U.S.C.A as follows:

Notice Of Motion:

| Page | Old Language | Corrected: |
|---|---|---|
| 2:9 | Add new ¶ before 1st Full Paragraph…This motion is based on the pleadings and papers …. | Plaintiff also seeks in this motion to cause the Clerk of the Court to file Sakuma's Notice of Motion and Motion To Compel Compliance With Subpoena Duces Tecum By Nancy J. Youngren, Esq. To Request One And Order To Show Cause Why Youngren Should Not Be Found In Contempt With Subpoena Duces Tecum's Requests 2&3, Or To All 3 Requests, & Order To Show Cause Why Kevin P.H. Sumida, Esq. Should Not Be Found In Contempt For Not Complying With Subpoena Duces Tecum; Declaration of Patsy N. Sakuma, Eshibits "A-1 to N-3" (Motion To Compel Compliance With Subpoena): Errata Sheet, copies attached hereto as Exhibits "3.1-3.128." |

| Page | Old Language | Corrected: |
|---|---|---|
| 3:no.4 conti… | …("Motion To Compel Compliance With Subpoena") Errata Sheet, copies attached hereto as Exhibits "3.1-3.106," … | …("Motion To Compel Compliance With Subpoena") Errata Sheet, copies attached hereto as Exhibits "3.1-3.**128**," … |

| | | | |
|---|---|---|---|
| 11:sub¶1 | (1) On August 5-9, 2005, based on Sakuma's information and belief, Tropic's failure to amend its Rules to provide for reasonable parking accommodation almost one-and-a half (1-1/2 ) years after the February 12, 2004 Final Order as it agreed to in the Release at 2-3…. | (1) On August 5-9, 200**4**, based on Sakuma's information and belief, Tropics failed to amend its Rules to provide for reasonable **handicap** parking accommodation **almost two (2) years (one year and eleven months) from the September 25, 2002 effective date of the Release and almost half-a-year from** the February 12, 2004 final order and **Final Judgment CR 74** as it agreed to in the Release at 2-3…. |
| 12:sub¶3 | (3) On or about August 5, 2005, Co-Defendant Hawaiiana…. | (3) On or about August 5, 200**4**, Co-Defendant Hawaiiana…. |

Corrections to typographical error to Sakuma's Declaration of Patsy N. Sakuma; Exhibits "1.1 to 12.3" to said September 3 Notice and Motion For Relief is as follows:

| Page | Old Language | Corrected: |
|---|---|---|
| No. 13(c) | …(c) Exhibit "12.3,": is a letter dated August 3, 2007 to your Declarant…. | …(c) Exhibit "12.3," is a letter dated August **24**, 2007 to your Declarant |

Attached hereto are Sakuma's executed Notice of Motion and Motion To Compel Compliance With Subpoena that were inadvertently omitted in the September 3, 2007 filing and marked hereto as exhibits "3.107-3.128" to said Motion For Relief From Final Judgment and Final Order dated September 3, 2007.

Dated: Sept 13, 2007 at Los Angeles, California.

_____
Patsy N. Sakuma, Plaintiff Pro Se