Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>　　　　Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the Pl.'s Errata Sheet To: Notice of Motion and Motion

For Relief From Final Judgment and Final Order; Motion For Sanctions Against

<u>Defendants, Their Attorneys' and Their Attorneys' Law Firms Under Rule 11, 28</u>

<u>U.S.C.A.; Declaration of Patsy N. Sakuma; Exhibits "1.1 to 12.3."</u>

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>  ksumida@sthawaii.com | [X] E-Mail | [ ] |
| LANCE S. AU, ESQ.<br>  lau@sthawaii.com<br>Sumida & Tsuchiyama, LLC<br>735 Bishop Street, Suite 411<br>Honolulu, HI 96813<br>Tel. (808) 356-2600<br>Fax (808) _____ | [X] E-Mail | [ ] |
| NANCY J. YOUNGREN, ESQ.<br>  njy@caselombardi.com<br>Case Lombardi & Pettit<br>Pacific Guardian Center Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>Tel. (808) 547-5400<br>Fax (808) 523-5573<br>Co-Lead Attorneys for Defendant,<br>AOAO TROPICS AT WAIKELE | [X] E-Mail | |
| MARILYN S.H. NAITOH, ESQ.<br>  info@triallawhawaii.com | [X] E-Mail | [ ] |
| KEVIN P.H. SUMIDA, ESQ.<br>  see above email address<br>Matsui Chung<br>fka Matsui Chung Sumida Tsuchiyama<br>737 Bishop Street, Suite 1400/ Mauka Tower<br>Honolulu, Hawaii 96813<br>Tel. No. 808.536.3711<br>Fax. No. 808.599.2979 | [X] E-Mail | [ ] |

Attorneys for Defendants,
AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.


SIDNEY K. AYABE, ESQ.                    [X] E-Mail     [ ]
   sidney.ayabe@hawadvocate.com
CALVIN E. YOUNG, ESQ.                    [X] E-Mail     [ ]
   calvin.young@hawadvocate.com
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.     [X]                        [ ]
NANCY J. YOUNGREN, ESQ.      [X]    E-Mail              [ ]
   *see above email address
Pacific Guardian Center
Case Bigelow & Lombardi
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED: _September 13, 2007_, Los Angeles, CA 90024

        Signature: _____
        Print Name: Patsy N. Sakuma
        [For]:      Patsy N. Sakuma
                    Plaintiff, Pro Se
                    10960 Ashton Ave. #307
                    Los Angeles, CA 90024
                    Tel. 310.478.6755