

**USPS® PRIORITY MAIL®**

U.S. POSTAGE
$7.25
PRIORITY
90025
Date of sale
09/14/07
02  1P00
02314343

0 lb. 15.50 oz.

SHIP TO:

HONOLULU HI 96850-0338

**USPS® CERTIFIED MAIL™**

420 96850 9171 0379 7564 1041 0210 22



RECEIVED
CLERK U.S. DISTRICT COURT
SEP 18 2007
DISTRICT OF HAWAII

1:01-556 DAE

To: The Clerk of the Court
U.S. District Court - Hawaii District
300 Ala Moana Blvd. C-338
Honolulu, HI 96850-0338

Patsy N Sakuma
10960 Ashton Ave #307
Los Angeles, CA 90024