UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, Inclusive,<br><br>Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Sidney K. Ayabe, Esq. | sidney.ayabe@hawadvocate.com | 9-24-07 |
| Calvin E. Young, Esq. | calvin.young@hawadvocate.com | 9-24-07 |
| Nancy J. Youngren, Esq. | njy@caselombardi.com | 9-24-07 |

- 2 -

Served by First Class Mail:

| | |
|---|---|
| PATSY N. SAKUMA, ESQ.<br>10960 Ashton Avenue, #307<br>Los Angeles, CA 90024 | 9-24-07 |
| DENNIS M. LOMBARDI, ESQ.<br>2600 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>D.R. HORTON - SCHULER HOMES, LLC | 9-24-07 |

DATED:   HONOLULU, HAWAII,   September 24, 2007.

/s/ Kevin Sumida

KEVIN P.H. SUMIDA
LANCE S. AU
Attorneys for Defendants
ASSOCIATION OF
APARTMENT OWNERS OF THE
TROPICS AT WAIKELE and
HAWAIIANA MANAGEMENT
COMPANY, LTD.