"Original"

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 03 2007 2pm
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 0 9 2007
at 2 o'clock 00 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br>  Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br>  Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Ninth Circuit Appeals-No. 07-16396<br> Closed: Nos. 03-15522 & 03-15480<br> Nos. 05-16940 & 06-16121)<br><br>NOTICE OF MOTION FOR ORDER TO SHOW CAUSE WHY ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, AND HAWAIIANA MANAGEMENT COMPANY, LTD. SHOULD NOT BE DESIGNATED VEXATIOUS LITIGANTS<br><br><br>"All Writs Act"<br>28 U.S.C. §1651(a)<br><br>Hearing Date: _____<br>Judge: <u>David A. Ezra</u><br>Time: _____ |

NOTICE is hereby given of the filing of this motion pursuant to Local Rules 7.2 & 7.3 of the United States District Court for the Hawaii District and 28 U.S.C. §1651(a) by Plaintiff Pro Se Patsy N. Sakuma ("Sakuma") for an order for a Notice of Hearing on said Motion For Order To Show Cause Why Co-Defendants' Association of Apartment Owners Of The Tropics At Waikele, an unincorporated association ("AOAO") and Hawaiiana Management Company, Ltd., a corporation ("Hawaiiana," and AOAO and Hawaiiana collectively as "Tropics' Parties") Should Not Be Designated Vexatious Litigants.

In support hereto Sakuma is also filing a Reply Memorandum To Defendants AOAO and Hawaiiana's Opposition To Plaintiff's Motion For Relief From Judgment And Final Order And Motion For Sanctions Against Defendants, Their Attorneys' and Their Attorneys' Law Firms Under Rule 11, 28 U.S.C.A.; Declaration of Patsy N. Sakuma; Certificate of Service; Exhibits "1.1" to "1.29," wherein Sakuma has made a motion for such an Hearing For OSC Why AOAO and Hawaiiana Should Not Be Designated Vexatious Litigants.

Dated: Oct. 4, 2007 in Los Angeles, California.

                                                            /s/ Patsy N. Sakuma
                                                            Patsy N. Sakuma
                                                            Plaintiff Pro Se