"Original"

Patsy N. Sakuma
10960 Ashton Avenue #307
Los Angeles, CA 90024
(310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>                    Plaintiff,<br><br>vs.<br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER, HOMES, LLC, a Delaware Limited Liability Co.,<br><br>                    Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>Ninth Circ. Appeals: 07-16396<br>Closed App.Nos. 03-15522, 03-15480<br>Closed App.Nos. 05-16940, 06-16121<br><br>DECLARATION OF<br>PATSY N. SAKUMA<br>AND EXHIBITS "1.1" to1.29" |

**DECLARATION OF PATSY N. SAKUMA**

STATE OF CALIFORNIA    )
                       ) SS.
CITY OF LOS ANGELES    )

CV-01-00556 DAE:BMK
072507_declarationpns

PATSY N. SAKUMA, declares under penalty of perjury and says that:

1. She is the Plaintiff pro se in the above-entitled action, and the Defendant, pro se, in the related state-court action entitled ASSOCIATION OF APARTMENT OWNERS by its Board of Directors ("AOAO") v. PATSY NAOMI SAKUMA, an individual, which action was first filed in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, and which she as Defendant Sakuma removed to this District Court and was renumbered as CV02-00147HG:LEK ("Removed Action") without remand by the Plaintiff AOAO, and is part of the global settlement with this action.

2. Attached hereto as Exhibits "1.1" to 1.29" are true and correct copies of the Removed Actions' Order Setting Rule 16 Scheduling Conference filed on March 8, 2002, and Notice of Removal and Exhibits "A-1" to "D-3 filed on March 8, 2002 with the U.S. District Court, District of Hawaii's Civil Docket and renumbered CV-02-00146 HG:LEK.

I declare under penalty of law that the foregoing is true and correct.

Executed in Los Angeles, California on _____Oct. 4_____, 2007.

_____
Patsy N. Sakuma
Plaintiff Pro Se