Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>       Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of <u>Reply Memorandum To Defendants Association of</u>

<u>Apartment Owners of The Tropics At Waikele and Hawaiiana Management</u>

CV01-00556 DAE:BMK
100407certsvc_replymemr60b6

Sakuma v. AOAO Tropics Waikele et al.

1

Company, Ltd.'s Opposition To Plaintiff's Motion For Relief From Judgment And Sanctions Against Defendants, Their Attorneys And Their Attorneys' Law Firms Under Rule 11, 28 U.S.C.A.; Declaration of Patsy N. Sakuma; Certificate of Service; Exhibits "1.1" to "1.29;" Notice of Motion For Order To Show Cause Why AOAO Tropics At Waikele, Hawaiiana Management Company, Ltd., Should Not Be Designated Vexatious Litigants.

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>  ksumida@sthawaii.com | [X] | [ ] |
| LANCE S. AU, ESQ.<br>  lau@sthawaii.com<br>Sumida & Tsuchiyama, LLC<br>735 Bishop Street, Suite 411<br>Honolulu, HI 96813<br>Tel. (808) 356-2600 | [X] | [ ] |
| NANCY J. YOUNGREN, ESQ.<br>  njy@caselombardi.com<br>Case Lombardi & Pettit<br>Pacific Guardian Center Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>Tel. (808) 547-5400<br>Fax (808) 523-5573<br>Co-Lead Attorneys for Defendant,<br>AOAO TROPICS AT WAIKELE | [X] |  |
| MARILYN S.H. NAITOH, ESQ.<br>  info@triallawhawaii.com | [X] | [ ] |
| KEVIN P.H. SUMIDA, ESQ.<br>  see above email address | [X] | [ ] |

CV01-00556 DAE:BMK                                    Sakuma v. AOAO Tropics Waikele et al.
100407certsvc_replymemr60b6

Matsui Chung
fka Matsui Chung Sumida Tsuchiyama
737 Bishop Street, Suite 1400/ Mauka Tower
Honolulu, Hawaii 96813
Tel. No. 808.536.3711
Fax. No. 808.599.2979
Attorneys for Defendants,
AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.

SIDNEY K. AYABE, ESQ.                [X]           [ ]
  sidney.ayabe@hawadvocate.com
CALVIN E. YOUNG, ESQ.                [X]           [ ]
  calvin.young@hawadvocate.com
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.      [X]           [ ]
NANCY J. YOUNGREN, ESQ.       [X]           [ ]
  *see above email address
Pacific Guardian Center Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

CV01-00556 DAE:BMK                                    Sakuma v. AOAO Tropics Waikele et al.
100407certsvc_replymemr60b6

3

DATED: October 5, 2007, Los Angeles, CA 90024

                Signature: _____
                Print Name: Patsy N. Sakuma
                [For]:      Patsy N. Sakuma
                           Plaintiff, Pro Se
                           10960 Ashton Ave. #307
                         Los Angeles, CA 90024
                         Tel. 310.478.6755