KOBAYASHI

CIVIL NO. _____CV02-00147_____ ORIGINAL

HG LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2002

at 2 o'clock and 25 min. P M.
WALTER A.Y.H. CHINN, CLERK

## ORDER SETTING RULE 16 SCHEDULING CONFERENCE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii ("L.R."), you are hereby ORDERED to appear for a Scheduling Conference on _____June 3, 2002_____ at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi in her chambers (Room C-353).

Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.

Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.

Failure to file and/or failure to attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii _____MAR 0 8 2002_____.


DAVID ALAN EZRA
Chief, U.S. District Judge


I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date _____MAR 0 8 2002_____

Sign _____

Atty () Secy () Messenger ()


**THIS RULE 16 ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.)**

Exhibit "1 of "1.29"

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2002

at_____o'clock and___min. P.M.
WALTER A.Y.H. CHINN, CLERK

PATSY N. SAKUMA (CA. Bar #113206)
10960 Ashton Avenue #307
Los Angeles, CA 90024
Tel. (310)478-6755
Fax. (310)478-8155

In Pro Per


UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS AT THE TROPICS WAIKELE, by its Board Of Directors, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| Vs. | |
| PATSY NAOMI SAKUMA, an individual, | |
| Defendant. | |

CV02-00147  HG LEK
NOTICE OF REMOVAL
(28 U.S.C. §1446(a)&(b)

STATE CIVIL NO. 1RC01-5514
FED.CIVIL NO.01-00556DAE-BMK

TO THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

1.  Patsy Naomi Sakuma is the defendant, ''Defendant
    Sakuma,'' in the civil action brought on August 16,
    2001, in the District Court of the First Circuit,
    Ewa Division, State of Hawaii, Civil Action No.
    1RC01-5514.  Pursuant to the provisions of §§1441
    and 1446 of Title 28 of the United States Code
    (''U.S.C''). Defendant Sakuma, removes this action
    to the United States District Court for the
    District of Hawaii, which is the judicial district
    in which the action is pending in Civil No. 01-

Exhibit "1.2" or "1.29"

00556DAE-BMK, and in which she is the plaintiff therein.

2.   The grounds for removal of this action are:

    a.   This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. §1331.

    b.   In particular, the principal claim for relief by plaintiff, the Association of Apartment Owners of the Tropics At Waikele by Its Board of Directors, an unincorporated association (''Plaintiff AOAO''), concerns whether, as an aggrieved party[1], it 1) can compel payment

---

[1](A) Plaintiff AOAO can allege it is an ''aggrieved party,'' under 42 U.S.C. §3602(i)(1) for at least two reasons.  One reason is to assert it has been injured by handicap discrimination by the hands of another, Schuler Homes, Inc., a Delaware corporation, duly qualified to do business in the City and County of Honolulu, State of Hawaii, a co-defendant in the above-referenced federal action (''Defendant Schuler,'').  It may allege, on behalf of all its handicap residents, that Defendant Schuler unlawfully discriminated against it by reason of handicap, by failing to construct all Tropic condominium homes, including Defendant Sakuma's condominium home, with a readily accessible and useable handicap route for ingress and egress, as required under Title II of the Americans With Disabilities Act of 1990's (''Title II of the ADA'')new construction guidelines, as set forth in its regulations, 28 CFR §35.151(a).  See, Eight Cause of Action to Defendant Sakuma's First Amended Complaint for Damages Arising From Handicap Discrimination Under

Exhibit "13 of 129"

2

from its apartment-condominium member,

Defendant Sakuma, for withheld Maintenance

Fees/Base Charges and Association Fees

(collectively, ''Common Expenses[2]'') that are

a portion of Defendant Sakuma's pro rata share

---

the Fair Housing Amendments of 1988, 42 U.S.C.
§3600 et seq.(''FHAA''), & Title II of the ADA;
Exhibits A-X (''First Amended Complaint''), pgs.
44-51.

(B) Plaintiff AOAO may also allege that it
detrimentally relied upon the advice and counsel
of co-Defendant(s), Love Yamamoto & Motooka
(''Defendant LYM''), and/or Milton M. Motooka
(''Defendant Motooka''), who caused it either to
withdraw or not implement its prior Carte Blanc
Handicap Parking Accommodation (entitling that all
qualified handicapped Tropics' residents to use
the guest stalls up to fifteen minutes, after
Defendant Sakuma's showing of good-cause for such
handicap accommodation). See, First Amended
Complaint, First and Second Causes of Action, pgs.
10-21. Such detrimental reliance terminated its
agency relationship with Defendants LYM and/or
Motooka, so it cannot be held liable for any of .
the former's unlawful handicap discrimination
under the theory of respondeat superior. It then
should qualify plaintiff as an ''aggrieved
party,'' under 42 U.S.C. §3602(i)(1).

[2] Maintenance Fee/Base Charge is a collective
term, used in Plaintiff AOAO's operating budgets,
which Defendant Sakuma shows, see, footnote 3,
supra, comprises of the operating expenses: 1)
used to maintain Plaintiff AOAO's common-elements,
and 2) incurred or to be incurred for the benefit
of all Owners, including Defendant Sakuma, which
are chargeable to each condominium owner
(''Owner'' )in proportion to each Owner's
proportionate ownership-interest in Plaintiff
AOAO.

