IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual; AND DOES 1-300, Inclusive,<br><br>Defendants. | CIVIL NO. 01-00556 DAE BMK<br><br>DECLARATION OF KEVIN P.H. SUMIDA |

**DECLARATION OF KEVIN P.H. SUMIDA**

STATE OF HAWAII              )
                             ) SS.
CITY AND COUNTY OF HONOLLU   )

      KEVIN P.H. SUMIDA, declares under penalty of perjury and says that:

      1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

2.    He is one of the attorneys for defendants ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD. in the above-entitled case.

3.    A true and correct copy of Docket Report for the above-entitled case, taken from Pacer, is attached hereto as Exhibit "A".

4.    Your declarant has expended the following time and effort in reviewing and responding to the instant motion filed by plaintiff:

| Date | Attorney | Hrs | Entry |
|---|---|---|---|
| 10/14/07 | KPHS | 0.3 | Initial review of Plaintiff's Motion for Order to Show Cause and Plaintiff's Reply Memorandum containing allegedly supporting arguments. |
| 10/14/07 | KPHS | 0.2 | Prepare email to courtroom deputy to determine if motion for Order to Show Cause has been accepted for filing and set for hearing. |
| 10/15/07 | KPHS | 0.2 | Review email response from courtroom deputy discussing acceptance of motion for filing and due date for response. |
| 10/17/07 | KPHS | 2.5 | Research on Pacer, filed materials, and court docket to identify filings of motions, disposition of motion, appeals and disposition of appeals. |
| 10/17/07 | KPHS | 0.3 | Prepare report to insurer for AOAO Tropics of Waikele discussing new filings by plaintiff and necessity of responding, per communication from the court. |

| 10/17/07 | KPHS | 3.0 | Draft *Defendants Association Of Apartment Owners Of The Tropics At Waikele And Hawaiiana Management Company, Ltd.'S Opposition To Plaintiff's Motion For Order To Show Cause Why Association Of Apartment Owners Of The Tropics At Waikele, And Hawaiiana Management Company, Ltd. Should Not Be Designated Vexatious Litigants, And Request For Sanctions*, Filed October 9, 2007 |
|---|---|---|---|
| 10/17/07 | KPHS | 0.3 | Prepare Declaration of Kevin P.H. Sumida in support of request for award of attorneys fees in responding to frivolous motion. |
| | | 6.8 | Total |

5.  Your declarant's hourly rate for this case is $150.00 per hour. Accordingly, your declarant seeks an award of $1,020.00 in connection with the opposition to the instant motion for reconsideration. The time expended and hourly rate are reasonable in the legal community.

6.  In its *ORDER APPROVING DECLARATIONS OF ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER IMPOSING SANCTIONS*, filed herein on 5/17/2006 (Doc. No. 130), this court entered an order requiring plaintiff to pay fees and costs as follows:

| To AOAO Tropics of Waikele and Hawaiiana Management Company Ltd.'s: | $1275.00 |
|---|---|
| To D.R. Horton- Schuler Homes, LLC. | $499.55 |

| | |
|---|---|
| To Love, Yamamoto & Motooka, P.C. and Milton M. Motooka | $310.00 |

Further, the court ordered that these amounts be paid or before June 5, 2006.

7. Because plaintiff did not make the above payment to the AOAO Tropics of Waikele and Hawaiiana Management, nor pay an additional $130.00 awarded as costs by the Ninth Circuit, defendants were forced to file their Motion for Order to Show Cause on May 18, 2007 (Doc. No. 146). That motion was granted on 6/25/2007 (Doc. No. 151), and plaintiff was required to make payment to the AOAO Tropics of Waikele and Hawaiiana Management of $1405.00 by a date certain.

8. Your declarant has made inquiry with counsel for the other defendants and has been informed that neither defendant has been paid the fees and costs awarded in the 5/17/2006 sanction order, and that the economics of the matter prevented them from filing further motions seeking such payment.

Further declarant sayeth naught.

I declare under penalty of law that the foregoing is true and correct.

Executed in Honolulu, Hawaii, on October 18, 2007.

_____
KEVIN P.H. SUMIDA