APPEAL

# U.S. District Court
## District of Hawaii - CM/ECF V3.04 (3/07) (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:01-cv-00556-DAE-BMK

| | |
|---|---|
| Sakuma v. AOAO Tropics Waikele, et al | Date Filed: 08/21/2001 |
| Assigned to: Judge David Alan Ezra | Date Terminated: 09/30/2002 |
| Referred to: JUDGE BARRY M. KURREN | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 443 Civil Rights: Accommodations |
| Case in other court: 9CCA, 07-16396 | Jurisdiction: Federal Question |
| Ninth Circuit Court of Appeals, 6-16121 | |
| 05-16940 | |
| Cause: 42:3601 Fair Housing Act | |

**Plaintiff**

**Patsy N. Sakuma**
*an Individual*

represented by **Patsy N. Sakuma**
10960 Ashton Avenue #307
Los Angeles, CA 90024
310-478-6755
PRO SE

V.

**Defendant**

**Association of Apartment Owners of The Tropics at Waikele**
*an Unincorporated Association*

represented by **Kevin P.H. Sumida**
Sumida & Tsuchiyama, LLLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
356-2600
Email: ksumida@sthawaii.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance S. Au**
Sumida & Tsuchiyama, LLLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
356-2600
Email: lau@sthawaii.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marilyn S.H. Naitoh**
Matsui Chung
737 Bishop St Ste 1400
Honolulu, HI 96813
536-3711

**EXHIBIT A**

                  Email: info@triallawhawaii.com
                  *TERMINATED: 01/03/2007*
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Nancy J. Youngren**
                  Case Lombardi & Pettit
                  Pacific Guardian Center Mauka Tower
                  737 Bishop St Ste 2600
                  Honolulu, HI 96813
                  547-5400
                  Fax: 523-5573
                  Email: njy@caselombardi.com
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Love Yamamoto & Motooka**       represented by  **Calvin E. Young**
*a Professional Corporation*                 Ayabe Chong Nishimoto Sia &
                  Nakamura
                  Pauahi Tower
                  1001 Bishop St Ste 2500
                  Honolulu, HI 96813
                  537-6119
                  Email:
                  calvin.young@hawadvocate.com
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Sidney K. Ayabe**
                  Ayabe Chong Nishimoto Sia &
                  Nakamura
                  Pauahi Tower
                  1001 Bishop St Ste 2500
                  Honolulu, HI 96813
                  537-6119
                  Email:
                  sidney.ayabe@hawadvocate.com
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Milton M. Motooka**          represented by  **Calvin E. Young**
*an Individual*                   (See above for address)
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Sidney K. Ayabe**
                  (See above for address)
                  *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

Does 1 - 300
*inclusive*

**Defendant**

| | | |
|---|---|---|
| Hawaiiana Management Company, Ltd.<br>*a Corporation* | represented by | Kevin P.H. Sumida<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Marilyn S.H. Naitoh<br>(See above for address)<br>*TERMINATED: 01/03/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| D.R. Horton-Schuler Homes, LLC<br>*a Delaware limited liability company*<br>*successor*<br>Schuler Homes, Inc.<br>*doing business as*<br>. Schuler Homes | represented by | Dennis M. Lombardi<br>Case Lombardi & Pettit<br>Pacific Guardian Center Mauka Tower<br>737 Bishop St Ste 2600<br>Honolulu, HI 96813<br>547-5400<br>Fax: 523-5573<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Nancy J. Youngren<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2001 | 1 | COMPLAINT for damages arising from handicap discrimination under The Fair Housing Amendments of 1988, 42 USC 3600 et seq.; exhibits a - x (afc) (Entered: 08/21/2001) |
| 08/21/2001 | 2 | ORDER by Judge David A. Ezra rule 16 conference set for 9:00 12/3/01 before Mag Judge Barry M. Kurren (afc) (Entered: 08/21/2001) |
| 08/21/2001 | 3 | SUMMONS issued as to "All named Defendants" (afc) (Entered: 08/21/2001) |
| 08/27/2001 | 4 | RETURN OF SERVICE of complaint and summons executed upon defendant Love Yamamoto & Motooka through service upon Milton Motooka, Esq., President, on 8/24/01 (afc) (Entered: 08/28/2001) |

| 08/27/2001 | 5 | RETURN OF SERVICE of complaint and summons executed upon defendant Milton M. Motooka, Esq. on 8/24/01 (afc) (Entered: 08/28/2001) |
|---|---|---|
| 08/28/2001 | 6 | RETURN OF SERVICE of complaint and summons executed upon defendant Association of Apartment Owners of The Tropics Waikele, by service thru Emory W. Bush, Property Manager, on 8/27/01 (afc) (Entered: 08/29/2001) |
| 08/28/2001 | 7 | RETURN OF SERVICE of complaint and summons executed upon defendant Hawaiiana Management Company, Ltd. thru service upon Emory W. Bush, its president, on 8/27/01 (afc) (Entered: 08/29/2001) |
| 09/24/2001 | 8 | ANSWER by defendant Love Yamamoto & Motooka, and by defendant Milton M. Motooka to complaint [1-1]; demand for jury trial; certificate of service (afc) (Entered: 09/26/2001) |
| 09/25/2001 | 9 | ANSWER by defendant Association of Apartment Owners of the Tropics at Waikele, and by defendant Hawaiiana Management Company, Ltd. to complaint [1-1]; demand for jury trial; certificate of service (afc) (Entered: 09/26/2001) |
| 10/16/2001 | 10 | RETURN OF SERVICE of complaint and summons executed upon Peter C. Lee on 10-13-01 [not stated as to which defendant Peter C. Lee receiving complaint and summons on behalf of] (afc) (Entered: 10/16/2001) |
| 10/16/2001 | 11 | RETURN OF SERVICE of complaint and summons executed upon Bryan Randall on 10-13-01 [not stated as to which defendant Bryan Randall receiving complaint and summons on behalf of] (afc) (Entered: 10/16/2001) |
| 10/16/2001 | 12 | RETURN OF SERVICE of complaint and summons executed upon Harry N. Lyckman on 10-13-01 [not stated as to which defendant Harry N. Lyckman receiving complaint and summons on behalf of] (afc) (Entered: 10/16/2001) |
| 10/16/2001 | 13 | RETURN OF SERVICE of complaint and summons executed upon Erin M. Conroy on 10-13-01 [not stated as to which defendant Erin M. Conroy receiving complaint and summons on behalf of] (afc) (Entered: 10/16/2001) |
| 11/02/2001 | 14 | EO : rule 16 conference cont from 12-3-01 to 1-4-02 @ 2 p.m. before Mag Judge Barry M. Kurren ; Patsy Sakuma to notify parties ( Ct Rptr : ) JUDGE Mag Judge Barry M. Kurren (eps) (Entered: 11/05/2001) |
| 11/14/2001 | 15 | NOTICE OF MOTION and motion by plaintiff Patsy N. Sakuma for leave of court to amend complaint for handicap discrimination under 42 USC 3600 et seq ; exhibits a-x; joinder of defendant and cause of acton for 42 USC 12131 et seq - set for 2:00 1/4/02 before Mag Judge Barry M. Kurren (eps) (Entered: 11/16/2001) |
| 11/19/2001 | 16 | CERTIFICATE of service (afc) (Entered: 11/20/2001) |

