✓ "Original"

Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 19 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual, <br><br> Plaintiff, <br><br> vs. <br> ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, D.R. HORTON SCHULER HOMES, LLC, a Delaware limited liability company, <br><br> Defendants. | CIVIL NO. 01-00556 DAE:BMK <br><br> (Related Ninth Circuit Appeal No. 07-16396 <br> Closed Appeals: 03-1552; 03-15480 05-16940; 06:16121) <br><br> Notice And Motion For Extension Of Time To File Notice Of Appeal; Declaration of Patsy N. Sakuma, Exhibits "1.1" to "1.4"; Certificate of Service. <br><br> (FRAP, Rules 4(a)(1)(A), (a)(4)(A), (a)(5)(A)(i) & (5)(B)) |

NOTICE AND MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF
APPEAL; DECLARATION OF PATSY N. SAKUMA, EX. "1.1" TO "1.4";
CERTIFICATE OF SERVICE

## NOTICE AND MOTION FOR EXTENSION OF TIME
## TO FILE NOTICE OF APPEAL

COMES NOW Plaintiff/Appellant Pro Se PATSY N. SAKUMA ("Sakuma") and pursuant to Rule 4(a)(5)(A)(i)&(B) of the Federal Rules of Appellate Procedure ("FRAP"), and respectfully gives notice and moves this Honorable Court to grant an extension of time to file Plaintiff/Appellant's Notice of Appeal.

To Plaintiff/Appellant's information and belief, this motion is filed within 30 days of the entry on September 27, 2007 of the U.S. District Court's Order Denying Plaintiff's Motion For Relief From Judgment Filed On September 13, 2002 And Order Finding Plaintiff In Contempt Filed On June 25, 2007; And Order of Pre-Filing Screening And Order To Comply With June 25, 2007 Contempt Order.

Upon information and belief, Sakuma believes that the 30-day expiration period of the District Court's Order Denying Plaintiff's 2007 Motion For Relief and Contempt Order by the District Court is October 27, 2007, which date falls on a Saturday and so extends the 30-day period to the following Monday October 29, 2007. Federal Rules of Appellate Procedure ("FRAP"), Rule 4 (a)(1)(A) & Fed. Rules of Civil Proc., Rule 6(a), 28 U.S.C.A.. Sakuma's Motion For

Reconsideration of the District Court's Order Denying Plaintiff's 2007 Motion For Relief and Contempt Order ("2007 Motion For Reconsideration of Sakuma's 2007 Motion For Relief") was filed and served on or about October 11, 2007 and tolls the appeal period under the Post-Judgment Tolling rules pursuant to FRAP 4(a)(4)(A)(iv) Rule 59 to alter or amend and (vi) Rule 60, Federal Rules of Civil Procedure ("FRCP") to void the judgments or final orders until the District Court rules on Sakuma's 2007 Motion For Reconsideration of Sakuma's 2007 Motion For Relief and Contempt Order.

Upon information and belief, Sakuma believes that the District Court's Order Of Pre-Filing Screening is a final order currently appealable under 28 U.S.C. §1291 because entry of a final judgment was made by the District Court's Order Denying Plaintiff's 2007 Motion For Relief and Contempt Order on September 27, 2007. *See, Molski v. Evergreen Dynasty Corp*, 2997 U.S. App. LEXIS 20966 at 15-17, citing *Cunningham v. Hamilton County*, 527 U.S. 198, 204, 119 S.Ct. 1915, 144 L.Ed 2d 184 (1999); see also, *In re Dyer*, 322 F.3d 1178, 1187-1188 (9th Cir. 2003). Also based on information and belief, Sakuma believes the District Court's Pre-Filing Screening Order was made pursuant to its own motion sua sponte because with respect, the District Court did not wait for Sakuma's October 9, 2007 timely filed and October 5, 2007 timely served Reply Memorandum To Defs.' AOAO and Hawaiiana's Opposition To Pl.'s 2007 Motion

For Relief And Motion For Sanctions Against Defs,' Their Attorneys, And Their Attorneys' Law Firms Under Rule 11, 28 U.S.C.A.; Declaration Of Patsy N. Sakuma; Certificate of Service before entering its Pre-Filing Screening Order or its Order Denying Pl.'s 2007 Motion For Relief And Contempt Order, before filing and entering its Order Denying Pl.'s 2007 Motion For Relief or its Contempt Order or its Pre-Filing Screening Order on September 27, 2007. Co-Defendants' Tropics' untimely Opposition to Pl.'s 2007 Motion For Relief should have been served and filed by September 20, 2007 or within eleven (11) days under LR.7.4. of the Local Rules of Practice for the United States District Court for the District of Hawaii ("LR."), but it was not filed and served until four (4) days later on September September 24, 2007. Therefore, based on Sakuma's information and belief, said Pre-Filing Screening Order is a sanction order is that is appealable under as a final order under 28 U.S.C. §1291, as Sakuma's Motion For Reconsideration of this order is not one of the enumerated post-judgment/final order tolling orders under FRAP, Rule 4(a)(4)(A) so the deadline to file Plaintiff/Appellant's Notice of Appeal is October 29, 2005 or the first business day after Saturday, October 27, which is the 30th day of the 30-day appeal deadline.

Even if the District Court exercised its discretion to hearing its Pre-Filing Screening Motion based on Tropics' Motion For Pre-Filing Screening Order or its own motion sua sponte, based on Sakuma's best information and belief, its

Pre-Filing Screening Order is a final order even if the District Court has yet to rule on her Motion For Reconsideration of Pl.'s 2007 Motion For Relief From Judgment Filed On September 13, 2002 and Order Finding Pl. In Contempt Filed On June 25, 2007 and Order To Comply With June 25, 2007 Contempt Order—post-judgment tolling motions under FRAP 4(a)(4)(A). The reason is that based on Sakuma's information and belief, her Motion For Reconsideration Of The Pre-Filing Screening Order is not one of the enumerated motions tolling the appeal period under FRAP 4(a)(4)(A).

Accordingly, this motion for extension to file her appeal of the District Court's Order For Pre-Screening is not nor should not be premature, and should be granted to avoid another appeal since the District Court has yet to rule on her Motion For Reconsideration of Pl.'s 2007 Motion For Relief From Judgment Filed On September 13, 2002, Order Finding Pl. In Contempt Filed On June 25, 2007, and Order To Comply With June 25, 2007 Contempt Order.

This motion is supported by the attached declaration of Plaintiff/Appellant Patsy N. Sakuma.

DATED: Oct. 17, 2007, LOS ANGELES, CALIFORNIA.

_____
PATSY N. SAKUMA
Plaintiff/Appellant Pro Se