## DECLARATION OF PATSY N. SAKUMA

STATE OF CALIFORNIA   )
                      )   SS.
CITY OF LOS ANGELES   )

  PATSY N. SAKUMA, declares under penalty of perjury and says that:

  1. She is the Plaintiff/Appellant Pro Se in the above-entitled case.

  2. Your Declarant's bar license to practice in the State of California has been suspended for nonpayment of the State Bar of California membership fee effective September 16, 2005 due to financial hardship, largely in part to this action and the related state collection action filed by co-Defendants Association of Apartment Owners Of The Tropics At Waikele, an unincorporated association ("AOAO") in the District Court of the First Circuit, Ewa Division, State of Hawaii as Civil No. 1RC01-5514 that your Declarant removed to this federal judicial district and renumbered as CV 02-00147 HG:LEK ("Removed Action"). Accordingly, your Declarant has been suspended from the Bar of the United States District Court for the Central District of California, pursuant to its Order of Suspension dated January 27, 2006, Rule 83-3.1.9 of the Local Rules for the Central District of California and which suspension order explicitly stated her privileges to the Court's Electronic Case Filing System (ECF), which to the best of her information and belief included the PACER system to access the docket in this

action and the Removed Action, was suspended until such use have been reinstated by the State Bar of California and reinstated to the Bar of that Court. See, United States District Court For the Central District Of California's January 27, 2006 Order of Suspension and Pacer's Service Center's letter dated July 27, 2007 reinstating Sakuma's Pacer privilege as pro se plaintiff, which were attached as Pl.'s Exhibits "F-1" to "F-4" of Sakuma's Notice of Motion and Motion To Correct Docket & Transcript On Defs' AOAO's And Hawaiiana's Motion For Order To Show Cause Why Pl. Patsy N. Sakuma Should Not Be Held In Contempt Of Court filed on or about September 28, 2007 and served on September 27, 2007, and copies attached hereto as Exhibits "1.1" to "1.4."

3.  To the best of Sakuma's information and belief, the District Court Order Denying Plaintiff's Motion For Relief From Final Judgment Filed On September 13, 2002 ("Order Denying 2007 Motion For Relief") And Order Finding Plaintiff In Contempt Filed On June 25, 2007 ("Contempt Order"); And Order Of Pre-Filing Screening And Order To Comply With June 25, 2007 Contempt Order was entered into the court's docket on September 27, 2007.

4.  On or about October 9, 2007, your declarant timely filed her Reply to co-Defendants AOAO and Hawaiiana Management Company, Ltd., a corporation's ("Hawaiiana," and AOAO and Hawaiiana collectively, "Tropics") Motion For Relief From Judgment And Final Order And "Motion For Sanctions

Against Defendants, Their Attorneys, And Their Attorneys'(sic) Law Firms Under Rule 11, 28 U.S.C.A."; Certificate of Service (Non hearing motion filed 9/5/07). Plaintiff's Reply above was served on Defendants on October 5, 2007 pursuant to her Certificate of Service attached thereto.

     5.    To the best of your declarant's information and belief, she did not receive the District Court's Order Denying Pl's 2007 Motion For Relief From Judgment Filed On September 13, 2007 And Order Finding Pl. In Contempt Filed On June 25, 2007; And Order Of Pre-Filing Screening And Order To Comply With June 25, 2007 Contempt Order from the U.S. postal carrier via deposit to her mailbox in her Los Angeles, California 90024 address until on or about October 4, 2007 or seven calendar days later from the U.S. postmark on the envelope and the date of said Orders both on September 27, 2007. Thus, to the best of your declarant's information and belief, she lost seven days from the 10 business days to file her Motion For Reconsideration of the above-mentioned orders.

     6.    Upon information and belief, your declarant believes that the 30-day expiration period of the District Court's Order Denying Plaintiff's 2007 Motion For Relief and Contempt Order by the District Court is October 27, 2007, which date fell on a Saturday and so extends the 30-day period to the following Monday October 29, 2007 under the Federal Rules of Appellate Procedure ("FRAP"), Rule 4 (a)(1)(A). Your delarant's Motion For Reconsideration of the

District Court's Order Denying Plaintiff's 2007 Motion For Relief and Contempt Order filed and served on or about October 11, 2007 tolls the appeal period under the Post-Judgment Tolling rules pursuant to FRAP 4(a)(4)(A)(iv) Rule 59 and/or (vi) Rule 60, Federal Rules of Civil Procedure ("FRCP") for only these orders.

      7.    Upon information and belief, your declarant believes that the District Court's Order Of Pre-Filing Screening is a final order currently appealable under 28 U.S.C. §1291 because entry of a final judgment was made by the District Court's Order Denying Plaitniff's 2007 Motion For Relief on September 27, 2007. *See, Molski v. Evergreen Dynasty Corp*, 2997 U.S. App. LEXIS 20966 citing *Cunningham v. Hamilton County*, 527 U.S. 198, 204, 119 S.Ct. 1915, 144 L.Ed 2d 184 (1999). .Your declarant also believes based on her information and belief that the District Court's Pre-Filing Screening Order was pursuant to its own motion sua sponte and not based on co-Defendants' Tropics' defective Motion pursuant to their untimely Opposition To Plaintiff's 2007 Motion For Relief and Rule 11 Motion that should have been served and filed by September 20, 2007 or within eleven (11) days under LR.7.4. of the Local Rules of Practice for the United States District Court for the District of Hawaii ("LR."), as it required your declarant's written objection in lieu of the hearing requirement for this type of motion. Also based on your declarant's best information and belief, your Declarant's Motion For Reconsideration of this Order is not one of the enumerated post-judgment/final

order tolling orders under FRAP, Rule 4(a)(4)(A) so the deadline to file Plaintiff/Appellant's Notice of Appeal as to this Pre-Filing Screening Order is October 29, 2007 due to the 30th day for appeal falling on Saturday October 27, 2007.

8. The District Court has yet to rule on your Declarant's Motion For Reconsideration of its other orders entered to your Declarant's information and belief on or about September 27, 2007.

9. Plaintiff/Appellant requests an extension in order to incorporate the District Court's impending ruling on its other orders—cited above—to her Notice of Appeal.

I declare under penalty of law that the foregoing is true and correct.

Executed in Los Angeles, California, on October 17, 2007.

_____
PATSY N. SAKUMA
Plaintiff/Appellant Pro Se