UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Disciplinary Matter of

SUSPENSION FOR NONPAYMENT OF THE STATE BAR OF CALIFORNIA MEMBERSHIP FEE

ORDER OF SUSPENSION

The Court has not received a response to its Order to Show Cause dated December 13, 2005, from any attorney listed in Attachment "A" to this Order, for the imposition of suspension from the Bar of this Court as a result of suspension for nonpayment of the State Bar of California membership fee. Written responses to the Order to Show Cause were due thirty (30) days from the date of the Order to Show Cause. Therefore, IT IS ORDERED, that the attorneys listed in Attachment "A" to this Order are suspended from the practice of law in this Court pursuant to Rule 83-3.1.9 of the Local Rules for the Central District of California.

IT IS FURTHER ORDERED that any attorney listed in Attachment "A" to this Order who has been suspended from the Bar of this Court will be reinstated upon proof of his or her reinstatement as an active member in good standing with the State Bar of California.



Exhibit "F-1" of "F-4"
Exhibit "1.1" of "1.4"

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until they have been reinstated by the State Bar of California and reinstated to the Bar of this Court.

This Order is being mailed to the current addresses of the attorneys listed in Attachment "A" as on file with the State Bar of California.

DATE: JAN 27 2006

[signature]

Alicemarie H. Stotler
Chief United States District Judge



Exhibit "F-2 of "F-4"
Exhibit "1.1" of "1.4"

| Darnel A. Parker | 135739 |
|---|---|
| Meredith Parnell | 143173 |
| Daniel Pelli | 160319 |
| James Jonathan Petzke | 113537 |
| Ulysses Grant Plummer, III | 86628 |
| Cheryl A. Podbielski | 134570 |
| James R. Ponichtera | 186353 |
| Frederick F. Preaus | 147913 |
| Victor H. Preston | 67411 |
| Daniel Paul Ragan | 109600 |
| Janet L. Ramusack | 139742 |
| Philip Steven Rantzer | 118217 |
| Jessica Raper | 211988 |
| Sean P. Raspberry | 208924 |
| James L. Rather | 102875 |
| Bruce H. Rhodes | 127818 |
| John Braddock Rice | 36136 |
| Brooke K. Richter | 150670 |
| Robert Neil Rodgers | 86710 |
| Frederick D. Rogers | 134459 |
| Terry Ross | 199121 |
| David Alan Rothberg | 43660 |
| Patsy N. Sakuma | 113206 |
| Roy B. Santonil | 152622 |
| Bill A. Sarraille | 144122 |
| Kelly L. Sather | 181229 |



Exhibit "F-3" of "F-4"
Exhibit "1.3" of "1.4"

# PACER SERVICE CENTER

U.S. COURTS - PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

07/27/2007

~~Law Offices of Patsy N. Sakuma~~ Please delete
Patsy N. Sakuma
10960 Ashton AVE. #307

Los Angeles, CA 90024

Dear Patsy N. Sakuma

Thank you for your interest in the Public Access to Court Electronic Records (PACER) system. PACER is a service provided by the federal judiciary for electronic access to federal court case information. The Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered agencies or individuals will be assessed the charge of $.08 per page for web access.

Statements will be generated and mailed quarterly for customers accruing usage on PACER with a balance due greater than $10. Please note, customers enrolled with the automatic billing program will receive statements electronically via email. Payment in full of the billed amount is due each quarter or further access to the system will be restricted until outstanding balances are cleared. See the reverse side of this letter for more information.

Your firm's login is:
Your firm's password is: 

The login and password listed above allow read-only access to all courts running nationally supported PACER products including CM/ECF. Links to PACER sites can be found at our website, http://pacer.psc.uscourts.gov. If you experience login difficulty, ensure your browser is accepting cookies. If you continue to experience problems, log in to the PACER Service Center website. Click on the courthouse in the upper left corner for the login page. Once successful, select the link for the site you want to access. You will bypass the login page if a valid PACER cookie is present. In addition, a PACER manual can be downloaded from the "Documents" section of our website.

A free account information service is available for all customers of PACER at the PACER Service Center website. Customers may update account information, change passwords, view account balances, make an online payment by credit card, sign up for automatic billing, download statements, and sort transactions by client code. To access these options, visit the "Account Information" section at http://pacer.psc.uscourts.gov.

By logging into PACER you acknowledge you have read, understood and agree to the terms and conditions on the reverse side of this letter. If you have any questions regarding your account, please contact the PACER Service Center by phone at (800) 676-6856 or email at pacer@psc.uscourts.gov and a member of our staff will assist you.

Sincerely,

Ted C. Willmann
PACER Service Center Manager

Exhibit "F-4" of "F-4"

Exhibit "1.4" of "1.4"