Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>             Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the attached Plaintiff's Notice and Motion For

Extension Of Time To File Notice Of Appeal; Declaration of Patsy N. Sakuma,

CV01-00556 DAE:BMK                                  Sakuma v. AOAO Tropics Waikele et al.
101707certsvc_m4exten_noappeal

1

Exhibits "1.1" to "1.4"; Certificate of Service dated October 17, 2007.

| | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>ksumida@sthawaii.com | [X] | [ ] |
| LANCE S. AU, ESQ.<br>lau@sthawaii.com<br>Sumida & Tsuchiyama, LLC<br>735 Bishop Street, Suite 411<br>Honolulu, HI 96813<br>Tel. (808) 356-2600<br>Fax (808) ____________ | [X] | [ ] |
| NANCY J. YOUNGREN, ESQ.<br>njy@caselombardi.com<br>Case Lombardi & Pettit<br>fka Case Bigelow & Lombardi<br>Pacific Guardian Center Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>Tel. (808) 547-5400<br>Fax (808) 523-5573<br>Co-Lead Attorneys for Defendant,<br>AOAO TROPICS AT WAIKELE | [X] | |
| MARILYN S.H. NAITOH, ESQ.<br>info@triallawhawaii.com | [X] | [ ] |
| KEVIN P.H. SUMIDA, ESQ.<br>see above email address<br>Matsui Chung<br>fka Matsui Chung Sumida Tsuchiyama<br>737 Bishop Street, Suite 1400/ Mauka Tower<br>Honolulu, Hawaii 96813<br>Tel. No. 808.536.3711<br>Fax. No. 808.599.2979<br>Attorneys for Defendants, | [X] | [ ] |

AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.

| | | |
|---|---|---|
| SIDNEY K. AYABE, ESQ. | [X] | [ ] |
|    sidney.ayabe@hawadvocate.com | | |
| CALVIN E. YOUNG, ESQ. | [X] | [ ] |
|    calvin.young@hawadvocate.com | | |

Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

| | | |
|---|---|---|
| DENNIS M. LOMBARDI, ESQ. | [X] | [ ] |
| NANCY J. YOUNGREN, ESQ. | [X] | [ ] |
|   *see above email address | | |

Pacific Guardian Center
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY,DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED: **Oct. 17**, 2007, Los Angeles, CA 90024

Signature: _____
Print Name: Patsy N. Sakuma
[For]:      Patsy N. Sakuma
            Plaintiff, Pro Se
            10960 Ashton Ave. #307
            Los Angeles, CA 90024
            Tel. 310.478.6755