IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, ) | CV. NO. 01-00556 DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASSOCIATION OF APARTMENT ) | |
| OWNERS OF THE TROPICS AT ) | |
| WAIKELE, an unincorporated ) | |
| association, HAWAIIANA ) | |
| MANAGEMENT COMPANY, ) | |
| LTD., a corporation, LOVE ) | |
| YAMAMOTO & MOTOOKA, a ) | |
| professional corporation, MILTON ) | |
| M. MOTOOKA, an individual, AND ) | |
| DOES 1-300, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER DENYING PLAINTIFF'S NOTICE AND MOTION FOR
EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing.  After reviewing Plaintiff's Notice and Motion for

Extension of Time to File Notice of Appeal filed on October 19, 2007, and the supporting memoranda, the Court DENIES Plaintiff's motion.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, October 22, 2007.



_____
David Alan Ezra
United States District Judge

Patsy N. Sakuma vs. Association of Apartment Owners of the Tropics at Waikele, et al., Civil No. 01-00556 DAE-BMK; ORDER DENYING PLAINTIFF'S NOTICE AND MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL