"Original"

Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. (310) 478-6755
Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2007

at 12 o'clock and 59 min P M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Related Ninth Circuit Appeal 07-16396<br>Closed: Nos. 03-15522 & 03-15480<br>Nos. 05-16940 & 06-16121)<br>(Related Action: CV02-00147 HG:LEK)<br><br>NOTICE OF APPEAL<br><br><br>RECEIVED<br>CLERK U.S. DISTRICT COURT<br>OCT 29 2007  12:59<br>DISTRICT OF HAWAII  PM |

NOTICE is hereby given that Plaintiff Pro Se Patsy N. Sakuma

("Plaintiff" or "Sakuma") in the above-named case, hereby appeals to the United

CV01-00556 DAE:BMK
9thCir.Appeal_102507

Sakuma v. AOAO Tropics At Waikele

States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiff's Motion For Relief From Judgment Filed On September 13, 2002 And Order Finding Plaintiff In Contempt Filed On June 25, 2007; And Order Of Pre-Filing Screening And Order To Comply With June 25, 2007 Contempt Order entered on or about September 27, 2007 ("Sept. 27 Order"); the District Court's October 16, 2007 directive to cause the Clerk of the Court's Office to not file and thus return Plaintiff's Reconsideration Memorandum To District Court's Order Denying Plaintiff's Motion For Relief From Judgment Filed on September 13, 2002 And Order Finding Plaintiff Patsy N. Sakuma In Contempt Filed on June 25, 2007; And Order of Pre-Filing Screening and Order To Comply With June 25, 2007 Contempt Order; Declaration of Patsy N. Sakuma; Ex. "1.1" to "5";Certificate of Service dated October 11, 2007 ("Oct. 11 Reconsideration"), see the attached copy of the October 16, 2007 letter from Sue Beitia, Clerk, U.S. District Court, Office of the Clerk, District of Hawaii by Anna F. Chang, Deputy Clerk, (Oct. 16 Letter), copies of both the Oct. 11 Reconsideration and Oct. 16 Letter are attached hereto.

The appeal of the September 27 Order also appeals the: (1) Order Finding Plaintiff In Contempt Filed on June 25, 2007, and all other final judgments, and (2) all other final and interlocutory orders in this action, including but not limited to the: (a) Stipulations of Dismissal With Prejudice that were entered by summary

adjudication of indirect civil contempt as to Plaintiff as part of the global settlement of both this case entered on October 3, 2002 and (b) the Stipulation of Dismissal With Prejudice entered in the related removed-action on October 2, 2002, which is entitled *The Tropics At Waikele, an Association of Apartment Owners By Its Board of Directors* (Removed Plaintiff" or "AOAO Defendant") *v. Patsy Naomi Sakuma, an individual* ("Removed Defendant" or "Plaintiff"), which assumpsit action for collection of withheld AOAO fees by Plaintiff and was first filed by AOAO Defendant in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, which Plaintiff removed to this District Court and was renumbered as CV02-00147 HG:LEK ("Removed Action"), and (c) all previous interlocutory and final orders and final judgments, including but not limited to the: (i) Magistrate's Findings of Fact, Conclusions of Law, and Recommended Order entered on or about August 13, 2002, (ii) the Order Adopting Magistrate's Findings and Recommendation entered on or about September 16, 2002, (iii) Order Denying Plaintiff's Motion for Reconsideration of Findings of Facts, Conclusions of Law and Recommended Order Granting In Part and Denying In Part Defendants AOAO and Hawaiiana Management Company, Ltd's Motion To Enforce Settlement and For Award of Attorneys' Fees and Costs, And Denying Plaintiff's Motion For Sanctions ("LR.60.1 Motion") entered on or about September 23, 2002, (iv.) Order

Denying Plaintiff's Motion For Reconsideration;Order Denying Defendants' Request For Fees and Costs entered on or about February 12, 2003 and edit date on March 17, 2003, (e) Order by Judge David A. Ezra Denying Pl.'s Motion For Relief From Final Order and Judgment and Award of Attorney fees, costs and Sanctions. Order To Show Cause Why Court Should Not Impose Sanctions Reimbursing Defendants For Fees and Costs Relating To Pl.'s Motion For Relief entered on July 29, 2005, (v.) Order Approving Attorneys; Fees and Costs Pursuant To Order Imposing Sanctions Signed by Judge David Alan Ezra entered on May 17, 2006.

Plaintiff timely files this notice of appeal within the extension deadline prescribed under Federal Rule of Appellate Procedure, Rule 4(a)(1), pursuant to the District Court's September 27, 2007 entry date of its Sept. 27 Order.

DATED: Oct. 25, 2007, Los Angeles, California.

Patsy N. Sakuma
Plaintiff, Pro Se