REPRESENTATION STATEMENT *SAKUMA v. AOAO TROPICS AT WAIKELE ET AL.*, CV01-00556 DAE:BMK
Dated: October 25, 2007

Clerk of the Court Office
U.S. District Court, Hawaii District
300 Ala Moana Blvd. C-338
Honolulu, HI 96850
Tel. 808.541.1891
Fax 808.541.1303

PLAINTIFF/APPELLANT:
"Pro Se"
PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Fax: not available (outgoing fax available only; no incoming fax available)

DEFENDANTS/APPELLEES:

KEVIN P.H. SUMIDA, ESQ.
LANCE S. AU, ESQ.
Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
Tel. No. 808.356.2600
Fax No._____
Attorneys for Defendants/Appellees,
AOAO Tropics At Waikele
and Hawaiiana Management
Company, Ltd.

NANCY J. YOUNGREN, ESQ.
Case Lombardi & Pettit
  fka Case Bigelow & Lombardi
2600 Mauka Tower
737 Bishop Street
Honolulu, HI 96813
Tel. No. 808.547.5400
Fax. No. 808.523.5573
Co-Lead Attorney for AOAO Tropics At Waikele

KEVIN P.H. SUMIDA, ESQ.
MARILYN S.H. NAITOH, ESQ.
MATSUI CHUNG SUMIDA &
TSUCHIYAMA, a Law Corporation
Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Tel. No. 808.536.3711
Fax. No. 808.599.2979
Attorneys for Defendants/Appellees,
AOAO Tropics At Waikele
and Hawaiiana Management
Company, Ltd.

SIDNEY K. AYABE, ESQ.
CALVIN E. YOUNG, ESQ.
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. No.808.537.6119
Fax No. 808.526.3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.
NANCY J. YOUNGREN, ESQ.
2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Tel. No. 808.547.5400
Fax No. 808.523.5573
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.