Patsy N. Sakuma
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. No. (310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br><br>　　　　Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the attached Plaintiff's/Appellant's Notice Of Appeal dated October 25, 2007.

CV01-00556 DAE:BMK
102507certsvc_noappeal/prescreening/compliance
w/June 25, 2007contemptorder?

Sakuma v. AOAO Tropics Waikele et al.

1

|  | MAIL | HAND-DELIVERED |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd. C-338<br>Honolulu, HI 96850-0338<br>Tel. 808.541.1891<br>Fax 808.541.1303 | [X] |  |

***With the Clerk of the Court to Serve Defendants below:

| | MAIL | HAND-DELIVERED |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>  ksumida@sthawaii.com | [ ] | [ ] |
| LANCE S. AU, ESQ.<br>  lau@sthawaii.com<br>Sumida & Tsuchiyama, LLC<br>735 Bishop Street, Suite 411<br>Honolulu, HI 96813<br>Tel. (808) 356-2600<br>Fax (808) _____ | [ ] | [ ] |
| NANCY J. YOUNGREN, ESQ.<br>  njy@caselombardi.com<br>Case Lombardi & Pettit<br>  fka Case Bigelow & Lombardi<br>Pacific Guardian Center Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813<br>Tel. (808) 547-5400<br>Fax (808) 523-5573<br>Co-Lead Attorneys for Defendant,<br>AOAO TROPICS AT WAIKELE | [ ] | [ ] |
| MARILYN S.H. NAITOH, ESQ.<br>  info@triallawhawaii.com | [ ] | [ ] |
| KEVIN P.H. SUMIDA, ESQ. | [ ] | [ ] |

CV01-00556 DAE:BMK                                     Sakuma v. AOAO Tropics Waikele et al.
102507certsvc_noappeal/prescreening/compliance
w/June 25, 2007contemptorder?

2

see above email address
Matsui Chung
fka Matsui Chung Sumida Tsuchiyama
737 Bishop Street, Suite 1400/ Mauka Tower
Honolulu, Hawaii 96813
Tel. No. 808.536.3711
Fax. No. 808.599.2979
Attorneys for Defendants,
AOAO TROPICS AT WAIKELE
and HAWAIIANA MANAGEMENT
COMPANY, LTD.

SIDNEY K. AYABE, ESQ.                    [ ]            [ ]
 sidney.ayabe@hawadvocate.com
CALVIN E. YOUNG, ESQ.                    [ ]            [ ]
 calvin.young@hawadvocate.com
Ayabe, Chong, Nishimoto, Sia & Nakamura
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 527-6119
Fax (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.          [ ]            [ ]
NANCY J. YOUNGREN, ESQ.           [ ]            [ ]
 *see above email address
Pacific Guardian Center
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Suite 2600 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Tel. (808) 547-5400

CV01-00556 DAE:BMK                                           Sakuma v. AOAO Tropics Waikele et al.
102507certsvc_noappeal/prescreening/compliance
w/June 25, 2007contemptorder?

3

Fax (808) 523-5573
Attorneys for Defendants/Appellees
D.R. HORTON-SCHULER HOMES, LLC
A DELAWARE-LIMITED LIABILITY COMPANY, DBA
SCHULER HOMES, FORMERLY KNOWN AS SCHULER
HOMES, INC.

DATED: Oct. 26, 2007, Los Angeles, CA 90024

Signature: _____
Print Name: Patsy N. Sakuma
[For]:     Patsy N. Sakuma
           Plaintiff, Pro Se

CV01-00556 DAE:BMK
102507certsvc_noappeal/prescreening/compliance
w/June 25, 2007contemptorder?

Sakuma v. AOAO Tropics Waikele et al.

4