IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, ) | CV. NO. 01-00556 DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASSOCIATION OF APARTMENT ) | |
| OWNERS OF THE TROPICS AT ) | |
| WAIKELE, an unincorporated ) | |
| association, HAWAIIANA ) | |
| MANAGEMENT COMPANY, ) | |
| LTD., a corporation, LOVE ) | |
| YAMAMOTO & MOTOOKA, a ) | |
| professional corporation, MILTON ) | |
| M. MOTOOKA, an individual, AND ) | |
| DOES 1-300, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER DENYING PLAINTIFF'S NOTICE AND MOTION FOR
EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing. After reviewing Plaintiff's Notice and Motion for

Extension of Time to File Notice of Appeal filed on October 19, 2007, and the supporting memoranda, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 22, 2007.



_____
David Alan Ezra
United States District Judge

Patsy N. Sakuma vs. Association of Apartment Owners of the Tropics at Waikele, et al., Civil No. 01-00556 DAE-BMK; ORDER DENYING PLAINTIFF'S NOTICE AND MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

# Orders on Motions

1:01-cv-00556-DAE-BMK Sakuma v. AOAO Tropics Waikele, et al **CASE CLOSED on 09/30/2002**

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 10/22/2007 at 12:32 PM HST and filed on 10/22/2007
**Case Name:** Sakuma v. AOAO Tropics Waikele, et al
**Case Number:** 1:01-cv-556
**Filer:**
**WARNING: CASE CLOSED on 09/30/2002**
**Document Number:** 180

**Docket Text:**
ORDER DENYING [179] PLAINTIFF'S NOTICE AND MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL. Signed by Judge DAVID ALAN EZRA on 10/22/07. (afc)

**1:01-cv-556 Notice has been electronically mailed to:**
Sidney K. Ayabe   sidney.ayabe@hawadvocate.com
Kevin P.H. Sumida   ksumida@sthawaii.com, knekomoto@sthawaii.com
Calvin E. Young   calvin.young@hawadvocate.com
Gary S. Miyamoto   gary.miyamoto@hawadvocate.com
Lance S. Au   lau@sthawaii.com
Nancy J. Youngren   njy@caselombardi.com

**1:01-cv-556 Notice will not be electronically mailed to:**

Dennis M. Lombardi
Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

Patsy N. Sakuma
10960 Ashton Avenue #307
Los Angeles, CA 90024

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/22/2007] [FileNumber=372202-0
] [0cb51d15de32bb6c2644bf951ba654adea49018b35d370ae0e08a3a1f13404ef629
bcc9f80ccc0cb9930ae6f9380a0df6b31d4a1a5129ebcc0a12e103ff28192]]