# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

October 16, 2007

Patsy N. Sakuma, Esq.
10960 Ashton Avenue # 307
Los Angeles, California 90024

RE: Civil 01-00556DAE-BMK Patsy N. Sakuma vs. AOAO of the Tropics at Waikele, et al.

Dear Ms. Sakuma:

In accordance with the September 27, 2007 Order of Pre-Filing Screening, U.S. District Judge David Alan Ezra has reviewed your October 11, 2007 facsimile transmittal as well as the original of the document which was received on October 12, 2007. Judge Ezra has further directed the Clerk's office to return the document. Your document submission titled: "PLAINTIFF'S RECONSIDERATION MEMORANDUM TO DISTRICT COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT FILED ON SEPTEMBER 13, 2002 AND ORDER FINDING IN CONTEMPT FILED ON JUNE 25, 2007; AND ORDER OF PRE-FILING SCREENING AND ORDER TO COMPLY WITH JUNE 25, 2007 CONTEMPT ORDER; DECLARATION OF PATSY N. SAKUMA; EX.'I.1' TO '5', CERTIFICATE OF SERVICE" is thus enclosed.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*

Anna F. Chang, Deputy Clerk

encl.