**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 26, 2007

To All Counsel of Record as Appellees:

    IN RE:    Patsy N. Sakuma vs. AOAO Tropics at Waikele, et al.

                Civil 01-000556 DAE-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 29, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                      Sincerely Yours,

                                      SUE BEITIA, CLERK

                                      by: Anna F. Chang
                                          Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
    Patsy N. Sakuma, Esq. w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS