*order noted*

Original

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 8 2007

at 12 o'clock and 25 min P M
SUE BEITIA, CLERK

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA,<br>an individual,<br>        Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER HOMES, LLC, a Delaware Limited Liability Co.,<br>        Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Ninth Circuit Appeals- 07-16396<br>Closed:Nos. 03-15522 & 03-15480<br>Nos. 05-16940 & 06-16121)<br><br>NOTICE OF APPEAL |

    NOTICE is hereby given that Plaintiff, Pro Se, Patsy N. Sakuma ("Plaintiff/Appellant") in the above-named case, hereby appeals to the United States Court of Appeals For The Ninth Circuit from the Order Denying Plaintiff's Motion Opposing Court's Pre-Filing Screening Order, Including Plaintiff's Request For Order To Show Cause Against Defendants; Granting Defendant's Request For

Attorney Fees And Costs; And Ordering The Clerk Of The Court To Transfer Copies Of This Order And Previous Orders To The State Bar Of California entered on October 29, 2007 ("Oct. 26 Order").

Appeal of the Oct. 26 Order also appeals all other final judgments, final and interlocutory orders in this action and the related state court action filed by co-Defendants Association of Apartment Owners By Its Board of Directors v. Patsy Naomi Sakuma, an individual ("Removed Defendant" or "Plaintiff-Appellant"), filed in the First Circuit Court of the State of Hawaii, Ewa Division, Civil No. 1RC01-5514, which Plaintiff-Appellant removed to this district court and that was renumbered as CV02-00147 HGL:LEK ("Removed Action"). A related appeal no. 07-16396 of the underlying orders giving rise to this Oct. 26 Order is currently pending in the U.S. Court of Appeals For The Ninth Circuit.

Plaintiff-Appellant timely files this notice of appeal within the time prescribed under the Federal Rules of Appellate Procedure, Rule 4(a)(1), pursuant to the District Court's October 29, 2007 entry of said order.

Dated: 11/27/07, 2007 at Los Angeles, California.

_____
Patsy N. Sakuma, Plaintiff Pro Se