REPRESENTATION STATEMENT: SAKUMA v. AOAO TROPICS AT WAIKELE ET AL. CV01-00556 DAE:BMK
For Notice of Appeal dated November 26, 2007

PLAINTIFF/APPELLANT,PRO SE:

PATSY N. SAKUMA
10960 Ashton Ave. #307
Los Angeles, CA 90024
Tel. 310.478.6755
(Fax. 310.478.6755 *outgoing only, incoming not available)

DEFENANTS/APPELLEES:

KEVIN P.H. SUMIDA, ESQ.
LANCE S. AU, ESQ.
Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
Tel. No. (808) 356-2600
Fax No. (808) 356-2609
Attorneys for Defendant/Appellee
AOAO Tropics At Waikele,
  an unincorporated association

KEVIN P.H. SUMIDA, ESQ.
MARILYN S.H. NAITOH, ESQ.
Matsui Chung fka: Matsui Chung Sumida & Tsuchiyama,
Mauka Tower, Suite 1400
737 Bishop Street
Honolulu, HI  96813
Tel. No. (808) 536.3711
Fax.No. (808) 599-2979
Attorneys for Defendants/Appellees
AOAO Tropics At Waikele, an unincorporated association, and
Hawaiiana Management Company, Ltd.,
  a corporation

SIDNEY K. AYABE, ESQ.
CALVIN E. YOUNG, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, HI 96813
Tel. No. (808) 537-6119
Fax No. (808) 526-3491
Attorneys for Defendants/Appellees
LOVE YAMAMOTO & MOTOOKA
 and Milton M. Motooka

DENNIS M. LOMBARDI, ESQ.
NANCY J. YOUNGREN, ESQ.
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, HI 96813
Tel. No. (808) 547-5400
Fax No. (808) 523-1888
Attorneys for D.R. Horton- Schuler Homes, LLC,
   a Delaware limited liability company,
     dba Schuler Homes, LLC, formerly Schuler Homes, Inc.

4