Patsy N. Sakuma
10960 Ashton Avenue #307
Los Angeles, CA 90024
(310) 478-6755
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an unincorporated association, HAWAIIANA MANAGEMENT COMPANY, LTD., a corporation, LOVE YAMAMOTO & MOTOOKA, a professional corporation, MILTON M. MOTOOKA, an individual, and D.R. HORTON-SCHULER, HOMES, LLC, a Delaware Limited Liability Co.,<br><br>        Defendants. | CIVIL NO. 01-00556 DAE:BMK<br><br>(Ninth Cir. Relate Appeal:07-16396 Closed Nos. 03-15522, 03-15480 Nos. 05-16940 & 06-16121)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on ___Nov. 27___ I served copies of Notice of Appeal dated November 27, 2007, on the following parties addressed as follows by:

|                                              | Hand-Delivery | U.S. Mail |
|----------------------------------------------|:-------------:|:---------:|
| Clerk of the Court<br>United States District Court<br>300 Ala Moana Blvd. C-338<br>Honolulu, HI 96850-0338<br>Tel. 808.541.1891<br>Fax. 808.541.1303 | [ ] | [ x ] |

With the Clerk of the Court serving the Defendants:

Kevin P.H. Sumida, Esq.
Lance Au, Esq.
Sumida & Tsuchiyama, LLC
735 Bishop Street, Suite 411
Honolulu, HI 96813
    and
Nancy J. Youngren, Esq.
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, HI 96813
Attorneys for Defs/Appellee
Assoc. of Apt. Owners Of The Tropics
 at Waikele

Marilyn S.H. Naitoh, Esq.
Kevin P.H. Sumida, Esq.
Matsui Chung
fka Matsui Chung Sumida & Tsuchiyama
Mauka Tower, Suite 1400
737 Bishop Street
Honolulu, HI 96813
Attorneys for Defs/Appellee
AOAO Tropics At Waikele & Hawaiiana
  Management Company, Ltd.

Sidney K. Ayabe, Esq.
Calvin E. Young, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street

Honolulu, HI 96813
Attorneys for Defs/Appellees
Love Yamamoto & Motooka, and Milton
  M. Motooka

Dennis M. Lombardi, Esq.
Nancy J. Youngren, Esq.
Case Lombardi & Pettit
fka Case Bigelow & Lombardi
Mauka Tower, Suite 2600
737 Bishop Street
Honolulu, HI 96813
Attorneys for Defs/Appellee
D.R. Horton-Schuler Homes, LLC
a Delaware limited liability company, dba
Schuler Homes, LLC, fka Schuler Homes, Inc.

Los Angeles, CA                    [signature]
                                   Plaintiff/Appellant
                                   Pro Se

—3—