## Other Orders/Judgments

1:01-cv-00556-DAE-BMK Sakuma v. AOAO Tropics Waikele, et al **CASE CLOSED on 09/30/2002**

**U.S. District Court**

**District of Hawaii - CM/ECF V3.04 (3/07)**

### Notice of Electronic Filing

The following transaction was entered on 10/29/2007 at 2:45 PM HST and filed on 10/29/2007
**Case Name:**         Sakuma v. AOAO Tropics Waikele, et al
**Case Number:**     1:01-cv-556
**Filer:**
**WARNING: CASE CLOSED on 09/30/2002**
**Document Number:** 181

**Docket Text:**
ORDER DENYING [173] PLAINTIFF'S MOTION OPPOSING COURT'S PREFILING SCREENING ORDER, INCLUDING PLAINTIFF'S REQUEST FOR ORDER TO SHOW CAUSE AGAINST DEFENDANTS; GRANTING [177] DEFENDANTS' REQUEST FOR ATTORNEYS' FEES AND COSTS; AND ORDERING THE CLERK OF THE COURT TO TRANSFER COPIES OF THIS ORDER AND PREVIOUS ORDERS TO THE STATE BAR OF CALIFORNIA. Signed by Judge DAVID ALAN EZRA on 10/29/07. (afc)

**1:01-cv-556 Notice has been electronically mailed to:**
Sidney K. Ayabe   sidney.ayabe@hawadvocate.com
Kevin P.H. Sumida   ksumida@sthawaii.com, knekomoto@sthawaii.com
Calvin E. Young   calvin.young@hawadvocate.com
Gary S. Miyamoto   gary.miyamoto@hawadvocate.com
Lance S. Au   lau@sthawaii.com
Nancy J. Youngren   njy@caselombardi.com

**1:01-cv-556 Notice will not be electronically mailed to:**

Dennis M. Lombardi
Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813

Patsy N. Sakuma
10960 Ashton Avenue #307
Los Angeles, CA 90024

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/29/2007] [FileNumber=376988-0
] [0e6a48d397f112d6e85124baa24c132165284a591d86e83c8aba3e37184a97794a2
7a083c3f518f06626857f298dc2122b68be4ab58a8f55ff8e99874fba4324]]