UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Sakuma vs. AOAO Tropics at Waikele

     **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-17189

     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

     **U.S. DISTRICT COURT DOCKET NUMBER:** Civil 01-000556 DAE-BMK

II    **DATE NOTICE OF APPEAL FILED:**    October 29, 2007

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

     **DOCKET FEE PAID ON:**      **AMOUNT:**

     **NOT PAID YET:** ✓      **BILLED:** 11/26/07

     **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

     **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

     **IF YES, SHOW DATE:**      **& ATTACH COPY OF ORDER/CJA**

     **WAS F.P. STATUS REVOKED:**      **DATE:**

     **WAS F.P. STATUS LIMITED IN SOME FASHION?**

     **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

     Anna F. Chang

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 06 2007
DISTRICT OF HAWAII

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)