# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 241873 |
| Trans | 148763 |

Received From:   **PATSY N. SAKUMA**

Case Number:

Reference Number:   **CV 01-556DAE**

|  | | |
|---|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

12/10/2007 09:21:37 AM        Deputy Clerk:  bb/AC        _____