AO 83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    241874

Trans      148764

Received From:      **PATSY N. SAKUMA**

Case Number:

Reference Number:   **CV 01-556DAE**

|                | Check | 455.00 |
|----------------|-------|--------|
|                | Total | 455.00 |

| Description              | Fund   | Qty | Amount |
|--------------------------|--------|-----|--------|
| APPEAL, NOTICE OF, CROSS | 086900 | 1   | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1   | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1   | 200.00 |
|                          |        | **Total** | 455.00 |
|                          |        | Tend  | 455.00 |
|                          |        | Due   | 0.00   |

12/10/2007 09:22:00 AM      Deputy Clerk:  bb/AC      _____