# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Sakuma vs. AOAO Tropics at Waikele

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-17189

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil 01-000556 DAE-BMK

II. **DATE NOTICE OF APPEAL FILED:** October 29, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**                **AMOUNT:**

   **NOT PAID YET:** ✓                    **BILLED:** 11/26/07

   **U.S. GOVERNMENT APPEAL:**            **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**         **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**           **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Anna F. Chang

---

AMENDED NOTIFICATION DEC 10 2007    PAID $455.00    F.P. _____

DISTRICT COURT CLERK BY: _Anna Chang_

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)