# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    PATSY N. SAKUMA vs. ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:**_____ _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:**  CIVIL NO. 01-00556DAE-BMK


II    **DATE NOTICE OF APPEAL FILED:**    November 28, 2007


III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:**  12/10/07        **AMOUNT:**  $455.00

**NOT PAID YET:**            **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**


IV    **COMPANION CASES, IF ANY:**


V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of
the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 14, 2007

To All Counsel of Record as Appellees:

IN RE:    PATSY N. SAKUMA vs. ASSOCIATION OF APARTMENT OWNERS
OF THE TROPICS AT WAIKELE, ET AL.,

CIVIL NO. 01-00556DAE-BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in
the above-entitled case on November 28, 2007 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
docket sheet, dfnf
PATSY N. SAKUMA (attorney for appellant)
w/copy of instructions for civil appeals
Transcript Desig. & Ordering Form
with instructions and a copy of the
docket sheet; CADS