UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. *Pending*#   U.S. District Court Case No. CV-01-00556 DAE-BMK

Short Case Title: Sakuma v Association of Apt. Owners of the Tropics At Waikele, et.

Date Notice of Appeal Filed by Clerk of District Court: July 24, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) / COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|
| X Defs. AoAo Tropics At Waikele, an unincorporated association and Hawaiiana Management Company, Ltd., a corporation, Motion For Order to Show Cause Why Patsy N. Sakuma Should Not Be Held in Contempt OF COURT Hearing June 25, 2007 10:30AM | Voir Dire / Opening Statements / Settlement Instructions / Closing Arguments / Jury Instructions / Pre-Trial Proceedings / X Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per) I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: Already on file, submitted by court reporter

Estimated date for completion of transcript: Cynthia Fazio, RMR, CRR on or about July 6, 2007

Signature of ~~Attorney~~ Plaintiff/Appellant Pro Se [sig]  Phone Number (310) 478-6755

Address: 10960 Ashton Ave #307, Los Angeles, CA 90024

**SECTION B** - To be completed by court reporter

I, Cynthia Fazio (signature of court reporter) have received this designation.

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date (filed on 7/6/07)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 25 2008
at __ o'clock and __ min. __
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 7/6/07   Court Reporter's Signature: Cynthia Fazio

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    8/25/08    BY: [sig]
(U.S. District Court Clerk)  (date)        DEPUTY CLERK