Exhibit 1.4 7 "1.29"

3

of common operational expenses of Plaintiff AOAO, even though Defendant Sakuma may claim portions of those Common Expenses were directly used[3]:  a) to maintain the disputed guest stall denied to her, after her request for reasonable handicap-parking accommodation (as so alleged in her federal action pursuant to 42 U.S.C. §3604(f)(3)(B)), and b)  to pay for legal counsel to determine the merits of her request for handicap accommodation, and other claims of unlawful handicap discrimination, under 42 U.S.C.§§ 3604 (f)(3)(B), and 3617.  <u>See</u>, Footnote 1(B), <u>infra</u>.  Therefore,  Plaintiff AOAO's assertion of the right to recover these withheld Common Expenses on the face of its complaint inherently[4] raises the federal question whether it can, under 42 U.S.C. §3613(c)(1),

---

[3] Defendant Sakuma shows that for Plaintiff AOAO's operating budgets for the years at issue, 2000 - 2001, there are line-item expenses for Legal Fees-General, Legal Fees-Collection, Consulting Fees, Management Services, Insurance, Association Dues, Miscellaneous [Support] Expenses, Uninsured Expenses, Education Expenses-Board, Maintenance-Ground.  <u>See</u>, Operating Budgets for 2000 & 2001 attached hereto and incorporated by reference herein as ''Exhibits A-1 to A-9.'' Defendant Sakuma contends that a production of the itemized bills for these line-item expenses for the period at issue would show that a portion of these line-item expenses were directly incurred for the items set-forth in this paragraph 2(b).

[4] <u>See</u>, infra.

Exhibit "1.5" of "1.29"

4

either: 1) obtain declaratory relief that these withheld Common Expenses are collectible by Plaintiff AOAO, regardless if said Common Expenses and Defendant Sakuma's condominium home fall within the protections of the FHAA, or Title II of the ADA, because the withholding of said Common Expenses unduly burdens Plaintiff AOAO in carrying out its administrative functions, and/or 2) obtain injunctive relief enjoining Defendant Sakuma from withholding said Common Expenses for the above-mentioned reasons.

c.  Plaintiff AOAO's claim for payment of these Common Expenses in its state action on its face not only inherently raises the above-mentioned federal questions, but also asks for relief raising unspecified non-federal questions, which all arise out of the same set of facts, and are part of the same case and controversy of Defendant Sakuma's pending federal action, so that this court has supplemental jurisdiction of them within the meaning of 28 U.S.C. §1367(a). Therefore, this is an action over which this court would have original jurisdiction had it been filed initially in this court, and removal to this court is proper under the provisions of 28 U.S.C. 1441(a).

Exhibit "1.6" 7 "1.29"

3.   This Notice of Removal is timely under §1446(b) of Title 28 of the U.S.C. because Plaintiff AOAO's complaint in this action was served on Defendant Sakuma on February 10, 2002.   This Notice of Removal is filed within thirty (30) days of receipt of Plaintiff AOAO's complaint, and is timely filed under 28 U.S.C. §1446(b).

4.   Pursuant to the provisions of 28 U.S.C.§1446(b), Defendant Sakuma attaches to this notice and incorporates by reference copies of the following papers, which are all of the process and pleadings served on her prior to its removal of this action:

a) Complaint for Assumpsit-Money Owed filed on August 16, 2001, in the District Court of the First Circuit, Ewa Division, State of Hawaii, Civil Action No. 1RC01-5514, which is being marked as Exhibits ''B-1 B-4'';

b) Plaintiff AOAO's Proof of Service By Process Server by personal delivery on February 10, 2002; Declaration of Randall K. Sing; Exhibit A; Certificate of Service, which is marked as ''Exhibit C-1 - C-6;'' and

c) Defendant Sakuma's Notice of Non-Hearing Motion For Continuance filed on February 21, 2002; Certificate of Service by U.S. Mail and Certified Mail Return Receipt by Plaintiff AOAO dated February 19, 2002; and Court Order Granting Defendant Sakuma's Motion for Continuance of the state action until April 5,

Exhibit "1.7 of "1.29"

2002, dated February 21, 2002 by the Honorable David L. Fong, Judge of the District Court of the First Circuit, Ewa Division, State of Hawaii which is marked as ''Exhibits D-1 to D-3.''

Dated: 03/02/02

Patsy Naomi Sakuma, Pro Per
10960 Ashton Avenue #307
Los Angeles, CA 90024
Tel. (310) 478-6755
Fax. (310) 478-8155

Exhibit "1.8 + "1.29"



**HAWAIIANA**

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

December 15, 1999

Dear Tropics at Waikele Owner:

The Year 2000 Operating Budget, which was prepared on a cash basis, has been approved by the Board of Directors and is enclosed for your information. The operating budget and the project data sheet for the reserve study are also enclosed. After a careful review of the Association's current and long range requirements, the Board has decided it is not necessary to increase the maintenance fees for 2000.

Hawaii Revised Statute 514A requires that owners be provided certain information on an annual basis about the Operating Budget and Reserve Study. This data is provided for your information.

Coupons and return envelopes for each month of 2000 are enclosed (except for those of you on our automatic Surepay Plan - in your case, coupons are not needed). Please return the larger portion of the coupon for the appropriate month with each payment. **If you are not already using our Surepay system for automatic payments, you might want to consider it now.** A form for that purpose is enclosed. Automatic deduction will begin with the February 1, 2000 payment for Surepay forms received prior to January 15, 2000.

Thank you for your support throughout the year. On behalf of the Board of Directors, have a safe and happy holiday season!

Sincerely,

FOR THE BOARD OF DIRECTORS
THE TROPICS AT WAIKELE

Andy Lieurance
Management Executive

Enclosures

Exhibit "1.97 1.29"

EXHIBIT A-1

# MONTHLY OPERATING BUDGET FOR THE TROPICS AT WAIKELE

Project                                    THE TROPICS AT WAIKELE
Prepared by                                ANDY LIEURANCE
First Month of Budget                      JANUARY       2000
Est. Reserves Beginning Calendar Year 2000        $84,748

Budget Approved On:                        10/4/99

| DESCRIPTION REVENUE | JAN 2000 | FEB 2000 | MAR 2000 | APRIL 2000 | MAY 2000 | JUNE 2000 | JULY 2000 | AUG 2000 | SEPT 2000 | OCT 2000 | NOV 2000 | DEC 2000 | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAINTENANCE FEES | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 11,749 | 140,988 |
| DESIGN FEE | | | | | | | | | | | | | |
| ASSOCIATION DUES | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 81,900 |
| LEGAL FEE REIMB | | | | | | | | | | | | | |
| LATE FEES | | | | | | | | | | | | | |
| INVESTMENT INTEREST | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| CHECKING INTEREST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| TOTAL REVENUE | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 18,794 | 225,528 |

| UTILITIES | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UTILITIES | | | | | | | | | | | | | |

| MAINTENANCE | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUNDS | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| TOTAL MAINTENANCE | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |

Exhibit "10" & "1.29"

EXHIBIT A-2

MONTHLY OPERATING BUDGET FOR THE TROPICS AT WAIKELE AS OF OCTOBER 4, 1999 -

| DESCRIPTION | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPERTY ADMIN | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | |
| ADMIN SERVICES-MGMT | 925 | 1,027 | 871 | 506 | 506 | 506 | 506 | 506 | 506 | 506 | 2,277 | 875 | 9,517 |
| MANAGEMENT S'VICES | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 1,851 | 22,209 |
| AUDIT | | | 1,144 | | | | | | | | 260 | | 1,404 |
| LEGAL FEES-GENERAL | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| LEGAL FEES-COLLECTIO | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| CONSULTING FEES | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| TOTAL ADMIN | 4,876 | 4,978 | 5,966 | 4,457 | 4,457 | 4,457 | 4,457 | 4,457 | 4,457 | 4,457 | 6,488 | 4,826 | 58,330 |

| PAYROLL & BENEFITS | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL P/R & BENEFITS | | | | | | | | | | | | | |

| OTHER EXPENSES | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSURANCE | 4,761 | 4,761 | 4,761 | 6,066 | 4,842 | 4,842 | 4,842 | 4,842 | 4,842 | 4,842 | 4,842 | 5,498 | 59,741 |
| ASSOCIATION DUES | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 81,900 |
| MISCELLANEOUS EXPEN | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| GENERAL EX TAX | 60 | | | 60 | | | 60 | | | 60 | | | 240 |
| TOTAL OTHER EXP. | 11,846 | 11,786 | 11,786 | 13,151 | 11,867 | 11,867 | 11,927 | 11,867 | 11,867 | 11,927 | 11,867 | 12,523 | 144,281 |

| TOTAL OP EXPENSE | 16,822 | 16,864 | 17,852 | 17,708 | 16,424 | 16,424 | 16,484 | 16,424 | 16,424 | 16,484 | 18,455 | 17,449 | 203,811 |

| TOTAL SURPLUS/DEF | 1,972 | 1,930 | 942 | 1,086 | 2,370 | 2,370 | 2,310 | 2,370 | 2,370 | 2,310 | 339 | 1,345 | 21,717 |

Exhibit "1.11" - "1.29"

EXHIBIT A-3

12/14/99  3:47 PM

## THE TROPICS AT WAIKELE  YEAR 2000 RESERVE PLAN AS OF DECEMBER 14, 1999

Management Executive: ANDY LIEURANCE

Percent changes are to be funded by 2000.

| | | | | Condition Codes | | Source Codes | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EXCELN | E | Contractor Proposal | 1 | | | |
| ASSUMPTIONS | | | | GOOD | G | Contractor Estimate | 2 | | | |
| 1st Plan Year | Calendar | 2000 | Ref. Year | 1999 | FAIR | F | Engineer/Arch Estimate | 3 | | |
| Final Plan Year | | 2019 | Fund By | 2000 | POOR | P | Cost When Last Done | 4 | | |
| 1999  Maintenance Fees | | 140,988 | 2000 Maint Fees | 140,988 | | | Cost at Similar Project | 5 | | |
| 1999 Other Income Excluding Interest | | 89,853 | 2000 O/INC | 84,540 | | | Statistical Guideline | 6 | RES. | MAINT. |
| 1999 Operating Expenses | | 187,956 | 2000 Exp | 203,811 | THE MODEL'S PROJECTIONS FOR % FUNDING | | | | CONTRIB | FEES |
| 1999 Reserve Contribution | | 42,885 | 2000 Catrib | 21,717 | MINIMUM FUNDING | | 50% | -19.1% | -5,253 | 114,018 |
| Projected Reserves At Beginning of 2000 | | 84,748 | Chg if 100% | 10.9% | 100% Funding | | | 10.9% | 37,057 | 156,328 |
| Minimum Inflation | | 3% | Chg If 90% | 4.88% | Desired Funding | | 90.0% | 4.9% | 28,595 | 147,866 |
| Projected Savings Interest | | 4% | App % Chg | 0.0% | Approved Funding | | 81.9% | 0.0% | 21,717 | 140,988 |

| CAPITAL INVENTORY ITEM | TYPE | NORM LIFE | DONE LAST | LAST COST | CO ND | NEXT DUE DATE | COST NOW | COST SRC | FUNDING RQMNT | EOV RES | DEFICIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PARKING LOTS | SLURRY | 5 | 1995 | 37,186 | G | 2000 | 37,186 | 1 | 29,749 | 29,749 | |
| FENCING | STUCCO | 10 | 1995 | 3,810 | G | 2005 | 3,810 | 1 | 1,524 | 1,524 | |
| SIGNAGE | | 15 | 1995 | 5,000 | G | 2010 | 5,000 | 1 | 1,333 | 1,333 | |
| PARKING LOTS | OVERLAY | 20 | 1995 | 127,494 | G | 2015 | 127,495 | 1 | 25,499 | 25,499 | |
| FENCING | | 20 | 1995 | 60,500 | G | 2015 | 60,500 | 1 | 12,100 | 12,100 | |
| STREET LIGHTS | 3 | 20 | 1995 | | G | 2015 | 15,000 | 1 | 3,000 | 14,543 | -11,543 |

Exhibit "1.12" 4 "1.29"

EXHIBIT A-4

12/14/99  3:47 PM



**HAWAIIANA**

Hawaiiana Management Company, Ltd.
Pacific Park Plaza, Suite 700
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel: (808) 593-9100
Fax: (808) 593-6333

December 7, 2000

Dear Tropics at Waikele Owner:

The Year 2001 Operating Budget, which was prepared on a cash basis, has been approved by the Board of Directors and is enclosed for your information. The operating budget and the project data sheet for the reserve study are also enclosed. After a careful review of the Association's current and long range requirements, the Board has decided it is not necessary to increase the maintenance fees for 2001.