| | | |
|---|---|---|
| 12/13/2001 | 17 | STATEMENT of no position by defendant AOAO Tropics Waikele, defendant Hawaiiana Mgmt Comp RE: motion for leave of court to amend complaint for handicap discrimination under 42 USC 3600 et seq [15-1]; certificate of service (afc) (Entered: 12/14/2001) |
| 12/19/2001 | 18 | EO: Plaintiff's M/Amend Complaint is GRANTED w/o hearing. Patsy Sakuma to prepare the order. Rule 16 Scheduling Conference cont from 1-4-02 to 3-4-02 @ 9 a.m., BMK. Sakuma to notify parties. [15-1] () JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 12/21/2001) |
| 01/24/2002 | 19 | FIRST AMENDED COMPLAINT for damages arising from handicap discrimination under the Fair Housing Amendments of 1988, 42 USC 3600 et seq. & Title II of the Americans with Disabilities Act of 1990, 42 USC 12131 et seq.; exhibits a - x [1-1] - by plaintiff (afc) (Entered: 01/28/2002) |
| 01/24/2002 | 20 | ORDER granting plaintiff's motion to amend complaint by Mag Judge Barry M. Kurren [15-1] (cc: all counsel) (afc) (Entered: 01/28/2002) |
| 01/29/2002 | 21 | CERTIFICATE of service (afc) (Entered: 01/31/2002) |
| 01/30/2002 | 22 | ANSWER by defendant AOAO Tropics Waikele, defendant Hawaiiana Mgmt Comp to first amended complaint [19-1]; demand for jury trial; certificate of service (afc) (Entered: 01/31/2002) |
| 02/04/2002 | 23 | AMENDED CERTIFICATE of service (afc) (Entered: 02/05/2002) |
| 02/07/2002 | 24 | ANSWER by defendant Love Yamamoto & Motooka, defendant Milton M. Motooka to first amended complaint [19-1]; certificate of service (afc) (Entered: 02/11/2002) |
| 02/19/2002 | 25 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant AOAO Tropics Waikele, defendant Hawaiiana Mgmt Comp (afc) (Entered: 02/21/2002) |
| 02/19/2002 | 26 | RETURN OF SERVICE of complaint and summons executed as "served personally upon the third-party defendant" Dennis Lombardi, Esq. accepted for Schuler Homes, Inc. on 02/12/02 (afc) (Entered: 02/21/2002) |
| 02/20/2002 | 27 | EO: Continued : [Rule 16 Scheduling Conference] from 03/04/2002 09:00:00 AM to 04/08/2002 09:00:00 AM, BMK. Per Patsy Sakuma, all parties have been served the First Amended Complaint. Sakuma to notify parties. () JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 02/25/2002) |
| 03/01/2002 | 28 | EO : Rule 16 Scheduling Conference moved back from 4-8-02 to 03/04/2002 09:00:00 AM, Judge Barry M. Kurren ; Notified: Patsy Sakuma by voice message, Calvin Young, Marilyn Naitoh ( Ct Rptr : ) JUDGE Mag Judge Barry M. Kurren (eps) (Entered: 03/04/2002) |
| 03/04/2002 | 29 | EP: Rule 16 Scheduling Conference cont to 9:00 3/25/02 before Mag Judge Barry M. Kurren ; parties to work on settlement (Ct Rptr: Chambers) JUDGE Mag Judge Barry M. Kurren (afc) (Entered: |

| | | 03/06/2002) |
|---|---|---|
| 03/04/2002 | 30 | ANSWER by defendant Schuler Homes to first amended complaint; certificate of service [19-1] (afc) (Entered: 03/06/2002) |
| 03/25/2002 | 31 | EP: Rule 16 Scheduling Conference not held. Sumida to attempt to meet pltf's request re excessive car noise. Further hearing set for 9:00 4/8/02 before Mag Judge Barry M. Kurren (Ct Rptr: Chambers) JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 03/27/2002) |
| 04/01/2002 | 32 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Love Yamamoto Motooka, defendant Milton M. Motooka (afc) (Entered: 04/02/2002) |
| 04/08/2002 | 33 | EO: Continued : [Rule 16 Scheduling Conference] from 04/08/2002 09:00:00 AM to 04/23/2002 09:00:00 AM, BMK. Kevin Sumida needs to confer with his client who has been out of town. Sumida to notify parties. Notified by phone: Patsy Sakuma () JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 04/10/2002) |
| 04/23/2002 | 34 | EO: Continued : [Rule 16 Scheduling Conference] from 04/23/2002 09:00:00 AM to 05/06/2002 09:00:00 AM, BMK. Kevin Chang to notify parties. () JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 04/24/2002) |
| 05/06/2002 | 35 | EP: Rule 16 Scheduling Conference not held. Case settled except for financial compensation. Status Conference set for 5-20-02 @ 9 a.m., BMK. (Ct Rptr: In Chambers) JUDGE Mag Judge Barry M. Kurren (afc) (Entered: 05/07/2002) |
| 05/20/2002 | 36 | EP :Status Conference Re-Filing of Dismissal-The Stipulation for Dismissal shall be filed in Two Weeks. No Further Status Conference will be set regarding this matter. status conference held 5/20/02 before Mag Judge Barry M. Kurren ( Ct Rptr : No Record) JUDGE Mag Judge Barry M. Kurren (fe) (Entered: 05/23/2002) |
| 06/04/2002 | 37 | NOTICE OF MOTION and motion by defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Mgmt Company, Ltd.'s to enforce settlement and for award of attorneys' fees and costs ; declaration of Kevin P.H. Sumida; exhibits a-h; certificate of service - set for 9:00 7/29/02 before Mag Judge Barry M. Kurren (lmg) (Entered: 06/05/2002) |
| 06/18/2002 | 38 | MOTION in opposition by plaintiff Patsy N. Sakuma's to defendants Association of Apartment Owners of the Tropics at Waikele & Hawaiian Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' fees and costs, for sanctions, and award of attorney's fees and costs [37-1] (lmg) (Entered: 06/19/2002) |
| 06/20/2002 | 39 | CERTIFICATE of service by plaintiff (lmg) (Entered: 06/24/2002) |
| 06/28/2002 | 40 | EP : settlement conference held with plaintiff and the court ( Ct Rptr : Chambers) JUDGE Mag Judge Barry M. Kurren (lmg) (Entered: 07/02/2002) |