Hawaii Revised Statute 514A requires that owners be provided certain information on an annual basis about the Operating Budget and Reserve Study. This data is provided for your information.

Coupons and return envelopes for each month are enclosed (except for those of you on our automatic Surepay Plan - in your case, coupons are not needed). Please return the larger portion of the coupon for the appropriate month with each payment. **If you are not already using our Surepay system for automatic payments, you might want to consider it now**. A form for that purpose is enclosed. Please return this form to Hawaiiana Management prior to December 15, 2000 to ensure that your January 2001 payment is made on time.

If your maintenance fees are paid by a bank, savings and loan or bill payment agency other than Hawaiiana's Surepay Plan, you must inform that agency of the new maintenance fee amount, effective with the January 1, 2001 payment. Please do so at your earliest convenience to ensure that the new amount is paid in January 2001.

Thank you for your support throughout the year. On behalf of the Board of Directors, have a safe and happy holiday season!

Sincerely,

FOR THE BOARD OF DIRECTORS
THE TROPICS AT WAIKELE

Andy Lieurance
Management Executive

Enclosures

Exhibit "1.13" - "1.29"

EXHIBIT A-5

# Hawaiiana Management Company, Ltd.

## Calendar Year 2001 Operating Budget and Reserve Study

Prepared On November 18, 2000 For

# The Tropics at Waikele

## EXECUTIVE SUMMARY

**PRESENT RESERVE LEVELS**

| | |
|---|---:|
| Projected End Calendar Year 2000 Balance | $70,547 |
| End Calendar Year 2000 Requirements | $91,506 |
| Projected End Calendar Year 2000 Funding Level | 77.10% |

**YEAR 2001 FULLY FUNDED RESERVE REQUIREMENTS**

| | |
|---|---:|
| End Calendar Year 2001 Requirements | $141,780 |
| Reserve Outlays | $0 |
| Calendar Year 2001 Fully Funded Inputs | $71,233 |

**YEAR 2001 100% FUNDED MAINTENANCE FEE**

| | | |
|---|---|---:|
| Projected Operating Expense | | $209,399 |
| Less Other Income | | $85,620 |
| Plus Fully Funded Reserve Inputs | | $71,233 |
| Fully Funded Maintenance Fee | 55.52% | $195,012 |

**BOARD APPROVED YEAR 2001 MAINTENANCE FEES**

| | | |
|---|---|---:|
| Maintenance Fee Change From Calendar Year 2000 | 0.00% | $140,988 |
| Projected Reserve Inputs | | $17,209 |
| Projected Funding Level/Balance at the End of Calendar Year 2001 | 61.90% | $87,756 |

Exhibit "1.14" & "1.29"



MONTHLY OPERATING BUDGET FOR THE TROPICS AT WAIKELE AS OF SEPTEMBER 26, 2000 -                Page 3

| DESCRIPTION | JAN 2001 | FEB 2001 | MAR 2001 | APRIL 2001 | MAY 2001 | JUNE 2001 | JULY 2001 | AUG 2001 | SEPT 2001 | OCT 2001 | NOV 2001 | DEC 2001 | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL SVCS** | | | | | | | | | | | | | |
| ADMIN SERVICES-MGMT | 970 | 360 | 980 | 520 | 310 | 550 | 450 | 370 | 400 | 810 | 2,190 | 1,060 | 8,970 |
| EDUCATION | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 155 |
| MANAGEMENT S'VICES | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 1,907 | 22,878 |
| AUDIT | | | 1,352 | | | | | | | | | | 1,352 |
| LEGAL FEES-GENERAL | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| LEGAL FEES-COLLECT | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| CONSULTING FEES | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| TOTAL ADMIN | 4,989 | 4,379 | 6,351 | 4,539 | 4,329 | 4,569 | 4,469 | 4,389 | 4,419 | 4,829 | 6,209 | 5,079 | 58,555 |
| **OTHER EXPENSES** | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
| INSURANCE | 4,922 | 4,922 | 4,922 | 5,168 | 5,168 | 5,168 | 5,168 | 5,168 | 5,168 | 5,168 | 5,168 | 5,168 | 61,274 |
| UNINSURED EXP | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| ASSOCIATION DUES | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 81,900 |
| MISC SUPP EXP | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| CONDO REGISTRATION | | | | | | 830 | | | | | | | 830 |
| GENERAL EX TAX | 60 | | | 60 | | | 60 | | | 60 | | | 240 |
| TOTAL OTHER EXP. | 12,257 | 12,197 | 12,197 | 12,503 | 12,443 | 13,273 | 12,503 | 12,443 | 12,443 | 12,503 | 12,443 | 12,443 | 149,644 |
| TOTAL OP EXPENSE | 17,346 | 16,676 | 18,648 | 17,142 | 16,872 | 17,942 | 17,072 | 16,932 | 16,962 | 17,432 | 18,752 | 17,622 | 209,399 |
| TOTAL SURPLUS/DEFFICIT | 1,538 | 2,208 | 236 | 1,742 | 2,012 | 942 | 1,812 | 1,952 | 1,922 | 1,452 | 132 | 1,262 | 17,209 |

Exhibit "1.15" & "1.29"

EXHIBIT A-7

11/18/00  9:57 AM

### The Tropics at Waikele
**Board Approved Calendar Year 2001 Cash Flow Plan**
Prepared By: Andy Lieurance

**Maintenance Fee Plan to Accomplish All Known Improvements and Repairs For Next 20 Years**

At the Beginning of Calendar Year 2001, The Tropics at Waikele Will Be 77.1 Percent Funded.