| | | |
|---|---|---|
| 06/28/2002 | 41 | EO:Defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' fees and costs [37-1] set for 7/29/02 at 9:00 a.m. is moved to 10:00 a.m. the same day before Judge Kurren ( Ct Rptr : ) cc: all parties JUDGE Mag Judge Barry M. Kurren (lmg) (Entered: 07/02/2002) |
| 07/18/2002 | 42 | REPLY memorandum by defendants AOAO Tropics Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' fees and costs [37-1] and in opposition to plaintiff's request for sanctions' certificate of service (lmg) (Entered: 07/19/2002) |
| 07/22/2002 | 43 | Amended DECLARATION by defendant AOAO Tropics Waikele of Kevin P.H. Sumida in support of defendants Association of Apartment Onwers of The Tropics at Waikele and Hawaiiana Management Company, Ltd.'s motion for enforce settlement and for award of attorneys' fees and costs, and in opposition to plaintiff's request for sanctions; certificate of service [37-1] [37-1] (lmg) (Entered: 07/23/2002) |
| 07/23/2002 | 44 | Amended CERTIFICATE of service by defendant (lmg) (Entered: 07/23/2002) |
| 07/29/2002 | 45 | EP : Defendant AOAO Owners of the Tropics at Waikele and Hawaiiana Management Co., Ltd.'s M/Enforce Settlement and for Award of Attorneys' Fees and Costs - GRANTED in part. Attorneys' Fees DENIED. Plaintiff to make payment by 8-5-02 Stipulation for Dismissal will be filed thereafter. Sumida to prepare order; motion to enforce settlement and for award of attorneys' fees and costs [37-1] ( Ct Rptr : C6 1260) JUDGE Mag Judge Barry M. Kurren (lmg) (Entered: 08/06/2002) |
| 08/08/2002 | 46 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDED ORDER GRANTING IN PART AND DENYING IN PART defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for costs, and denying plaintiff's motion for sanctions ; exhibit a - by Mag Judge Barry M. Kurren (cc: all counsel) (lmg) (Entered: 08/12/2002) |
| 09/13/2002 | 47 | ORDER adopting Magistrate's Finding and Recommendation by Judge David A. Ezra - adopting FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDED ORDER GRANTING IN PART AND DENYING IN PART defendants Association of Apartment Owners of the Tropics Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for costs, and denying plaintiff's motion for sanctions [46-1] (cc: all counsel) (lmg) (Entered: 09/16/2002) |
| 09/17/2002 | 48 | NOTICE OF MOTION and motion by plaintiff Patsy N. Sakuma for reconsideration of findings of facts, conclusion of law, and recommended order granting in part and denying in part defendants Association of Apartment Owners of the Tropics Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' |

| | | |
|---|---|---|
| | | fees and costs, and denying plaintiff's motion for sanctions [46-1] - referred to Judge David A. Ezra (lmg) Modified on 09/19/2002 (Entered: 09/18/2002) |
| 09/17/2002 | 49 | POINTS & AUTHORITIES by plaintiff in support of plaintiff's motion for reconsideration of findings of facts, conclusion of law, and recommended order granting in part and denying in part defendants Association of Apartment Owners of the Tropics Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' fees and costs, and denying plaintiff's motion for sanctions [48-1] (lmg) (Entered: 09/19/2002) |
| 09/17/2002 | 50 | DECLARATION of plaintiff Patsy N. Sakuma re [48-1] (lmg) (Entered: 09/19/2002) |
| 09/17/2002 | 51 | DECLARATION of Kevin P.H. Sumida concerning failure to comply with order dated August 8, 2002; certificate of service [47-1] - by defendant (lmg) (Entered: 09/19/2002) |
| 09/19/2002 | 52 | ORDER by Mag Judge Barry M. Kurren denying motion for reconsideration of findings of facts, conclusion of law, and recommended order granting in part and denying in part defendants Association of Apartment Owners of the Tropics Waikele and Hawaiiana Management Company, Ltd.'s motion to enforce settlement and for award of attorneys' fees and costs, and denying plaintiff's motion for sanctions [48-1] (cc: all counsel) (lmg) (Entered: 09/23/2002) |
| 09/30/2002 | 53 | STIPULATION for dismissal with prejudice of all claims and parties; ORDER by Judge David A. Ezra - purs. to rule 41(a)(1)(ii) of the Fed.R.C.P., through their respective counsel, hereby stipulate that the first amended complaint herein be dismissed with prejudice; each party to bear their own attorneys' fees and costs; there are no remaining parties and/or issues - terminating case - on behalf of defendants (lmg) (Entered: 10/03/2002) |
| 09/30/2002 | 54 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/03/2002) |
| 10/07/2002 | 55 | NOTICE OF MOTION and motion by plaintiff's for reconsideration to alter or amend the final judgment entered by the court pursuant to order adopting magistrate's findings & recommendations, to amend findings of facts & thereby amend judgment, or for relief from judgment - referred to Judge David A. Ezra (lmg) (Entered: 10/10/2002) |
| 10/07/2002 | 56 | POINTS & AUTHORITIES in support of plaintiff's motion for reconsideration to alter or amend the final judgment entered by the court pursuant to order adopting magistrate's findings & recommendations, to amend findings of facts & thereby amend judgment, or for relief from judgment [55-1] (lmg) (Entered: 10/10/2002) |
| 10/07/2002 | 57 | DECLARATION of Patsy N. Sakuma - on behalf of plaintiff re [55-1] (lmg) (Entered: 10/10/2002) |
| 10/11/2002 | 58 | MEMORANDUM by defendants AOAO Tropics Waikele and |