Assumed Rate of Inflation: 3%                          Assumed Savings Interest Rate: 5.5%



Contingency Reserve Fund    $0

| CY Year | Starting Balance | -Reserve Expense | -Loan Payments | -Operating Expenses | +Maint. Fees | +Other Income | +Interest Income | =Ending Balance | % Maint. Fee Change |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 70,547 | 0 | 0 | 209,399 | 140,988 | 85,620 | Included | 87,756 | 0.00% |
| 2002 | 87,756 | 0 | 0 | 215,681 | 143,808 | 81,900 | 5,102 | 102,885 | 2.0% |
| 2003 | 102,885 | 0 | 0 | 222,151 | 149,560 | 81,900 | 5,915 | 118,108 | 4.0% |
| 2004 | 118,108 | 0 | 0 | 228,816 | 155,542 | 81,900 | 6,733 | 133,468 | 4.0% |
| 2005 | 133,468 | 46,119 | 0 | 235,681 | 161,764 | 81,900 | 6,292 | 101,625 | 4.0% |
| 2006 | 101,625 | 0 | 0 | 242,751 | 169,044 | 81,900 | 5,815 | 115,632 | 4.5% |
| 2007 | 115,632 | 0 | 0 | 250,033 | 179,186 | 81,900 | 6,664 | 133,348 | 6.0% |
| 2008 | 133,348 | 0 | 0 | 257,534 | 189,937 | 81,900 | 7,727 | 155,379 | 6.0% |
| 2009 | 155,379 | 0 | 0 | 265,260 | 201,334 | 81,900 | 9,040 | 182,392 | 6.0% |
| 2010 | 182,392 | 55,052 | 0 | 273,218 | 215,427 | 81,900 | 9,181 | 160,629 | 7.0% |
| 2011 | 160,629 | 0 | 0 | 281,415 | 226,198 | 81,900 | 9,568 | 196,881 | 5.0% |
| 2012 | 196,881 | 0 | 0 | 289,857 | 244,294 | 81,900 | 11,828 | 245,045 | 8.0% |
| 2013 | 245,045 | 0 | 0 | 298,553 | 266,281 | 81,900 | 14,842 | 309,515 | 9.0% |
| 2014 | 309,515 | 0 | 0 | 307,510 | 282,257 | 81,900 | 18,581 | 384,744 | 6.0% |
| 2015 | 384,744 | 372,924 | 0 | 316,735 | 290,725 | 81,900 | 12,443 | 80,153 | 3.0% |
| 2016 | 80,153 | 0 | 0 | 326,237 | 299,447 | 81,900 | 5,924 | 141,187 | 3.0% |
| 2017 | 141,187 | 0 | 0 | 336,024 | 308,430 | 81,900 | 9,259 | 204,752 | 3.0% |
| 2018 | 204,752 | 0 | 0 | 346,105 | 317,683 | 81,900 | 12,732 | 270,963 | 3.0% |
| 2019 | 270,963 | 0 | 0 | 356,488 | 327,214 | 81,900 | 16,350 | 339,939 | 3.0% |
| 2020 | 339,939 | 65,147 | 0 | 367,183 | 337,030 | 81,900 | 18,328 | 344,867 | 3.0% |
| 2021 | 344,867 | 0 | 0 | 378,198 | 347,141 | 81,900 | 20,366 | 416,076 | 3.0% |

Exhibit "1.16" & "1.29"
A-9

COMPLAINT (ASSUMPSIT-MONEY OWED);
DECLARATION; EXHIBIT(S); SUMMONS

Form #1DC07

IN THE DISTRICT COURT OF THE FIRST CIRCUIT
_____ 'EWA _____ DIVISION
STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br><br>ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by Its Board of Directors | |
| | Reserved for Court Use |
| | Civil No. 1RC01-5514 |
| Defendant(s)<br>PATSY NAOMI SAKUMA | Plaintiff(s)/Plaintiff(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>  MILTON M. MOTOOKA  1204-0<br>  RANDALL K. SING  3250-0<br>  1000 Bishop ST., Ste. 801<br>  Honolulu, Hawaii 96813<br>  Tel. 532-7900; Fax. 532-7911 |
| Amount Claimed by Plaintiff: $746.91 | Last Date of Indebtedness:<br>                    August 1, 2001 |

### COMPLAINT

1. This Court has jurisdiction over this matter and venue is proper.

2. On or about ___August 1, 2001_____, Defendant(s) owed money to Plaintiff(s) as follows:
   Maintenance fees thru 8/1/01: $691.76
   Association dues:       $ 55.15

3. ☑ A copy of the written instrument on which the debt is based is attached as Exhibit 1.

4. Plaintiff(s) asks for judgment in the principal amount of $ 746.91
   In addition, the Court may award court costs, interest and reasonable attorney's fees.

| | |
|---|---|
| AUG 1 6 2001<br><br>Date: | Signature of Plaintiff(s)/Plaintiff(s)' Attorney<br><br>Print/Type Name:  RANDALL K. SING |

### DECLARATION

I have read this Complaint, know the contents and verify that the statements are true to my personal knowledge and belief. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE ABOVE IS TRUE AND CORRECT.

| | |
|---|---|
| AUG 1 6 2001<br><br>Date: | Signature of Declarant:<br><br>Print/Type Name: RICH WOLTER |

In accordance with the **Americans with Disabilities Act** if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4353 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

COMPA.X (Amended 4/18/97)v

I certify that this is a full, true, and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