| | | |
|---|---|---|
| | | Hawaiiana Mgmt Comp in opposition to plaintiff's motion for reconsideration to alter or amend the final judgment by the court pursuant to order adopting magistrate's findings & recommendations, to amend findings of facts & thereby amend judgment, or for relief from judgment [55-1]; declaration of Kevin P.H. Sumida; exhibits a-f; certificate of service (fe) (Entered: 10/15/2002) |
| 10/15/2002 | 59 | ERRATA Sheet to defendants AOAO Tropics Waikele and Hawaiiana Mgmt Company, Ltd.'s memorandum in opposition to plaintiff's motion for reconsideration to alter or amend the final judgment entered by the court pursuant to order adopting Magistate's findings & recommendations, to amend findings of facts & thereby amend judgment, or for relief from judgment, date 10/04/02; certificate of service [55-1] (lmg) (Entered: 10/15/2002) |
| 10/21/2002 | 60 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/21/2002) |
| 10/21/2002 | 61 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/21/2002) |
| 10/21/2002 | 62 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/21/2002) |
| 10/22/2002 | 63 | REPLY by plaintiff to defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Co., Ltd.'s memorandum of opposition to plaintiff's motion to alter or amend the final judgment entered by the court pursuant to order adopting Magistrate's findings of facts & thereby amend judgment, or for relief from judgment, dated 10/04/02 [55-1] (lmg) (Entered: 10/23/2002) |
| 10/22/2002 | 64 | POINTS & AUTHORITIES by plaintiff in support of plaintiff's reply to defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Company, Ltd.'s memorandum in opposition to plaintiff's motion to alter or amend the final judgment entered by the court pursuant to order adopting magistrate's findings of facts & thereby amend judgment, or for relief from judgment, dated 10/04/02 [55-1] (lmg) (Entered: 10/23/2002) |
| 10/22/2002 | 65 | DECLARATION of Patsy N. Sakuma - by plaintiff (lmg) (Entered: 10/23/2002) |
| 10/25/2002 | 66 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/28/2002) |
| 10/25/2002 | 67 | CERTIFICATE of service by plaintiff (lmg) (Entered: 10/28/2002) |
| 02/12/2003 | 68 | ORDER denying plaintiff's motion for reconsideration; order denying defendants' request for fees and costs - by Judge David A. Ezra - the court denies plaintiff's motion for reconsideration to alter or amend the final judgment entered by the court pursuant to order adopting magistrate's findings & recommendations, to amend findings of facts & thereby amend judgment, or for relief from judgment; additionally, the court denies defendants' request for an award of its fees and costs [55-1], [37-1],[45-1] (cc: all counsel) (lmg) Modified on 03/17/2003 (Entered: 02/13/2003) |
| 03/13/2003 | 69 | NOTICE OF APPEAL to the United States court of appeals for the Ninth |

|  |  |  |
|---|---|---|
|  |  | Circuit - by plaintiff Patsy N. Sakuma from Dist. Court decision [55-1] (cc: all counsel) (lmg) (Entered: 03/14/2003) |
| 03/13/2003 | 70 | CERTIFICATE of service by plaintiff (lmg) (Entered: 03/14/2003) |
| 03/13/2003 |  | RECEIVED re [69-1] fee in amount of $ 105.00 ( Receipt # 214554) (lmg) (Entered: 03/18/2003) |
| 03/17/2003 |  | NOTICE OF APPEAL and copy of docket sheet sent to 9th CCA [69-1] (cc: all counsel) (lmg) (Entered: 03/18/2003) |
| 04/07/2003 | 71 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 07/29/2002 form Tape re [69-1] (bbb) (Entered: 04/14/2003) |
| 05/05/2003 |  | Transcript of Proceedings 7/29/02 - Orig ;# of pages 13 ; Lisa Groulx; (gs) (Entered: 05/06/2003) |
| 05/12/2003 | 72 | CERTIFICATE of Record Transmitted to 9th CCA (sm) (Entered: 05/13/2003) |
| 09/25/2003 | 73 | Original Record transmitted fed exp to Clerk, 9CCA; clerk's files 4; reporter's transcript 1 (7/29/02) (sm) (Entered: 09/25/2003) |
| 02/12/2004 | 74 | JUDGMENT-9TH CCA affirming the decision of the District Court [69-1] filed and entered 11/20/03 Attest date 2/9/04 (cc: all counsel, DAE, BMK, CRM) (sm) (Entered: 02/13/2004) |
| 08/23/2004 | 75 | APPEAL Record returned to District Court by 9CCA Vol Clerk's File 4 Vol RT 1 Vol Sealed File(s) n/a regarding CA# 03-15522 (bbb) (Entered: 08/23/2004) |
| 01/26/2005 | 76 | NOTICE OF MOTION and motion by plaintiff Patsy N. Sakuma for relief from final order and final judgment, and award of attorney fees and costs, and sanctions ; points and authorities; declaration of Patsy N. Sakuma; Referred to Judge David A. Ezra (sm) (Entered: 01/26/2005) |
| 01/26/2005 | 77 | DECLARATION by plaintiff Patsy N. Sakuma to Notice of Motion for Relief from Final Judgment and Final Order and Award of Attorney Fees and Costs, and Sanctions; Certificate of Service; cc: Judge David Ezra re [76-1] (sm) (Entered: 01/26/2005) |
| 01/26/2005 | 78 | Points and Authorities in Support of Motion for Relief from Final Order and Final Judgment and For Award of Attorney Fees and Costs, and Sanctions by plaintiff Patsy N. Sakuma re [76-1] Referred to Judge Ezra (sm) (Entered: 01/26/2005) |
| 01/27/2005 | 79 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (sm) (Entered: 01/27/2005) |
| 01/27/2005 | 80 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (sm) (Entered: 01/27/2005) |
| 01/27/2005 | 81 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (sm) (Entered: 01/27/2005) |
|  |  |  |

| | | |
|---|---|---|
| 01/27/2005 | 82 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (sm) (Entered: 01/27/2005) |
| 02/04/2005 | 83 | Defendants Association of Apartment owners of The Tropics at Waikele and Hawaiiana Management Company, LTD's MEMORANDUM in opposition to plaintiff's motion for relief from final order and final judgment, and award of attorney fees and costs, and sanctions, filed 1/26/04; Declaration of Kevin P.H. Sumida; Exhibit A; Certificate of Service [76-1] (gs) (Entered: 02/08/2005) |
| 02/04/2005 | 84 | Defendants Love, Yamamoto & Motooka and Milton M. Motooka's JOINDER in Defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Company, LTD.'s Memorandum in Opposition to plaintiff's Motion for Relief from final order and final judgment, and award of attorneys fees and costs, and sanctions filed 1/26/05; filed January 4, 2005; Certificate of Service [83-1] (gs) (Entered: 02/08/2005) |
| 02/04/2005 | 85 | Defendant D.R. Horton-Schuler Homes, LLC's JOINDER in defendants Association of Apartment Owners of the Tropics at Waikele and Hawaiiana Management Company, LTD.'s Memorandum in Opposition to plaintiff's Motion for Relief from final Judgment, and Award of Attorneys Fees and Sanctions, filed 1/26/04; Certificate of Service [83-1] (gs) (Entered: 02/08/2005) |
| 02/18/2005 | 86 | REPLY by plaintiff Patsy N. Sakuma to defendants AOAO of the Tropics at Waikele and Hawaiiana Management Company, Ltd.'s memorandum in opposition to plaintiff's motion for relief of judgment, and award of attorney fees and costs, and sanctions [76-1]; declaration of Kevin P. H. Sumida; ex. A; certificate of service; exhibits 1.1 - 1.18 (emt) (Entered: 02/18/2005) |
| 02/18/2005 | 87 | DECLARATION by plaintiff Patsy N. Sakuma (emt) (Entered: 02/18/2005) |
| 02/23/2005 | 88 | REPLY by plaintiff Patsy N. Sakuma to defendants AOAO of the Tropics at Waikele and Hawaiiana Management Company, Ltd.'s memorandum in opposition to plaintiff's motion for relief of judgment, and award attorney fees and costs, and sanctions [76-1]; declaration of Kevin P. H. Sumida; Ex. A; certificate of service; exhibits 1.1 - 1.18 (emt) (Entered: 02/24/2005) |
| 02/23/2005 | 89 | DECLARATION by plaintiff Patsy N. Sakuma (emt) (Entered: 02/24/2005) |
| 02/23/2005 | 90 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 02/24/2005) |
| 04/18/2005 | 91 | ERRATA sheet for points and authorities to motion for relief from final order and final judgment and award of attorneys fees, costs and sanctions; errata sheet for reply to defendant's memorandum in opposition to plaintiff's motion for relief of judgment, and award of attorneys fees and ocsts, and sanctions, ex. 1.1-1.18J by plaintiff Patsy N. |