Exhibit "1.17" & "1.29"
EXHIBIT B-1

```
Aug-06-01 01:15pm  From-HAWAIIANA MAI        CO        8085963333        P-01/09  T-83   P-83
*HMCL*                          ---TENANT PROFILE----                       DATE:  8/06/01
TIME: 10:06:06                                                              PAGE:       1

                                KEYNAME: SAKUMA,                 KEYUNIT: 372 0139
ACCT.NO: 372-139-

                                UNIT: 00139      BILL-TO:
SAKUMA, PATSY NAOMI                              94-1016 D MAIAU ST #139
94-1016 D MAIAU ST
WAIPAHU, HI  96797                               WAIPAHU, HI  96797
```

| | | | | | |
|---|---|---|---|---|---|
| ( 7) | BASE CHARGE | 68.97 | (21) | LAST PAID | 8/ 1/2001 |
| ( 8) | 1ST PRO-RATA | .00 | (22) | LEGAL STAT. | DL |
| ( 9) | MOVE-IN | 10/12/1998 | (23) | ISSUE DATE | 4/17/2001 |
| (10) | SECURITY | .00 | (24) | LAST LEGAL | |
| (11) | LEASE BEGIN | 10/12/1998 | (25) | TIMES LATE | 0 |
| (12) | LEASE END | | (26) | CASE NO. | 00139137 |
| (13) | LEASE TYPE | | (27) | DOCKET NO. | |
| (14) | DATE DUE | 0 | (28) | MISC I | |
| (15) | LAST SALE PR | .00 | (29) | MBR | |
| (16) | SIZE | | (30) | % OF COMMON | .0058586 |
| (17) | PCT OCCUP. | .00000 | (31) | REFRIG | |
| (18) | UNIT DESC. | | (32) | RANGE | |
| (19) | MISC | 00/00/  0 | (33) | DISHWASHER | |
| (20) | SOC.SEC.NO. | 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 | (34) | AIR COND. | |
| | | | (35) | PAINT | |
| | | | (36) | COMMENTS | |
| | | | (37) | SUB/CO-TEN. | |
| | | | (38) | HOME PHONE | |
| | | | (39) | WORK PHONE | |
| | | | (40) | MOVE-OUT | |

```
                  -- TENANT HISTORY SUMMARY --


                  -- TENANT DETAIL HISTORY --


                  ---CURRENT ACCOUNT STATUS---
```

| | -BILLED- | CURRENT | ARREARS | CR & ADJUST | | BALANCE |
|---|---|---|---|---|---|---|
| 1 | BASE CHARG | 68.97 | | | | 691.76 |
| 1 | BASE CHARG | 622.79 | ARREARS | #64754 PAY | 43.97CR 08/01 | |
| 9 | | | | | | |
| 9 | ASSOC.DUES | 35.00 | 99/9999 | | | 55.15 |
| 9 | ASSOC.DUES | 64.12 | ARREARS | | | .00 |
| 49 | LATE FEE | 25.00 | ARREARS | #64754 PAY | 25.00CR 08/01 | 746.91 |
| | | 103.97 | 711.91- | | -68.97 | |

**EXHIBIT __1__**

Exhibit "1.18" ‑ "1.29"
B-2

SUMMONS

TWO-SIDED FORM

Form #1DC50

| | |
|---|---|
| **IN THE DISTRICT COURT OF THE FIRST CIRCUIT**<br>**'EWA _____ DIVISION**<br>**STATE OF HAWAI'I** | |
| Plaintiff(s)      -<br>ASSOCIATION OF APARTMENT OWNERS OF TROPICS<br>AT WAIKELE, by Its Board of Directors | |
| | Reserved for Court Use |
| | Civil No. |
| Defendant(s)<br>PATSY NAOMI SAKUMA | Plaintiff(s)/Plaintiff(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address and Telephone and Facsimile Numbers)<br>MILTON M. MOTOOKA   1204-0<br>RANDALL K. SING   3250-0<br>1000 Bishop ST., Ste. 801<br>Honolulu, Hawaii  96813<br>Tel. 532-7900; Fax. 532-7911 |

## SUMMONS

**THE STATE OF HAWAI'I:**

**TO:** The Director of Public Safety of the State of Hawai'i, his/her deputy or any police officer or other person authorized by the laws of the State of Hawai'i:

You are commanded to summon the Defendant(s) to appear before the District Judge of this Court in his/her Courtroom, to appear at the Court designated by the checked box on the reverse side.

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the above-entitled Court permits, in writing on this Summons, personal delivery during those hours.

**TO THE DEFENDANT(S):**

You are required to appear before the District Judge of this Court, in his/her Courtroom, on the day and at the time designated by the checked box on the reverse side. If the Defendant(s) is a corporation, Hawai'i law requires it to be represented by an attorney licensed to practice in the State of Hawai'i.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE DESIGNATED, DEFAULT AND DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

NOTICE TO ALL PARTIES (Honolulu Division only): If this case involves a residential lease and if the Defendant(s) disagrees with the statements in the Complaint, the Court may require the parties to submit their dispute to mediation at the Pre-Trial conference that will be scheduled on the Monday, not a holiday, following the court date specified above. If the Monday following your court date is a holiday, the Pre-Trial conference will occur on the next business day. If the parties are not able to resolve the dispute within 20 minutes of mediation, the Court will set a trial date.

| | |
|---|---|
| Date: SEP 1 6 2001 | Clerk of the above-entitled Court      S. SUZUKI  (S E A L) |

SUMMONS.2XX (Amended 4/18/97)v

**SEE REVERSE**

Exhibit "19" ¶ 1.29"

EXHIBIT B-3

COURT ADDRESSES AND RETURNABLE DAYS:

☐ Honolulu Division, 1111 Alakea Street, 10th Floor Courtrooms 10A or 10B, Honolulu, Hawai'i

☐ at 8:30 a.m. on _____, _____, 200__ for summary possession.
or
☐ at 8:30 a.m. on the fifth day following date of service, excluding Saturdays, Sundays and legal holidays for summary possession.
or
☐ at 1:30 p.m. on the second Monday following date of service, and should said Monday be a legal holiday then upon the next business day.

☑ 'Ewa Division, 870 Fourth Street, Pearl City, Hawai'i,

☐ at 8:30 a.m. on Friday, _____, 200__ for summary possession.
or
☑ at 8:30 a.m. on the second Friday following date of service, and should said Friday be a legal holiday then upon the next Friday.

☐ Ko'olaupoko OR Ko'olauloa Division, 46-201 Kahuhipa Street, Kāne'ohe, Hawai'i

☐ at 8:30 a.m. on Thursday, _____, 200__ for summary possession.
or
☐ at 8:30 a.m. on the second Thursday following date of service, and should said Thursday be a legal holiday then upon the next Thursday.