| | | |
|---|---|---|
| | | Sakuma (emt) (Entered: 04/20/2005) |
| 04/18/2005 | 92 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 04/20/2005) |
| 07/28/2005 | 93 | ORDER by Judge David A. Ezra denying plaintiff's motion for relief from final order and final judgment, and award of attorney fees, costs and sactions; ORDER to show cause why the court should not impose sanctions reimbursing defendants for fees and costs relating to plaintiff's motion for relief [76-1] (cc: all counsel) - The Court orders Plaintiff to show cause why it should not impose sanctions reimbursing Defendants for fees and costs relating to Plaintiffs Motion for Relief (emt) (Entered: 07/29/2005) |
| 08/11/2005 | 94 | SHOW CAUSE MEMORANDUM against sanctions to district court order denying plaintiff's motion for relief from final orders and final judgments, and award of attorney's fees, costs, and sanctions; order to show cause why the court should not impose sanctions reimbursing defendants for fees and costs relating to plaintiff's motion for relief; exhibits 1.1-3.4 by plaintiff Patsy N. Sakuma [93-1] (emt) (Entered: 08/15/2005) |
| 08/11/2005 | 95 | DECLARATION of Patsy N. Sakuma re [94-1] (emt) (Entered: 08/15/2005) |
| 08/11/2005 | 96 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 08/15/2005) |
| 08/16/2005 | 97 | ERRATA SHEET for show cause memorandum against sanctions to district court order denying plaintiff's motion for relief from final orders & final judgments, & award of fees, cost, and sanctions; order to show cause why the court should not impose sanctions reimburisng def. for fees & costs judgment, and awrd of relating to plaintiff's motion for relief; ex.1.1-3.4 by plaintiff Patsy N. Sakuma to [94-1] (emt) (Entered: 08/17/2005) |
| 08/16/2005 | 98 | AMENDED DECLARATION by plaintiff Patsy N. Sakuma re [95-1] (emt) (Entered: 08/17/2005) |
| 08/16/2005 | 99 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 08/17/2005) |
| 08/26/2005 | 100 | MOTION by plaintiff Patsy N. Sakuma for extension of time to file notice of appeal ; certificate of service referred to Judge David A. Ezra (emt) (Entered: 08/26/2005) |
| 08/26/2005 | 101 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 08/26/2005) |
| 09/07/2005 | 102 | ORDER granting plaintiff's motion for extention of time to file notice of appeal by Judge David A. Ezra [100-1] (cc: all counsel) - The Court will extend for an additional thirty days, in accordance with Rule 4(a)(5)(C). (emt) (Entered: 09/08/2005) |
| | | |

| | | |
|---|---|---|
| 09/26/2005 | 103 | NOTICE OF APPEAL by plaintiff Patsy N. Sakuma from Dist. Court decision [93-1] (cc: all counsel, 9CCA ) - 9CCCA no. 05-16940 (emt) Modified on 10/17/2005 (Entered: 09/27/2005) |
| 09/26/2005 | | FILING FEE PAID in the amount of $ 255.00, receipt # 231706 (emt) (Entered: 09/27/2005) |
| 09/26/2005 | 104 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 10/04/2005) |
| 10/04/2005 | | NOTICE OF APPEAL and copy of docket sheet sent to 9th CCA [103-1] (cc: all counsel) (emt) (Entered: 10/04/2005) |
| 10/05/2005 | 107 | EO : Order to Show Cause set for 10/25/2005 09:00:00 AM before DAE cc: All counsel [93-1] 9:00 10/25/05 ( Ct Rptr : ) JUDGE Judge David A. Ezra (emt) (Entered: 10/11/2005) |
| 10/06/2005 | 105 | STATEMENT of no recorded transcripts for designation; no intent to file statement of evidence or proceedings by plaintiff Patsy N. Sakuma [103-1] (cc: 9CCA) (emt) (Entered: 10/07/2005) |
| 10/06/2005 | 106 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 10/07/2005) |
| 10/13/2005 | 108 | ORDER setting hearing date for order to show cause by Judge David A. Ezra re [76-1] (cc: all counsel) - order to show cause why sanctions should not be imposed upon plaintiff reimbursing defendants for fees and costs relating to plaintiff's motion for relief scheduled for hearing on 10/25/05, 9:00 a.m. before Judge David Alan Ezra (emt) (Entered: 10/14/2005) |
| 10/14/2005 | 109 | APPEAL number 05-16940 received from 9CCA regarding [103-1] (emt) (Entered: 10/17/2005) |
| 10/18/2005 | 110 | NOTICE OF MOTION and motion by plaintiff Patsy N. Sakuma for continuance to attend OSC hearing 10/25/05, 9 AM referred to Judge David A. Ezra (emt) (Entered: 10/19/2005) |
| 10/21/2005 | 111 | ORDER denying plaintiff's motion for continuance to attend OSC hearing by Judge David A. Ezra [110-1] (cc: all counsel) (emt) (Entered: 10/24/2005) |
| 10/24/2005 | 112 | Notice of motion for continuance to attend OSC hearing 10/25/05, 9AM by plaintiff Patsy N. Sakuma [SUBMISSION by plaintiff Patsy N. Sakuma of original signature(s) to notice of motion for continuance to attend OSC 10/25/05, 9 AM] [110-1] (emt) (Entered: 10/26/2005) |
| 10/24/2005 | 113 | Motion for continuance of OSC hearing set for 10/25/05; 9AM; declaration of Patsy N. Sakuma; EX. A. 1 & 2 [SUBMISSION by plaintiff Patsy N. Sakuma of original signature(s) to plaintiff's motion for continuance to attend OSC 10/25/05, 9 AM] [110-1] (emt) (Entered: 10/26/2005) |
| 10/24/2005 | 114 | ERRATA SHEET to declaration of Patsy N. Sakuma by plaintiff Patsy |