☐ Wahiawā OR Waialua Division, 1034 Kilani Avenue, Wahiawā, Hawai'i,

☐ at 9:00 a.m. Wednesday, _____, 200__ for summary possession.
or
☐ at 9:00 a.m. on the second Wednesday following date of service, and should said Wednesday be a legal holiday then upon the next Wednesday.

☐ Wai'anae Division, 87-1784 Farrington Highway, Nānākuli, Hawai'i,

☐ at 9:00 a.m. Tuesday, _____, 200__ for summary possession.
or
☐ at 9:00 a.m. on the second Tuesday following date of service, and should said Tuesday be a legal holiday then upon the next Tuesday.

Mailing address for the Courts: 1111 Alakea Street, Civil Division, Third Floor, Honolulu, Hawai'i 96813

In accordance with the **Americans with Disabilities Act** if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Exhibit "1.20" & 1.29"

B-4

LOVE YAMAMOTO & MOTOOKA
Attorneys at Law
A Law Corporation

MILTON M. MOTOOKA      1204-0
RANDALL K. SING        3250-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Telephone No. 532-7900

Attorneys for Plaintiff



IN THE DISTRICT COURT OF THE FIRST CIRCUIT

EWA DIVISION

STATE OF HAWAII

|  |  |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by its Board of Directors,<br><br>   Plaintiff,<br><br> vs.<br><br>PATSY NAOMI SAKUMA,<br><br>   Defendants. | CIVIL NO. 1RC01-5514<br><br>PLAINTIFF'S PROOF OF SERVICE BY PROCESS SERVER; DECLARATION OF RANDALL K. SING; EXIHIBIT A; CERTIFICATE OF SERVICE |

PLAINTIFF'S PROOF OF SERVICE BY PROCESS SERVER

  Comes now Plaintiff ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by and through its attorneys, LOVE YAMAMOTO & MOTOOKA, and hereby submits this Proof of Service by Process Server on Defendant PATSY NAOMI SAKUMA, 10960 Ashton Ave. #307, Los Angeles, CA 90024.

_Exhibit "1.21" + "1.29"_

_EXHIBIT C-1_

DATED:  Honolulu, Hawaii, February 19, 2002.


_____
MILTON M. MOTOOKA
RANDALL K. SING
Attorneys for Plaintiff


Exhibit "1.22" & "1.29"

2

EXHIBIT C.2

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

EWA DIVISION

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by its Board of Directors,<br><br>        Plaintiff,<br><br>   vs.<br><br>PATSY NAOMI SAKUMA,<br><br>        Defendants. | CIVIL NO. 1RC01-5514<br><br>DECLARATION OF RANDALL K. SING |

DECLARATION OF RANDALL K. SING

1. I am one of the attorneys for the Plaintiff ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE in this case, an association of apartment owners existing pursuant to Hawaii Revised Statutes Chapter 514A, ("Association").

2. On February 10, 2002, a certified copy of the following pleadings was personally served on Defendant Patsy Naomi Sakuma ("Defendant Sakuma") via APS INTERNATIONAL process server, Brad Weekes:

> Complaint (Assumpsit-Money Owed); Declaration; Exhibits "1"; Summons, filed August 16, 2001

3. Attached hereto as Exhibit A and incorporated herein by reference is the PROOF OF CLAIM from APS INTERNATIONAL.

4. Pursuant to Hawaii Revised Statutes § 634-35 and §634-36 and pursuant to Rule 4 of the District Court Rules of Civil Procedure, service of the aforesaid pleading

Exhibit ".23" q "1.29"

Exhibit C-3

was complete on February 10, 2002 upon delivery of the complaint to Defendant Sakuma.

I, Randall K. Sing, do declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, February 19, 2002.

RANDALL K. SING
Attorney for Plaintiff

Exhibit 1.24" - 1.29"

EXH. 1 C-4

2

Sakuma, et. al., Plaintiff(s)

vs.

AOAO Tropics at Waikele, et. al., Defendant(s)



Se....... of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Patsy Naomi Sakuma
Court Case No. 1RC01-5514

LOVE, YAMAMOTO & MOTOOKA
Mr. Randall K. Sing
1000 Bishop Street, Suite 801
Honolulu, HI 96813

State of: ___CALIFORNIA___ ) ss.

County of: ___ORANGE___ )

**Name of Server:** ___BRAD WEEKES___ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __10__ day of __FEB.__ , 20 _02_, at _1:18_ o'clock _P_ M

**Place of Service:** at _10960 Ashton Ave. #307_ , city of _Los Angeles_ , state of _CA_

**Documents Served:** the undersigned served the documents described as:

**Summons and Complaint**

**Exhibit**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Patsy Naomi Sakuma**

**Person Served, and
Method of Service:**

☒ By personally delivering them into the hands of the person to be served.

☐ By delivering them into the hands of _____ , a person of
suitable age and discretion residing at the Place of Service,
whose relationship to the person to be served is _____

**Description of Person
Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __ASIAN__ ; Hair Color __BLK__ ; Facial Hair_____
Approx. Age _38-40_ ; Approx. Height _5'2-5'3_ ; Approx. Weight ___108___

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_13_ day of __FEB.__ , 2002

_____          _____
Signature of Server        (Date)     Notary Public    (Commission Expires)

**APS International, Ltd.**

APS File #: 051025-0001

Exhibit "1.25"+"1.29"

**EXHIBIT** A

APS II C-5

SANDY M. GELNAW
Commission # 1174864
Notary Public - California
Orange County
My Comm. Expires Mar 27, 2002

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

EWA DIVISION

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF TROPICS AT WAIKELE, by its Board of Directors, | CIVIL NO. 1RC01-5514 (Foreclosure) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| PATSY NAOMI SAKUMA, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Proof Of Service By Process Server; Declaration Of Randall K. Sing; Exhibit A; Certificate Of Service will be duly served on the following parties by the means indicated below:

|  | HAND DELIVERY | MAIL |
|---|---|---|
| MS. PATSY NAOMI SAKUMA 10960 Ashton Ave. #307 Los Angeles, CA 90024 Defendant | | X |

DATED: Honolulu, Hawaii, February 19, 2002.