|  |  | N. Sakuma to [110-1] (emt) (Entered: 10/26/2005) |
|---|---|---|
| 10/24/2005 | 115 | CERTIFICATE of service by plaintiff Patsy N. Sakuma (emt) (Entered: 10/26/2005) |
| 10/25/2005 | 116 | EP : Order to Show Cause. Arguments held. Defense counsel shall provide Plaintiff and this Court with an itemized accounting of legal fees which their clients have incurred as a result of responding to the initial motion. Plaintiff will then be allowed to respond in writing. Court to issue a ruling thereafter as to the appropriate amount of sanctions. Court to issue an order as to today's proceedings [108-1] ( Ct Rptr : Cynthia Fazio) JUDGE Judge David A. Ezra (emt) (Entered: 10/26/2005) |
| 10/25/2005 | 117 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/25/05 Cynthia Fazio re [103-1] (emt) (Entered: 10/26/2005) |
| 10/25/2005 | 118 | WITHDRAWAL and substitution of counsel; ORDER by Mag Judge Barry M. Kurren Roger Moseley of Moseley Biehl Tsugawa Lau & Muzzi withdrawing and substituting attorney Case Bigelew: Nancy J. Youngren for AOAO Tropics at Waikele (eps) (Entered: 10/28/2005) |
| 10/31/2005 | 119 | ORDER imposing sanctions pursuant t 28 USC Section 1927 and the Court's inherent power by Judge David A. Ezra re [116-1] (cc: all counsel) - Defense counsel shall provide Plaintiff and this Court with an itemized accounting of legal fees which their clients have incurred as a result of responding to the initial motion. Plaintiff will then be allowed to respond in writing. After having the benefit of reviewing this additional briefing, the Court will issue a ruling thereafter as to the appropriate amount of sanctions. (emt) (Entered: 11/01/2005) |
| 11/02/2005 |  | ORIGINAL TRANSCRIPT filed ( Ct Rptr Cynthia Tando Fazio) taken on 10/25/05 (emt) (Entered: 11/02/2005) |
| 11/10/2005 | 120 | CERTIFICATE of service by defendant D. R. Horton - Schuler Homes, LLC (emt) (Entered: 11/14/2005) |
| 11/14/2005 | 121 | DECLARATION of Kevin P. H. Sumida regarding attorneys fees pursuant to order imposing sanctions pursuant to 28 USC Section 1927 and the Court's inherent power, entered on 10/31/05; certificate of service by defendants AOAO Tropics at Waikele and Hawaiiana Management Company, Ltd. [119-1] (emt) (Entered: 11/15/2005) |
| 11/16/2005 | 122 | SUBMISSION OF ATTORNEYS' FEES AND COSTS by defendant D.R. Horton - Schuler Homes, LLC pursuant to the order imposing sanctions pursuant to 28 USC Section 1927 and the court's inherent power dated October 31, 2005; declaration of Nancy J. Youngren; exhibit A; certificate of service STATEMENT of facts by defendant Schuler Homes in support of order [119-1] (emt) (Entered: 11/18/2005) |
| 11/17/2005 | 123 | DECLARATION of Calvin E. Young regarding attorneys' fees pursuant to order imposing sanctions pursuant to 28 USC Section 1927 and the courts inherent power, entered on 10/31/05; certificate of service by defendant Love Yamamoto & Motooka, P.C. and Milton M. Motooka |

| | | [119-1] (emt) (Entered: 11/18/2005) |
|---|---|---|
| 11/18/2005 | 124 | AMENDED withdrawal and substitution of counsel; ORDER by Mag Judge Barry M. Kurren re [118-1] (emt) (Entered: 11/23/2005) |
| 11/22/2005 | 125 | CERTIFICATE of service by defendant Schuler Homes (emt) (Entered: 11/23/2005) |
| 02/22/2006 | 126 | NOTICE of Change of Firm Name - by D.R. Horton-Schuler Homes, LLC (emt, ) (Entered: 02/24/2006) |
| 04/07/2006 | 127 | Certified and Transmitted Record on Appeal to US Court of Appeals re Notice of Appeal, Notice of Appeal (lmg, ) (Entered: 04/07/2006) |
| 04/10/2006 | 128 | NOTICE re Record Transmittal Form 127 Appeal Record Sent to USCA (lmg, ) (Entered: 04/10/2006) |
| 05/17/2006 | 130 | ORDER Approving Declarations of Attorneys' Fees and Costs Pursuant to Order Imposing Sanctions [119] - Signed by Judge DAVID ALAN EZRA on 5/17/06. (emt, ) (Entered: 05/17/2006) |
| 05/17/2006 | | COURT'S CERTIFICATE of Service - a copy of 130 "ORDER Approving Declarations of Attorneys' Fees and Costs Pursuant to Order Imposing Sanctions" has been served by First Class Mail to the addresses of record on May 17, 2006. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (emt, ) (Entered: 05/17/2006) |
| 05/31/2006 | 131 | NOTICE OF APPEAL 130 by Patsy N. Sakuma. Filing fee $ 255 [partial payment] (emt, ) (Entered: 06/02/2006) |
| 05/31/2006 | 132 | CERTIFICATE OF SERVICE by Patsy N. Sakuma (emt, ) (Entered: 06/02/2006) |
| 05/31/2006 | 135 | Filing fee: $ 255, receipt number 235283 (emt, ) (Entered: 06/14/2006) |
| 05/31/2006 | 136 | TRANSCRIPT Designation and Ordering Form by Patsy N. Sakuma re 131 Notice of Appeal (emt, ) (Entered: 06/14/2006) |
| 06/07/2006 | 134 | Filing fee: $ 200, receipt number 235409 - balance due for appeal filed 5/31/06 (emt, ) (Entered: 06/14/2006) |
| 06/14/2006 | 137 | Certificate of Record (emt, ) Modified on 6/14/2006 forwarded to 9CCA on 6/14/06 (emt, ). (Entered: 06/14/2006) |
| 06/14/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 131 Notice of Appeal (emt, ) (Entered: 06/14/2006) |
| 06/29/2006 | 139 | USCA Case Number 6-16121 for 131 Notice of Appeal filed by Patsy N. Sakuma,. (emt, ) (Entered: 06/30/2006) |
| 12/21/2006 | 141 | Appeal Record Returned by U.S. Court of Appeals for the Ninth Circuit re: Notice of Appeal filed 09/26/05, document [103]. (afc) (Entered: 12/22/2006) |
| 12/27/2006 | 142 | MOTION under FRAP 10(e)(1) and (2)(B) to Correct Excerpt No. 209 |