MILTON M. MOTOOKA
RANDALL K. SING
Attorneys for Plaintiff

Exhibit "7.26"-7 "7.29"
EXHIBIT C-6

NON-HEARING MOTION FOR CONTINUANCE; DECLARATION;
NOTICE OF MOTION; CERTIFICATE OF SERVICE;

TWO-SIDED FORM
Form #1DC11

## IN THE DISTRICT COURT OF THE FIRST CIRCUIT

_____ DIVISION

### STATE OF HAWAI'I

Plaintiff(s)
ASSOCIATION OF APARTMENT OWNERS OF
THE TROPICS AT WAIKELE by Its Board
of Directors

Reserved for Court Use

N ARAKAWA

Civil No.   1RC01-5514

Defendant(s)

PATSY NAOMI SAKUMA

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney
Number, Firm Name (if applicable), Address, Telephone and
Facsimile Numbers)

Patsy N. Sakuma
In Pro Per
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. (310)478-6755/Fax (310)478-8155

### NON-HEARING MOTION FOR CONTINUANCE

☐ **Hearing-Type of Motion:** NON HEARING MOTION FOR CONTINUANCE

☐ Trial ☐ Pre-Trial ☐ Other-Specify: _____

The Filing Party(ies) requests that this Motion be granted for the reasons stated in the Declaration below.

### DECLARATION

I have read this Motion, know the contents and verify that the statements are true to my personal knowledge and belief. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FOLLOWING IS TRUE AND CORRECT:** that Filing Party(ies) wishes to continue this proceeding to the date and for the reason stated below. I have contacted the Opposing Party(ies) or their attorney(ies) and they will not agree to the continuance or I have tried several times to contact them by telephone and/or mail and they have not returned my calls or answered my letters. (Explain why you will not be available and want this continuance. Attach continuation page, if necessary).   4/5/02 th

Old Date/Time: 3/2/02 8:30a.m  New Date/Time: 4/2/02 8:30a.m.  No. of Prior Continuances: 0

Reason for continuance:
Defendant resides out-of-state, in Los Angeles, California, and was
served in Los Angeles, and she needs at least 30 days to make arrangements
to appear and respond.

### NOTICE OF MOTION

TO: Plaintiff

**NOTICE IS GIVEN** that the undersigned has filed this Motion. Any response to this Motion must be in writing on the reverse side and filed with the Court no later than 5 days from the date shown on the Certificate of Service when the Motion is hand-delivered or 7 days excluding Saturday, Sunday and legal holidays when the Motion is mailed. Your written response can be delivered or mailed to the Court at **1111 Alakea Street, Civil Division, Third Floor, Honolulu, Hawai'i 96813. IF NO RESPONSE IS RECEIVED BY THE COURT BY THE DATES SPECIFIED IN THIS NOTICE, THIS MOTION MAY BE GRANTED.**

Date: 02/15/02

Signature of Declarant/Filing Party(ies)/Filing Party(ies)' Attorney:

Print/Type Name: Patsy N. Sakuma, In Pro Per

CONTNH.2XX (Amended 4/18/97)v

## SEE AND USE REVERSE SIDE TO RESPOND TO MOTION

Exhibit "127"/129   "
D-1

I certify that this is a full, true, and correct
copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion was served at the last known address(es) of the Opposing Party(ies) or Opposing Party(ies)' attorney on
___02/15/02_____ by ☐ Hand-delivery or ☒ Mail, Postage Prepaid, at the following address(es):

Milton M. Motooka, Esq./Randall K. Sing, Esq.
Love Yamamoto & Motooka
1000 Bishop Street, Suite 801
Honolulu, HI 96813

| | Signature of Filing Party(ies)/Filing Party(ies)' Attorney: |
|---|---|
| Date: 02/15/02 | Print/Type Name: Patsy N. Sakuma, In Pro Per |

**RESPONSE TO MOTION/CERTIFICATE OF SERVICE**

☐    I DO NOT OBJECT to this Motion.

☐    I DISAGREE with this Motion for the following reasons:
(Attach continuation page, if necessary).

Reserved for Court Use

I have read this Response, know the contents and verify that the statements are true to my personal knowledge and belief.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE ABOVE IS TRUE AND CORRECT.**

**CERTIFICATE OF SERVICE**

I certify that a copy of this Response was served at the last known address(es) of the Opposing Party(ies) or Opposing Party(ies)' attorney on
_____ by ☐ Hand-delivery or ☐ Mail, Postage Prepaid, at the following address(es):

| | Signature of Responding Party(ies)/Responding Party(ies)' Attorney: |
|---|---|
| Date: | Print/Type Name: |

| Reserved for Court Use | **COURT ORDER** |
|---|---|
| ☑ | This Motion is granted and you must appear at the new date and time stated in the Declaration on the reverse side. |
| ☐ | This Motion is denied and you must appear at the old date and time stated in the Declaration on the reverse side. |
| ☐ | This Motion is partially granted and you must appear at _____ ___.m. on _____ for |

| ☐ TRIAL | ☐ PRE-TRIAL |
|---|---|
| ☐ HEARING ON MOTION | ☐ OTHER - |

| | Exhib/128 DAVID L. FONG ( S E A L ) |   D-2 |
|---|---|---|
| Date: | Judge of the above-entitled Court | |

In accordance with the **Americans with Disabilities Act** if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Milton Motooka, Esq
Randall K. Sing, Esq
Love Yamamoto & Onotoka
1000 Bishop St. Ste. 801
Honolulu, HI 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Renellahan   B. Date of Delivery 2-19-02

C. Signature
X                                       ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 0320 0002 8536 4964

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

Exhibit "129" & "1.29"

D-3