| | | |
|---|---|---|
| | | and add possible missing excerpt No. 98 of the Record; REQUEST for Certified Supplemental Records to be forwarded from the District Court re: 131 Notice of Appeal - filed by Patsy N. Sakuma. (Attachments: # 1 Declaration of Patsy N. Sakuma # 2 Exhibit A-1 # 3 Exhibit A-2 # 4 Exhibit A-3 # 5 Exhibit A-4 # 6 Exhibit A-5 # 7 Certificates of Service) (afc) (Entered: 12/27/2006) |
| 02/20/2007 | 145 | USCA JUDGMENT AND MEMORANDUM as to [103] and 131 Notices of Appeal filed by Patsy N. Sakuma. (Attachments: # 1 9CCA Transmittal Coversheet & Service List) *Judgment of the District Court is AFFIRMED.* (afc) (Entered: 02/20/2007) |
| 02/20/2007 | | COURT'S CERTIFICATE of Service - a copy of 145 USCA JUDGMENT; MEMORANDUM has been served by First Class Mail to the addresses of record on February 20, 2007. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Interoffice delivery: Chambers of Judge David Alan Ezra, U.S. Magistrate Judge Barry M. Kurren; respective courtroom managers. (afc) (Entered: 02/20/2007) |
| 05/18/2007 | 146 | MOTION for Order to Show Cause *Why Plaintiff Patsy N. Sakuma Should Not be Found in Contempt of Court* by Association of Apartment Owners of The Tropics at Waikele. (Attachments: # 1 Affidavit of Lance S. Au# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Certificate of Service)(Au, Lance) (Entered: 05/18/2007) |
| 05/21/2007 | 147 | NOTICE of Hearing on Motion 146 MOTION for Order to Show Cause *Why Plaintiff Patsy N. Sakuma Should Not be Found in Contempt of Court*. Motion Hearing set for 6/25/2007 11:15 AM before JUDGE DAVID ALAN EZRA. (tl, ) (Entered: 05/21/2007) |
| 06/22/2007 | 148 | Return of Service on Subpoena - Calvin E. Young, Esq. was served on June 21, 2007. (afc) (Entered: 06/22/2007) |
| 06/22/2007 | 149 | Return of Service on Subpoena - Nancy P. Youngren, Esq. was served on 06/20/07. (afc) (Entered: 06/22/2007) |
| 06/22/2007 | 150 | ACKNOWLEDGMENT OF SERVICE by Dexter Carrasco, Civil Process Server re Copy of Subpoena served upon Mosely Biehl Tsugawa Lau & Muzzi on 6/22/07.(afc) (Entered: 06/25/2007) |
| 06/25/2007 | 151 | ORDER FINDING PLAINTIFF PATSY N. SAKUMA IN CONTEMPT OF COURT re 146. Signed by Judge DAVID ALAN EZRA on 6/25/07. *Court HEREBY FINDS PLAINTIFF PATSY N.SAKUMA in civil contempt. It is ORDERED that Plaintiff will deliver toDefendants' counsel, Kevin P.H. Sumida, cash or a cashier's check/money order/or certified check in the amount of $1,405.00 made payable to Defendants' law firm,Sumida & Tsuchiyama, no later than 4:00 p.m., Hawaii time, on June 26, 2007. In the event that Plaintiff fails to make payment in that amount by that time, the Court shall order Plaintiff into custody until she complies or until further order of the Court is issued.* (afc) (Entered: 06/25/2007) |

| | | |
|---|---|---|
| 06/25/2007 | | COURT'S CERTIFICATE of Service - a copy of 151 ORDER FINDING PLAINTIFF PATSY N. SAKUMA IN CONTEMPT OF COURT, has been served by First Class Mail to the addresses of record on June 25, 2007. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc) (Entered: 06/25/2007) |
| 06/25/2007 | 152 | EP:Motion Hearing held on 6/25/2007-Re-146-MOTION for Order to Show Cause Why Plaintiff Patsy N. Sakuma Should Not be Found in Contempt of Court-Court hereby Grants the Motion. Motion terminated. The Plaintiff Patsy Sakuma is ordered to pay the Defendants a Total Sum of $1,405.00 by 4:00 p.m., June 26, 2007. If the Plaintiff fails to make payment, a Bench Warrant will be issued for her arrest. (Court Reporter Cynthia Fazio.) (Judge DAVID ALAN EZRA )(lls, ) (Entered: 06/25/2007) |
| 06/25/2007 | 153 | Return of Service on Subpoena Kevin P.H. Sumida, Esq. was served on 6/25/07 (afc) (Entered: 06/26/2007) |
| 06/26/2007 | 154 | Facsimile transmittal received: Emergency MOTION and Notice to Extend Time to Perform under Civil Contempt Order dated June 25, 2007 for Medical Reasons § 401, 28 USCA - filed by Patsy N. Sakuma. (Attachments: # 1 Declaration # 2 Exhibit A # 3 Facsimile Transmittal Cover Sheet)(afc) (Entered: 06/26/2007) |
| 06/26/2007 | 155 | ORDER signed by Judge DAVID ALAN EZRA denying 154 plaintiff's Emergency MOTION and Notice to Extend Time to Perform under Civil Contempt Order dated June 25, 2007, etc. ~ *"The Court has given the Plaintiff a year to comply. No further extensions will be allowed."* ~ (afc) (Entered: 06/26/2007) |
| 06/26/2007 | | COURT'S CERTIFICATE of Service - a copy of 155 the ORDER regarding plaintiff's Emergency Motion and its NEF, has been served by First Class Mail to the addresses of record on June 26, 2007. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc) (Entered: 06/26/2007) |
| 06/27/2007 | 156 | Additional Exhibits *Declaration of Kevin P.H. Sumida Regarding Order Finding Patsy Sakuma In Contempt of Court Dated 6/25/07* filed by Association of Apartment Owners of The Tropics at Waikele. (Sumida, Kevin) (Entered: 06/27/2007) |
| 07/05/2007 | 157 | Return of Service on Subpoena. Kevin P.H. Suminda, Esq. was served on 6/26/07 (Attachments: # 1 Accompanying notation by plaintiff)(afc) (Entered: 07/06/2007) |
| 07/06/2007 | 158 | TRANSCRIPT of Proceedings (M/OSC) held on 6/25/07 before Judge DAVID ALAN EZRA. Court Reporter: Cynthia Fazio. (18 pp.) (cf@hid.uscourts.gov) (Entered: 07/06/2007) |
| 07/24/2007 | 159 | NOTICE OF APPEAL as to 151 Order finding Plaintiff Patsy N. Sakuma in Contempt of Court - filed by Patsy N. Sakuma. Filing fee $ 455. |

| | | (Attachments: # 1 Representation Statement # 2 Civil Appeals Docketing Statement # 3 Copy of 6/25/07 order (doc 151) # 4 Copy of 5/17/06 Order (doc 130) # 5 June 15, 2007 FAX transmittal # 6 Certificate of Service) (cc: DAE)(afc) Modified on 8/13/2007: **9CCA 07-16396** (afc). (Entered: 07/25/2007) |
|---|---|---|
| 07/24/2007 | 160 | USCA Appeal Fees received: $ 455 receipt number 240302 re 159 Notice of Appeal, filed by Patsy N. Sakuma (afc) (Entered: 07/25/2007) |
| 08/02/2007 | 162 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 159 Notice of Appeal, (lmg, ) (Entered: 08/02/2007) |
| 08/03/2007 | 163 | Letter from Clerk's Office; Letter with documents returned to Patsy Sakuma. Documents returned per Chambers; case is closed. (Attachments: # 1 Errata Sheet # 2 COS # 3 COS) (afc) (Entered: 08/03/2007) |
| 08/09/2007 | 165 | TRANSCRIPT Designation and Ordering Form; Certificate of Service - filed by Patsy N. Sakuma for proceedings held on June 25, 2007 before Judge David Alan Ezra, re 159 Notice of Appeal. [Note: Transcript filed 7/6/07; Certificate of Record issued] (afc) (Entered: 08/10/2007) |
| 08/09/2007 | | Certificate of Record transmitted to 9CCA. re: 165, 159 (afc) (Entered: 08/10/2007) |
| 08/10/2007 | 166 | USCA Case Number 07-16396 for 159 Notice of Appeal filed by Patsy N. Sakuma. (afc) (Entered: 08/13/2007) |
| 08/29/2007 | 168 | Mail sent to Patsy N. Sakuma returned as UNCLAIMED. re: 163 and [161] Letter with those documents that Patsy Sakuma had mailed for filing and subsequently returned to Ms. Sakuma. (afc) (Entered: 09/03/2007) |
| 09/05/2007 | 169 | Notice of Motion and MOTION for Relief from Judgment and Final Order; Motion for Sanctions against defendants, their attorneys, and attorneys' Law Firms under Rule 11, 28 U.S.C.A. [ MOTION to Set Aside Judgment] - by Patsy N. Sakuma. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion # 2 Declaration of Patsy N. Sakuma; [Exhibits 1.1 to 12.3] # 3 MOTION for Sanctions # 4 Certificate of Service # 5 Exhibit 1 # 6 Exhibit 2 # 7 Exhibit 3 (Part 1 of 2 parts) # 8 Exhibit 3 (Part 2 of 2 parts) # 9 Exhibit 4 # 10 Exhibit 5 # 11 Exhibit 6 # 12 Exhibit 7 # 13 Exhibit 8 # 14 Exhibit 9 # 15 Exhibit 10 # 16 Exhibit 11 # 17 Exhibit 12) (afc) (Entered: 09/06/2007) |
| 09/18/2007 | 170 | Errata Sheet re 169 MOTION for Relief from Judgment and Final Order, etc. - filed by Patsy N. Sakuma. (Attachments: # 1 Exhibit 3.107 thru 3.128 # 2 Certificate of Service # 3 Mailing documentation) (afc) (Entered: 09/19/2007) |
| 09/24/2007 | 171 | MEMORANDUM in Opposition re 169 MOTION to Set Aside Judgment filed by Association of Apartment Owners of The Tropics at Waikele. (Attachments: # 1 Certificate of Service)(Sumida, Kevin) (Entered: 09/24/2007) |

| | | |
|---|---|---|
| 09/27/2007 | 172 | ORDER DENYING 169 PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT FILED ON SEPTEMBER 13, 2002 AND ORDER FINDING PLAINTIFF IN CONTEMPT FILED ON JUNE 25, 2007; AND ORDER OF PRE-FILING SCREENING AND ORDER TO COMPLY WITH JUNE 25, 2007 CONTEMPT ORDER. Signed by Judge DAVID ALAN EZRA on 9/27/07. THE COURT HEREBY:ORDERS that Plaintiff, Patsy N. Sakuma, is permanently enjoined from filing motions in the instant case, CV NO. 01-00556 DAE/BMK, except to oppose the instant order of pre-filing screening, with good faith arguments, within10 days of its filing. Subject to that limited exception, the Court shall screen all of Plaintiff' s attempted filings in the instant case to determine whether they merit further review and whether they are proper for filing. ORDERS that Plaintiff must immediately comply with the Court's Contempt Order, if she has not already, to deliver to Defendants' counsel, Kevin P.H. Sumida, cash or a cashier's check/money order/or certified check in the amount of $1,405.00 made payable to Defendants' law firm, Sumida & Tsuchiyama. Upon non-compliance, Defendants may move the Court to order Plaintiff into custody until she complies or until further order of the Court, pursuant to the Contempt Order. Plaintiff may respond to such a motion, in good faith, if made. (afc) (Entered: 09/27/2007) |
| 09/27/2007 | | COURT'S CERTIFICATE of Service - a copy of 172 the ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT FILED ON SEPTEMBER 13, 2002 AND ORDER FINDING PLAINTIFF IN CONTEMPT FILED ON JUNE 25, 2007; AND ORDER OF PRE-FILING SCREENING AND ORDER TO COMPLY WITH JUNE 25, 2007 CONTEMPT ORDER, has been served by First Class Mail to the addresses of record on September 27, 2007. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc) (Entered: 09/27/2007) |
| 10/09/2007 | 173 | RESPONSE re 172 Order filed by Patsy N. Sakuma. (document titled "NOTICE OF MOTION FOR ORDER TO SHOW CAUSE WHY ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE AND HAWAIIANA MANAGEMENT COMPANY, LTD. SHOULD NOT BE DESIGNATED VEXATIOUS LITIGANTS") (afc) (Entered: 10/12/2007) |
| 10/09/2007 | 174 | SUPPLEMENT to 173 re 172 Order - filed by Patsy N. Sakuma. (Attachments: # 1 Declaration of Patsy N. Sakuma# 2 Certificate of Service# 3 Exhibits 1.1 - 1.29) (document titled "REPLY MEMORANDUM TO DEFENDANTS ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE and HAWAIIANA MANAGEMENT COMPANY, LTD,'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT AND FINAL ORDER AND MOTION FOR SANCTIONS AGAINSTDEFENDANTS,THEIR ATTORNEYS AND THEIR ATTORNEYS' LAW FIRMS UNDER RULE 11,28 U,S,C.A; DECLARATION OF PATSY N. SAKUMA; CERTIFICATE OF SERVICE") (afc) (Entered: 10/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/17/2007 14:37:18 | | | |
| PACER Login: | st2376 | Client Code: | Tropics at Waikele |
| Description: | Docket Report | Search Criteria: | 1:01-cv-00556-DAE-BMK |
| Billable Pages: | 12 | Cost: | 0.96 |